AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Stephen Crocker, Individually and on Behalf of all Others Similarly Situated,

*Plaintiff(s)*

v.

Civil Action No. 1:24-cv-01525-RP

Cassava Sciences, Inc.,
Richard Jon Barry, and James W. Kupiec,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cassava Sciences, Inc.
7801 N Capital of Texas Highway, Suite 260
Austin, TX 78731

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thane Tyler Sponsel III
Sponsel Miller Greenberg PLLC
50 Briar Hollow Ln., Suite 370 West, Houston, Texas 77027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 12/13/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Stephen Crocker, et. al., Plaintiff(s)
vs.
Cassava Sciences, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 168788-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cassava Sciences, Inc., c/o Corporation Trust Company
Court Case No. 1:24-cv-01525-RP

LEVI & KORSINSKY LLP
Mr. Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004

State of: DELAWARE ) ss.
County of: NEW CASTLE )

**Name of Server:** ADAM GOLDEN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 16 day of DEC, 20 24, at 12:58 o'clock PM

**Place of Service:** at 1209 Orange Avenue, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint for Violations of the Federal Securities Laws
Civil Cover Sheet

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Cassava Sciences, Inc., c/o Corporation Trust Company
By delivering them into the hands of an officer or managing agent whose name and title is: CHIMERE BROOKS

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color B ; Hair Color B ; Facial Hair ___
Approx. Age 30 ; Approx. Height 5'5" ; Approx. Weight 220

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 16 day of DEC, 20 24

Notary Public    6/17/2026 (Commission Expires)

[Notary seal: MCCLEOD A. KOLLEH, MY COMMISSION EXPIRES June 17, 2026, NOTARY PUBLIC STATE OF DELAWARE]