AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Stephen Crocker, Individually and on Behalf of all Others Similarly Situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Cassava Sciences, Inc.,<br>Richard Jon Barry, and James W. Kupiec,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-01525-RP<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Richard Jon Barry
c/o Cassava Sciences, Inc.
7801 N Capital of Texas Highway, Suite 260
Austin, TX 78731

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Thane Tyler Sponsel III
    Sponsel Miller Greenberg PLLC
    50 Briar Hollow Ln., Suite 370 West, Houston, Texas 77027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 12/13/2024

*Signature of Clerk or Deputy Clerk*



Stephen Crocker, et. al., Plaintiff(s)
vs.
Cassava Sciences, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  168788-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Richard Jon Barry, c/o Corporation Trust Company
Court Case No. 1:24-cv-01525-RP

LEVI & KORSINSKY LLP
Mr. Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004

State of: __DELAWARE__ ) ss.
County of: __NEW CASTLE__ )

**Name of Server:** __ADAM GOLDEN__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __16__ day of __DEC__, 20__24__, at __12:58__ o'clock __P__M

**Place of Service:** at 1209 Orange Avenue, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint for Violations of the Federal Securities Laws**
**Civil Cover Sheet**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Richard Jon Barry, c/o Corporation Trust Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __CHIMERE BROOKS__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__; Skin Color __B__; Hair Color __B__; Facial Hair _____
Approx. Age __30__; Approx. Height __5'5"__; Approx. Weight __220__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __16__ day of __Dec__, 20__24__

Notary Public   __6/17/2026__ (Commission Expires)

MCCLEOD A. KOLLEH
MY COMMISSION EXPIRES June 17, 2026
NOTARY PUBLIC STATE OF DELAWARE