AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Stephen Crocker, Individually and on Behalf of all Others Similarly Situated, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.  1:24-cv-01525-RP |
| Cassava Sciences, Inc., Richard Jon Barry, and James W. Kupiec, | ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   James W. Kupiec
c/o Cassava Sciences, Inc.
7801 N Capital of Texas Highway, Suite 260
Austin, TX 78731

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thane Tyler Sponsel III
Sponsel Miller Greenberg PLLC
50 Briar Hollow Ln., Suite 370 West, Houston, Texas 77027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date:  12/13/2024

*Signature of Clerk or Deputy Clerk*



Stephen Crocker, et. al., Plaintiff(s)
vs.
Cassava Sciences, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 168788-0001

## AFFIDAVIT OF SERVICE -- Corporate

LEVI & KORSINSKY LLP
Mr. Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004

Service of Process on:
--James W. Kupiec, c/o Corporation Trust Company
Court Case No. 1:24-cv-01525-RP

State of: _DELAWARE_ ) ss.
County of: _NEW CASTLE_ )

Name of Server:  _ADAM GOLDEN_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service:  that on the _16_ day of _DEC_ , 20 _24_ , at _12:53_ o'clock _P_ M

Place of Service:  at  1209 Orange Avenue  , in  Wilmington, DE  19801

Documents Served:  the undersigned served the documents described as:
**Summons and Complaint for Violations of the Federal Securities Laws**
**Civil Cover Sheet**

Service of Process on:  A true and correct copy of the aforesaid document(s) was served on:
**James W. Kupiec, c/o Corporation Trust Company**

Person Served, and
Method of Service:  By delivering them into the hands of an officer or managing agent whose name and
title is:  _CHIMERE BROOKS_

Description of
Person Receiving
Documents:  The person receiving documents is described as follows:
Sex _F_ ; Skin Color _B_ ; Hair Color _B_ ; Facial Hair ____
Approx. Age _30_ ; Approx. Height _5'5"_ ; Approx. Weight _220_
To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server:  Undersigned declares under penalty of
perjury that the foregoing is true and correct.

Subscribed and sworn to before me this
_16_ day of _Dec_ , 20 _24_

Signature of Server

Notary Public  (Commission Expires)  _6/17/24_

**APS International, Ltd.**

MCCLEOD A. KOLLEH
MY COMMISSION
EXPIRES
June 17, 2026
NOTARY PUBLIC
STATE OF DELAWARE