IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STEPHEN CROCKER, Individually and On Behalf of All Others Similarly Situated, | § § | |
| Plaintiff, | § | Case No. 1:24-CV-01525-RP |
| v. | § § | |
| CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC | § § § | |
| Defendants. | § § § | |

**AGREED MOTION REGARDING ACCEPTANCE OF SERVICE AND
DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

Defendants Cassava Sciences, Inc., Richard Jon Barry, and James W. Kupiec ("Defendants") and Plaintiff Stephen Crocker ("Plaintiff") submit this agreed motion regarding the acceptance of service and Defendants' time to respond to the Complaint, and stipulate as follows:

1.      Plaintiff filed his Complaint for Violations of the Federal Securities Laws on December 12, 2024 on behalf of a purported class of purchasers of securities of Cassava Sciences, Inc. ECF 1.

2.      Defendants' counsel hereby accepts service of the Complaint.

3.      The Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*, establishes a mandatory procedure for the selection of Lead Plaintiff(s) to oversee class actions brought under the federal securities laws and directs this Court to consider any motions brought by class members seeking to be appointed as Lead Plaintiff(s).

4.      Upon the Court's appointment of Lead Plaintiff(s), the parties anticipate that the Lead Plaintiff(s) appointed by the Court may file a consolidated amended complaint.

5.      The parties also agree that it would serve the interests of judicial economy and efficiency to extend Defendants' time to respond to Plaintiff's Complaint until after appointment of Lead Plaintiff(s) and Lead Counsel, and filing of a consolidated amended complaint.

6.      Accordingly, the parties agree that Defendants should not be required to answer, move or otherwise respond to Complaint filed in this action or any subsequently-filed complaint in a related action. Within fourteen (14) days of the Court's appointment of Lead Plaintiff(s), counsel for Defendants and Lead Plaintiff(s) will: (a) confer regarding a mutually agreeable schedule and dates by which Lead Plaintiff(s) will file a consolidated amended complaint (or designate the Complaint as the operative complaint) and a briefing schedule on Defendants'

anticipated motion(s) to dismiss and (b) file a proposed briefing schedule for approval by the Court.

This Agreed Motion will serve the interests of justice and the parties agree that the proposed Order filed herewith may be entered without further notice.

Dated: January 6, 2025                    Respectfully submitted,

/s/ *Gregg Costa*
Gregg Costa (Tx. Bar No. 24028160)
Trey Cox (Tx. Bar No. 24003722)
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX 77002
Telephone: 346.718.6600
gcosta@gibsondunn.com
tcox@gibsondunn.com

*Counsel for Defendants*

/s/ *Adam M. Apton*
Adam M. Apton (admitted *pro hac vice*)
LEVI & KORSINSKI LLP
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: 212.363.7500
aapton@zlk.com

Thane Tyler Sponsel III
Texas Bar No. 24056361/Federal ID No. 690068
SPONSEL MILLER GREENBERG PLLC
50 Briar Hollow Lane, Suite 370 W
Houston, TX 77027
Telephone: 713.892.5400
sponsel@smglawgroup.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the court's CM/ECF system on January 6, 2025.

/s/    *Gregg Costa*
Gregg Costa