**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC, <br><br> Defendants. | § CIVIL ACTION NO. 1:24-cv-01525-RP <br> § <br> § **NOTICE OF MOTION AND MOTION OF** <br> § **MOVANT HOORIEH ALAGHEMAND** <br> § **FOR APPOINTMENT AS LEAD** <br> § **PLAINTIFF AND APPROVAL OF LEAD** <br> § **PLAINTIFF'S SELECTION OF COUNSEL** <br> § <br> § CLASS ACTION <br> § <br> § <br> § <br> § |

Movant Hoorieh Alaghemand ("Movant"), through counsel, hereby moves the Court pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an order:

(a)     appointing Movant as Lead Plaintiff in this action; and

(b)     approving Movant's selection of The Rosen Law Firm P.A. ("Rosen Law") as Lead Counsel and Condon Tobin Sladek Thornton Nerenberg PLLC ("Condon Tobin") as Liaison Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movant submits: (1) a Memorandum of Law dated February 10, 2025; (2) Appendix Accompanying Movant's Motion, dated February 10, 2025; and (3) a [Proposed] Order Appointing Movant as Lead Plaintiff, and Approving Movant's Selection of Counsel.

The Court is to appoint the Lead Plaintiff to oversee the prosecution of the action. *See* 15 U.S.C. § 78u-4(a)(3)(B)(ii). Only Class members that either filed a complaint or a motion by the

**NOTICE OF MOTION AND MOTION OF MOVANT HOORIEH ALAGHEMAND FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL** – Page 1

statutory deadline are eligible to be appointed as Lead Plaintiff. *See* 15 U.S.C. § 78u4(a)(3)(B)(iii)(I)(aa). Movant has the "largest financial interest in the relief sought by the class" and is therefore the "most adequate plaintiff." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

Movant also satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure and is perfectly situated to represent all Class members. Further, Movant understands the lead plaintiff's obligations to the Class under the PSLRA and is willing and able to undertake the responsibilities entailed in serving as Lead Plaintiff to guarantee the vigorous prosecution of this action.

Movant further requests that the Court approve her selection of Rosen Law as Lead Counsel. *See* 15 U.S.C. § 78u-4(a)(3)(B)(v). Rosen Law has been ranked in the top 4 each year since 2013 by the ISS Institutional Securities Class Action Services and has recovered hundreds of millions of dollars for investors. In 2019 alone the firm secured over $438 million for investors.

Movant respectfully requests that the Court: (i) appoint Movant as Lead Plaintiff; (ii) approve Movant's selection of Rosen Law as Lead Counsel for the Class and Condon Tobin as Liaison Counsel for the Class; and (iv) grant any such further relief as the Court may deem just and proper.

## CERTIFICATE OF CONFERENCE

Local Court Rule CV-7(i) requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Court Rule CV-7(i) be waived.

Dated: February 10, 2025                    Respectfully submitted,

                                            **CONDON TOBIN SLADEK THORNTON
                                            NERENBERG PLLC**


                                             */s/ Stuart L. Cochran*
                                            Stuart L. Cochran
                                            Texas Bar No.: 24027936
                                            8080 Park Lane, Suite 700
                                            Dallas, Texas 75231
                                            Telephone: (214) 265-3800
                                            scochran@condontobin.com

                                            *[Proposed] Liaison Counsel for
                                            Movant and the Class*

                                            **THE ROSEN LAW FIRM, P.A.**
                                            Phillip Kim, Esq. (pro hac vice to be filed)
                                            275 Madison Avenue, 40th Floor
                                            New York, NY 10016
                                            Phone: (212) 686-1060
                                            Fax: (212) 202-3827
                                            Email: philkim@rosenlegal.com

                                            *[Proposed] Lead Counsel for Movant and Class*


## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                            */s/ Stuart L. Cochran*
                                            Stuart L. Cochran


**NOTICE OF MOTION AND MOTION OF MOVANT HOORIEH ALAGHEMAND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL** – Page 3