# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br>Defendants. | § CIVIL ACTION NO. 1:24-cv-01525-RP<br>§<br>§ **MOVANT HOORIEH ALAGHEMAND'S**<br>§ **APPENDIX ACCOMPANYING HER**<br>§ **MOTION TO APPOINT MOVANT AS**<br>§ **LEAD PLAINTIFF AND TO APPROVE**<br>§ **LEAD PLAINTIFF'S SELECTION OF**<br>§ **COUNSEL**<br>§<br>§ CLASS ACTION<br>§<br>§ |

Attached are true and correct copies of the following exhibits:

Exhibit 1:    PSLRA early notice issued on December 12, 2024;

Exhibit 2:    Movant's PSLRA Certification;

Exhibit 3:    Movant's Loss Chart;

Exhibit 4:    The Rosen Law Firm, P.A.'s firm resume; and

Exhibit 5:    Condon Tobin Sladek Thornton Nerenberg PLLC's firm resume.

Dated: February 10, 2025

Respectfully submitted,

**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**

 /s/ Stuart L. Cochran
Stuart L. Cochran
Texas Bar No.: 24027936
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
scochran@condontobin.com

*[Proposed] Liaison Counsel for*
*Movant and the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (pro hac vice to be filed)
275 Madison Avenue, 40th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Stuart L. Cochran*
Stuart L. Cochran

**MOVANT HOORIEH ALAGHEMAND'S APPENDIX ACCOMPANYING HER MOTION TO APPOINT MOVANT AS LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** – Page 2