# Exhibit 3

**Cassava Sciences, Inc. Loss Chart**
**Class Period: February 07, 2024 through November 24, 2024**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $2.76 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hoorieh Alaghemand | 11/7/2024 | 15,000 | ($26.50) | ($397,500.00) | 11/8/2024 | 1,580 | $25.35 | $40,053.00 | | | | |
| | 11/11/2024 | 18,000 | ($27.00) | ($486,000.00) | 11/13/2024 | 3,850 | $25.37 | $97,674.50 | | | | |
| | 11/22/2024 | 22,000 | ($27.20) | ($598,400.00) | 11/25/2024 | 2,460 | $4.05 | $9,963.00 | | | | |
| | | | | | 11/25/2024 | 5,000 | $4.04 | $20,200.00 | | | | |
| | | | | | 11/25/2024 | 3,000 | $4.04 | $12,120.00 | | | | |
| | | | | | 11/25/2024 | 8,540 | $3.90 | $33,306.00 | | | | |
| | | | | | 11/25/2024 | 3,000 | $4.05 | $12,150.00 | | | | |
| | | 55,000 | | ($1,481,900.00) | | 27,430 | | $225,466.50 | 27,570 | $75,982.92 | ($1,180,450.58) | |