**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br><br>    Defendants. | Case No. 1:24-CV-1525<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION OF JESSE VESTAL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF CO-LEAD COUNSEL** |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff Jesse Vestal will move this Court, on a date and at such time as may be designated by the Court for an order: (1) appointing Jesse Vestal as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.*; and (2) approving Jesse Vestal's selection of Block & Leviton LLP and Holzer & Holzer LLC as Co-Lead Counsel for the proposed class. In support of this Motion, Jesse Vestal submits the accompanying Memorandum of Law, Declaration of Bruce W. Steckler and accompanying Exhibits, and a [Proposed] Order.

DATED: February 10th, 2025                     Respectfully submitted,

                                               */s/ Bruce W. Steckler*
                                               Bruce W. Steckler
                                               **STECKLER WAYNE & LOVE PLLC**
                                               12720 Hillcrest Road
                                               Dallas, Texas 75230
                                               (972) 837-4040 phone
                                               bruce@stecklerlaw.com

                                               *Liaison Counsel for Movant Jesse Vestal*

                                               */s/ Jeffrey C. Block*
                                               Jeffrey C. Block
                                               Jacob A. Walker
                                               **BLOCK & LEVITON LLP**
                                               260 Franklin Street, Suite 1860
                                               Boston, Massachusetts 02110
                                               (617) 398-5600 phone
                                               jeff@blockleviton.com
                                               jake@blockleviton.com

                                               *Counsel for Movant Jesse Vestal and Proposed
                                               Co-Lead Counsel for the Class*

                                               */s/ Corey D. Holzer*
                                               Corey D. Holzer
                                               **HOLZER & HOLZER LLC**

211 Perimeter Center Parkway, Suite 1010
Atlanta, Georgia 30346
(770) 392-0090 phone
cholzer@holzerlaw.com

*Counsel for Movant Jesse Vestal and Proposed*
*Co-Lead Counsel for the Class*

## **COMPLIANCE WITH LOCAL RULE CV-7(G)**

Local Rule CV-7(G) requires counsel to confer prior to filing motions. However, due to the lead plaintiff procedure under the PSLRA, Movant is unable to determine which other entities or individuals will seek appointment as lead plaintiff until all respective motions have been filed. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule CV-7(G) be waived.

*/s/ Bruce W. Steckler*
BRUCE W. STECKLER
*Liaison Counsel for Movant Jesse Vestal*

## <u>CERTIFICATE OF SERVICE</u>

I, Bruce W. Steckler, hereby certify that on February 10, 2025, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

<div style="margin-left: 50%;">

*/s/ Bruce W. Steckler*
BRUCE W. STECKLER
*Liaison Counsel for Movant Jesse Vestal*

</div>