**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated, <br><br>     Plaintiff, <br><br> v. <br><br> CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC, <br><br>     Defendants. | Case No. 1:24-CV-1525 <br><br> <u>CLASS ACTION</u> <br><br> **[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL** |

Having considered Jesse Vestal's Motion for Appointment as Lead Plaintiff and Appointment of Co-Lead Counsel, and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED.

2.      Jesse Vestal is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

3.      Block & Leviton LLP and Holzer & Holzer LLC are appointed Co-Lead Counsel for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Co-Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the class: (a) preparing and filing pleadings; (b) briefing and arguing motions; (c) conducting discovery proceedings and depositions; (d) settlement negotiations with counsel for defendants; (e) pretrial proceedings and the trial of this matter; and (f) the supervision of all other matters concerning the prosecution or resolution of this action.

IT IS SO ORDERED.


DATED: _____          _____

THE HONORABLE ROBERT PITMAN

UNITED STATES DISTRICT JUDGE