**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br><br>Defendants. | Case No.: 1:24-cv-01525-RP |

**DECLARATION OF THANE TYLER SPONSEL III IN SUPPORT OF STEVE E. PELLO AND DAVID BOHN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, Thane Tyler Sponsel III, hereby declare as follows:

1.      I am a partner at Sponsel Miller Greenberg PLLC ("SMG"), liaison counsel for lead plaintiff movants Steve E. Pello and David Bohn ("Movants"), and proposed liaison counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movants' motion to appoint them to serve as Co-Lead Plaintiffs in the above-captioned action (the "Action") and to approve their selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as lead counsel and SMG as liaison counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**:   Certifications of Movants attaching their transactions made in Cassava Sciences, Inc. ("Cassava" or the "Company") securities during the Class Period.

**Exhibit B**:   Table of the calculated losses incurred by Movants as a result of their

transactions in Cassava securities.

**Exhibit C**:    Press release published December 12, 2024, on *Globe Newswire*, announcing the pendency of the Action.

**Exhibit D**:    Joint Declaration signed by Movants in support of their lead plaintiff motion.

**Exhibit E**:    Firm résumés of Levi & Korsinsky and SMG.

Dated: February 10, 2025                    By: */s/ Thane Tyler Sponsel III*
                                                 Thane Tyler Sponsel III

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, February 10, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III