# EXHIBIT B

| Client Name | David Bohn |
|---|---|
| Company Name | Cassava Sciences, Inc. |
| Ticker Symbol | SAVA |
| Security Type | |
| Class Period Start | 02-07-2024 |
| Class Period End | 11-24-2024 |
| 90-DAY Lookback Period Start | 11-25-2024 |
| 90-DAY Lookback Period End | 02-09-2025 |
| 90-DAY Lookback Average | $ 02.75 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $114,583.19 |
| DURA LIFO* Total | $114,583.19 |
| Gross Shares Purchased | 7,712 |
| Net Shares Retained | 7,712 |
| Net Funds Expended | $147,744.79 |

### David Bohn - Account 1

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-11-2024 | 519 | 18.41 | $ 9,554.79 | 11-25-2024 | | 519 | $ 04.30 | | $ 2,231.70 | 519 | - | $ 02.75 | | $ 7,323.09 | $ 7,323.09 |
| 04-19-2024 | 3170 | 20 | $ 63,400.00 | 11-25-2024 | | 3170 | $ 04.30 | | $ 13,631.00 | 3170 | - | $ 02.75 | | $ 49,769.00 | $ 49,769.00 |
| 05-01-2024 | 2880 | 22 | $ 63,360.00 | 11-25-2024 | | 2880 | $ 04.30 | | $ 12,384.00 | 2880 | - | $ 02.75 | | $ 50,976.00 | $ 50,976.00 |
| 07-19-2024 | 1143 | 10 | $ 11,430.00 | 11-25-2024 | | 1143 | $ 04.30 | | $ 4,914.90 | 1143 | - | $ 02.75 | | $ 6,515.10 | $ 6,515.10 |
| Total: | 7,712 | | $147,744.79 | | | 7712 | | | $33,161.60 | 7,712 | | | | $114,583.19 | $114,583.19 |

| Client Name | David Bohn |
|---|---|
| Company Name | Cassava Sciences, Inc. |
| Ticker Symbol | SAVA |
| Security Type | |
| Class Period Start | 02-07-2024 |
| Class Period End | 11-24-2024 |
| 90-DAY Lookback Period Start | 11-25-2024 |
| 90-DAY Lookback Period End | 02-10-2025 |
| 90-DAY Lookback Average | $ 02.75 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $82,889.10 |
| DURA LIFO* Total | $82,889.10 |
| Gross Shares Purchased | 4,683 |
| Net Shares Retained | 4,683 |
| Net Funds Expended | $103,026.00 |

### David Bohn - Account 2

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-01-2024 | 4683 | 22 | $ 103,026.00 | 11-25-2024 | | 4683 | $ 04.30 | | $ 20,136.90 | 4683 | - | $ 02.75 | | $ 82,889.10 | $ 82,889.10 |
| Total: | 4,683 | | $103,026.00 | | | 4683 | | | $20,136.90 | 4,683 | | | | $82,889.10 | $82,889.10 |

| Client Name | Steve E. Pello |
|---|---|
| Company Name | Cassava Sciences, Inc. |
| Ticker Symbol | SAVA |
| Security Type | |
| Class Period Start | 02-07-2024 |
| Class Period End | 11-24-2024 |
| 90-DAY Lookback Period Start | 11-25-2024 |
| 90-DAY Lookback Period End | 02-09-2025 |
| 90-DAY Lookback Average | $ 02.75 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $117,599.85 |
| DURA LIFO* Total | $117,599.85 |
| Gross Shares Purchased | 8,862 |
| Net Shares Retained | 6,640 |
| Net Funds Expended | $146,429.57 |

### Steve E. Pello - Account 3

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-08-2024 | 100 | 25.2699 | $ 2,526.99 | 11-25-2024 | | 100 | $ 04.31 | | $ 431.05 | 100 | - | $ 02.75 | | $ 2,095.94 | $ 2,095.94 |
| 02-08-2024 | 100 | 25.265 | $ 2,526.50 | 11-25-2024 | | 100 | $ 04.31 | | $ 431.05 | 100 | - | $ 02.75 | | $ 2,095.45 | $ 2,095.45 |
| 02-09-2024 | 85 | 24.91 | $ 2,117.35 | 11-25-2024 | | 85 | $ 04.31 | | $ 366.39 | 85 | - | $ 02.75 | | $ 1,750.96 | $ 1,750.96 |
| 02-21-2024 | 1000 | 22.229 | $ 22,229.00 | 11-25-2024 | | 1000 | $ 04.31 | | $ 4,310.50 | 1000 | - | $ 02.75 | | $ 17,918.50 | $ 17,918.50 |
| 02-23-2024 | 100 | 21.83 | $ 2,183.00 | 11-25-2024 | | 100 | $ 04.31 | | $ 431.05 | 100 | - | $ 02.75 | | $ 1,751.95 | $ 1,751.95 |
| 02-23-2024 | 39 | 21.83 | $ 851.37 | 11-25-2024 | | 39 | $ 04.31 | | $ 168.11 | 39 | - | $ 02.75 | | $ 683.26 | $ 683.26 |
| 02-26-2024 | 23 | 21.9699 | $ 505.31 | 08-19-2024 | 23 | | $ 28.50 | $ 655.61 | - | - | - | $ 02.75 | | -$ 150.31 | -$ 150.31 |
| 02-26-2024 | 73 | 21.9699 | $ 1,603.80 | 09-03-2024 | 73 | | $ 28.08 | $ 2,049.85 | - | - | - | $ 02.75 | | -$ 446.04 | -$ 446.04 |
| 02-26-2024 | 1688 | 21.9699 | $ 37,085.19 | 11-25-2024 | | 1688 | $ 04.34 | | $ 7,326.09 | 1688 | - | $ 02.75 | | $ 29,759.10 | $ 29,759.10 |
| 02-26-2024 | 3000 | 21.9699 | $ 65,909.70 | 11-25-2024 | | 3000 | $ 04.36 | | $ 13,080.30 | 3000 | - | $ 02.75 | | $ 52,829.40 | $ 52,829.40 |
| 02-26-2024 | 216 | 21.9699 | $ 4,745.50 | 11-25-2024 | | 216 | $ 04.31 | | $ 931.07 | 216 | - | $ 02.75 | | $ 3,814.43 | $ 3,814.43 |

| Trade Date | Shares Purchased During CP | Price Per Share | Total Cost | Trade Date | Shares Sold During CP | Shares Sold During LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-26-2024 | 61 | 21.8887 | $1,335.21 | 08-15-2024 | 61 | | $28.50 | $1,738.80 | | | | $02.75 | | -$403.59 | -$403.59 |
| 04-22-2024 | 5 | 20.5 | $102.50 | 08-07-2024 | 5 | | $26.75 | $133.75 | - | - | - | $02.75 | | -$31.25 | -$31.25 |
| 07-31-2024 | 100 | 22 | $2,200.00 | 08-07-2024 | 100 | | $26.75 | $2,675.00 | - | - | - | $02.75 | | -$475.00 | -$475.00 |
| 09-05-2024 | 100 | 29.8214 | $2,982.14 | 11-25-2024 | | 100 | $04.34 | | $434.01 | 100 | - | $02.75 | | $2,548.13 | $2,548.13 |
| 09-06-2024 | 172 | 26.9792 | $4,640.42 | 11-25-2024 | | 172 | $04.34 | | $746.50 | 172 | - | $02.75 | | $3,893.93 | $3,893.93 |
| 09-11-2024 | 950 | 26.9649 | $25,616.66 | 09-12-2024 | 950 | | $27.66 | $26,277.00 | - | - | - | $02.75 | | -$660.35 | -$660.35 |
| 09-11-2024 | 10 | 26.9649 | $269.65 | 09-12-2024 | 10 | | $27.83 | $278.30 | - | - | - | $02.75 | | -$08.65 | -$08.65 |
| 09-11-2024 | 40 | 26.9649 | $1,078.60 | 11-25-2024 | | 40 | $04.34 | | $173.60 | 40 | - | $02.75 | | $904.99 | $904.99 |
| 09-11-2024 | 1000 | 27.389 | $27,389.00 | 09-12-2024 | 1000 | | $27.66 | $27,660.00 | - | - | - | $02.75 | | -$271.00 | -$271.00 |
| **Total:** | **8,862** | | **$207,897.88** | | **2,222** | **6640** | | **$61,468.31** | **$28,829.72** | **6,640** | | | | **$117,599.85** | **$117,599.85** |

| Client Name | Steve E. Pello |
|---|---|
| Company Name | Cassava Sciences, Inc. |
| Ticker Symbol | SAVA |
| Security Type | |
| Class Period Start | 02-07-2024 |
| Class Period End | 11-24-2024 |
| 90-DAY Lookback Period Start | 11-25-2024 |
| 90-DAY Lookback Period End | 02-09-2025 |
| 90-DAY Lookback Average | $ 02.75 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $809,542.42 |
| DURA LIFO* Total | $805,594.42 |
| Gross Shares Purchased | 48,055 |
| Net Shares Retained | 48,055 |
| Net Funds Expended | $1,003,427.72 |

## Steve E. Pello - Account 4

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-07-2024 | 174 | 23.74 | $4,130.76 | 11-26-2024 | | 174 | $04.06 | | $706.44 | 174 | - | $02.75 | | $3,424.32 | $3,424.32 |
| 02-07-2024 | 826 | 23.74 | $19,609.24 | 11-26-2024 | | 826 | $04.06 | | $3,353.56 | 826 | - | $02.75 | | $16,255.68 | $16,255.68 |
| 02-12-2024 | 500 | 24.97 | $12,485.00 | 11-26-2024 | | 500 | $04.06 | | $2,030.00 | 500 | - | $02.75 | | $10,455.00 | $10,455.00 |
| 02-13-2024 | 140 | 23.74 | $3,323.60 | 11-26-2024 | | 140 | $04.06 | | $568.40 | 140 | - | $02.75 | | $2,755.20 | $2,755.20 |
| 02-13-2024 | 360 | 23.72 | $8,539.20 | 11-26-2024 | | 360 | $04.06 | | $1,461.60 | 360 | - | $02.75 | | $7,077.60 | $7,077.60 |
| 02-13-2024 | 500 | 24.15 | $12,075.00 | 11-26-2024 | | 500 | $04.06 | | $2,030.00 | 500 | - | $02.75 | | $10,045.00 | $10,045.00 |
| 02-13-2024 | 500 | 23.87 | $11,935.00 | 11-26-2024 | | 500 | $04.06 | | $2,030.00 | 500 | - | $02.75 | | $9,905.00 | $9,905.00 |
| 02-16-2024 | 200 | 23.81 | $4,762.00 | 11-26-2024 | | 200 | $04.06 | | $812.00 | 200 | - | $02.75 | | $3,950.00 | $3,950.00 |
| 02-16-2024 | 300 | 23.81 | $7,143.00 | 11-26-2024 | | 300 | $04.06 | | $1,218.00 | 300 | - | $02.75 | | $5,925.00 | $5,925.00 |
| 02-16-2024 | 500 | 23.77 | $11,885.00 | 11-26-2024 | | 500 | $04.06 | | $2,030.00 | 500 | - | $02.75 | | $9,855.00 | $9,855.00 |
| 02-20-2024 | 49 | 22.79 | $1,116.71 | 11-26-2024 | | 49 | $04.06 | | $198.94 | 49 | - | $02.75 | | $917.77 | $917.77 |
| 02-20-2024 | 951 | 22.8 | $21,682.80 | 11-26-2024 | | 951 | $04.06 | | $3,861.06 | 951 | - | $02.75 | | $17,821.74 | $17,821.74 |
| 02-28-2024 | 800 | 23.16 | $18,528.00 | 11-26-2024 | | 800 | $04.06 | | $3,248.00 | 800 | - | $02.75 | | $15,280.00 | $15,280.00 |
| 02-29-2024 | 471 | 22.9 | $10,785.90 | 11-26-2024 | | 471 | $04.06 | | $1,912.26 | 471 | - | $02.75 | | $8,873.64 | $8,873.64 |
| 02-29-2024 | 29 | 22.9 | $664.10 | 11-26-2024 | | 29 | $04.06 | | $117.74 | 29 | - | $02.75 | | $546.36 | $546.36 |
| 03-05-2024 | 100 | 21.67 | $2,167.00 | 11-26-2024 | | 100 | $04.06 | | $406.00 | 100 | - | $02.75 | | $1,761.00 | $1,761.00 |
| 03-05-2024 | 200 | 21.69 | $4,338.00 | 11-26-2024 | | 200 | $04.06 | | $812.00 | 200 | - | $02.75 | | $3,526.00 | $3,526.00 |
| 03-05-2024 | 200 | 21.65 | $4,330.00 | 11-26-2024 | | 200 | $04.06 | | $812.00 | 200 | - | $02.75 | | $3,518.00 | $3,518.00 |
| 03-05-2024 | 500 | 21.9 | $10,950.00 | 11-26-2024 | | 500 | $04.06 | | $2,030.00 | 500 | - | $02.75 | | $8,920.00 | $8,920.00 |
| 03-05-2024 | 500 | 21.66 | $10,830.00 | 11-26-2024 | | 500 | $04.06 | | $2,030.00 | 500 | - | $02.75 | | $8,800.00 | $8,800.00 |
| 03-05-2024 | 1000 | 22.05 | $22,050.00 | 11-26-2024 | | 1000 | $04.06 | | $4,060.00 | 1000 | - | $02.75 | | $17,990.00 | $17,990.00 |
| 03-06-2024 | 100 | 20.01 | $2,001.00 | 11-26-2024 | | 100 | $04.06 | | $406.00 | 100 | - | $02.75 | | $1,595.00 | $1,595.00 |
| 03-06-2024 | 178 | 20.02 | $3,563.56 | 11-26-2024 | | 178 | $04.06 | | $722.68 | 178 | - | $02.75 | | $2,840.88 | $2,840.88 |
| 03-06-2024 | 200 | 21.17 | $4,234.00 | 11-26-2024 | | 200 | $04.06 | | $812.00 | 200 | - | $02.75 | | $3,422.00 | $3,422.00 |
| 03-06-2024 | 317 | 20.03 | $6,349.51 | 11-26-2024 | | 317 | $04.06 | | $1,287.02 | 317 | - | $02.75 | | $5,062.49 | $5,062.49 |
| 03-06-2024 | 400 | 21.26 | $8,504.00 | 11-26-2024 | | 400 | $04.06 | | $1,624.00 | 400 | - | $02.75 | | $6,880.00 | $6,880.00 |
| 03-06-2024 | 400 | 21.14 | $8,456.00 | 11-26-2024 | | 400 | $04.06 | | $1,624.00 | 400 | - | $02.75 | | $6,832.00 | $6,832.00 |
| 03-06-2024 | 405 | 20.03 | $8,112.15 | 11-26-2024 | | 405 | $04.06 | | $1,644.30 | 405 | - | $02.75 | | $6,467.85 | $6,467.85 |
| 03-06-2024 | 1000 | 20.34 | $20,340.00 | 11-26-2024 | | 1000 | $04.06 | | $4,060.00 | 1000 | - | $02.75 | | $16,280.00 | $16,280.00 |
| 03-07-2024 | 28 | 19.26 | $539.28 | 11-26-2024 | | 28 | $04.06 | | $113.68 | 28 | - | $02.75 | | $425.60 | $425.60 |
| 03-07-2024 | 100 | 19.19 | $1,919.00 | 11-26-2024 | | 100 | $04.06 | | $406.00 | 100 | - | $02.75 | | $1,513.00 | $1,513.00 |
| 03-07-2024 | 400 | 19.2 | $7,680.00 | 11-26-2024 | | 400 | $04.06 | | $1,624.00 | 400 | - | $02.75 | | $6,056.00 | $6,056.00 |
| 03-08-2024 | 100 | 18.98 | $1,898.00 | 11-26-2024 | | 100 | $04.06 | | $406.00 | 100 | - | $02.75 | | $1,492.00 | $1,492.00 |
| 03-08-2024 | 100 | 18.98 | $1,898.00 | 11-26-2024 | | 100 | $04.06 | | $406.00 | 100 | - | $02.75 | | $1,492.00 | $1,492.00 |
| 03-08-2024 | 300 | 18.97 | $5,691.00 | 11-26-2024 | | 300 | $04.06 | | $1,218.00 | 300 | - | $02.75 | | $4,473.00 | $4,473.00 |
| 03-08-2024 | 372 | 19.01 | $7,071.72 | 11-26-2024 | | 372 | $04.06 | | $1,510.32 | 372 | - | $02.75 | | $5,561.40 | $5,561.40 |
| 03-08-2024 | 128 | 19.01 | $2,433.28 | 11-26-2024 | | 128 | $04.06 | | $519.68 | 128 | - | $02.75 | | $1,913.60 | $1,913.60 |
| 03-11-2024 | 201 | 18.67 | $3,752.67 | 11-26-2024 | | 201 | $04.06 | | $816.06 | 201 | - | $02.75 | | $2,936.61 | $2,936.61 |
| 03-11-2024 | 299 | 18.67 | $5,582.33 | 11-26-2024 | | 299 | $04.06 | | $1,213.94 | 299 | - | $02.75 | | $4,368.39 | $4,368.39 |
| 03-11-2024 | 2000 | 16.6 | $33,200.00 | 11-26-2024 | | 2000 | $04.06 | | $8,120.00 | 2000 | - | $02.75 | | $25,080.00 | $25,080.00 |
| 04-12-2024 | 72 | 22.6 | $1,627.20 | 11-26-2024 | | 72 | $04.06 | | $292.32 | 72 | - | $02.75 | | $1,334.88 | $1,334.88 |
| 04-12-2024 | 4928 | 22.6 | $111,372.80 | 11-26-2024 | | 4928 | $04.06 | | $20,007.68 | 4928 | - | $02.75 | | $91,365.12 | $91,365.12 |
| 04-19-2024 | 2000 | 19.79 | $39,580.00 | 11-26-2024 | | 2000 | $04.06 | | $8,120.00 | 2000 | - | $02.75 | | $31,460.00 | $31,460.00 |
| 04-30-2024 | 200 | 22.11 | $4,422.00 | 11-26-2024 | | 200 | $04.06 | | $812.00 | 200 | - | $02.75 | | $3,610.00 | $3,610.00 |
| 04-30-2024 | 800 | 22.12 | $17,696.00 | 11-26-2024 | | 800 | $04.06 | | $3,248.00 | 800 | - | $02.75 | | $14,448.00 | $14,448.00 |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount | Qty | | Price | | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-01-2024 | 500 | 22.16 | $11,080.00 | 11-26-2024 | 500 | $04.06 | $2,030.00 | 500 | - | $02.75 | | $9,050.00 | $9,050.00 |
| 05-03-2024 | 1000 | 22.04 | $22,040.00 | 11-26-2024 | 1000 | $04.06 | $4,060.00 | 1000 | - | $02.75 | | $17,980.00 | $17,980.00 |
| 05-06-2024 | 100 | 21.95 | $2,195.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $1,789.00 | $1,789.00 |
| 05-06-2024 | 150 | 21.94 | $3,291.00 | 11-26-2024 | 150 | $04.06 | $609.00 | 150 | - | $02.75 | | $2,682.00 | $2,682.00 |
| 05-06-2024 | 217 | 21.95 | $4,763.15 | 11-26-2024 | 217 | $04.06 | $881.02 | 217 | - | $02.75 | | $3,882.13 | $3,882.13 |
| 05-06-2024 | 1000 | 21.97 | $21,970.00 | 11-26-2024 | 1000 | $04.06 | $4,060.00 | 1000 | - | $02.75 | | $17,910.00 | $17,910.00 |
| 05-07-2024 | 100 | 21.13 | $2,113.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $1,707.00 | $1,707.00 |
| 05-09-2024 | 200 | 21.4 | $4,280.00 | 11-26-2024 | 200 | $04.06 | $812.00 | 200 | - | $02.75 | | $3,468.00 | $3,468.00 |
| 05-09-2024 | 200 | 21.38 | $4,276.00 | 11-26-2024 | 200 | $04.06 | $812.00 | 200 | - | $02.75 | | $3,464.00 | $3,464.00 |
| 05-09-2024 | 1000 | 21.08 | $21,080.00 | 11-26-2024 | 1000 | $04.06 | $4,060.00 | 1000 | - | $02.75 | | $17,020.00 | $17,020.00 |
| 05-10-2024 | 539 | 20.35 | $10,968.65 | 11-26-2024 | 539 | $04.06 | $2,188.34 | 539 | - | $02.75 | | $8,780.31 | $8,780.31 |
| 05-10-2024 | 461 | 20.35 | $9,381.35 | 11-26-2024 | 461 | $04.06 | $1,871.66 | 461 | - | $02.75 | | $7,509.69 | $7,509.69 |
| 05-14-2024 | 100 | 23.3 | $2,330.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $1,924.00 | $1,924.00 |
| 05-14-2024 | 100 | 22.75 | $2,275.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $1,869.00 | $1,869.00 |
| 05-15-2024 | 100 | 23.72 | $2,372.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $1,966.00 | $1,966.00 |
| 05-15-2024 | 100 | 23.7 | $2,370.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $1,964.00 | $1,964.00 |
| 05-15-2024 | 105 | 23.28 | $2,444.40 | 11-26-2024 | 105 | $04.06 | $426.30 | 105 | - | $02.75 | | $2,018.10 | $2,018.10 |
| 05-15-2024 | 500 | 22.99 | $11,495.00 | 11-26-2024 | 500 | $04.06 | $2,030.00 | 500 | - | $02.75 | | $9,465.00 | $9,465.00 |
| 05-16-2024 | 1000 | 22.31 | $22,310.00 | 11-26-2024 | 1000 | $04.06 | $4,060.00 | 1000 | - | $02.75 | | $18,250.00 | $18,250.00 |
| 05-16-2024 | 1000 | 21.78 | $21,780.00 | 11-26-2024 | 1000 | $04.06 | $4,060.00 | 1000 | - | $02.75 | | $17,720.00 | $17,720.00 |
| 05-20-2024 | 495 | 22.56 | $11,167.20 | 11-26-2024 | 495 | $04.06 | $2,009.70 | 495 | - | $02.75 | | $9,157.50 | $9,157.50 |
| 05-20-2024 | 1000 | 22.99 | $22,990.00 | 11-26-2024 | 1000 | $04.06 | $4,060.00 | 1000 | - | $02.75 | | $18,930.00 | $18,930.00 |
| 05-22-2024 | 100 | 21.93 | $2,193.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $1,787.00 | $1,787.00 |
| 05-29-2024 | 100 | 21.28 | $2,128.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $1,722.00 | $1,722.00 |
| 05-31-2024 | 200 | 21.85 | $4,370.00 | 11-26-2024 | 200 | $04.06 | $812.00 | 200 | - | $02.75 | | $3,558.00 | $3,558.00 |
| 06-03-2024 | 100 | 21.59 | $2,159.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $1,753.00 | $1,753.00 |
| 06-04-2024 | 500 | 20.83 | $10,415.00 | 11-26-2024 | 500 | $04.06 | $2,030.00 | 500 | - | $02.75 | | $8,385.00 | $8,385.00 |
| 06-05-2024 | 1000 | 20.51 | $20,510.00 | 11-26-2024 | 1000 | $04.06 | $4,060.00 | 1000 | - | $02.75 | | $16,450.00 | $16,450.00 |
| 06-06-2024 | 500 | 20 | $10,000.00 | 11-26-2024 | 500 | $04.06 | $2,030.00 | 500 | - | $02.75 | | $7,970.00 | $7,970.00 |
| 06-10-2024 | 500 | 19 | $9,500.00 | 11-26-2024 | 500 | $04.06 | $2,030.00 | 500 | - | $02.75 | | $7,470.00 | $7,470.00 |
| 06-11-2024 | 100 | 18.81 | $1,881.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $1,475.00 | $1,475.00 |
| 06-17-2024 | 200 | 19.6 | $3,920.00 | 11-26-2024 | 200 | $04.06 | $812.00 | 200 | - | $02.75 | | $3,108.00 | $3,108.00 |
| 06-21-2024 | 1 | 20.01 | $20.01 | 11-26-2024 | 1 | $04.06 | $04.06 | 1 | - | $02.75 | | $15.95 | $15.95 |
| 06-21-2024 | 2 | 19.86 | $39.72 | 11-26-2024 | 2 | $04.06 | $08.12 | 2 | - | $02.75 | | $31.60 | $31.60 |
| 06-21-2024 | 2 | 19.85 | $39.70 | 11-26-2024 | 2 | $04.06 | $08.12 | 2 | - | $02.75 | | $31.58 | $31.58 |
| 06-21-2024 | 2 | 19.85 | $39.70 | 11-26-2024 | 2 | $04.06 | $08.12 | 2 | - | $02.75 | | $31.58 | $31.58 |
| 06-21-2024 | 2 | 19.83 | $39.66 | 11-26-2024 | 2 | $04.06 | $08.12 | 2 | - | $02.75 | | $31.54 | $31.54 |
| 06-21-2024 | 100 | 20.02 | $2,002.00 | | | | - | - | - | $02.75 | | $2,002.00 | |
| 06-25-2024 | 91 | 19.52 | $1,776.32 | 11-26-2024 | 91 | $04.06 | $369.46 | 91 | - | $02.75 | | $1,406.86 | $1,406.86 |
| 06-25-2024 | 100 | 19.68 | $1,968.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $1,562.00 | $1,562.00 |
| 06-26-2024 | 39 | 18.83 | $734.37 | 11-26-2024 | 39 | $04.06 | $158.34 | 39 | - | $02.75 | | $576.03 | $576.03 |
| 06-26-2024 | 461 | 18.83 | $8,680.63 | 11-26-2024 | 461 | $04.06 | $1,871.66 | 461 | - | $02.75 | | $6,808.97 | $6,808.97 |
| 06-27-2024 | 100 | 18.92 | $1,892.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $1,486.00 | $1,486.00 |
| 06-27-2024 | 100 | 18.92 | $1,892.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $1,486.00 | $1,486.00 |
| 06-28-2024 | 1000 | 18.18 | $18,180.00 | 11-26-2024 | 1000 | $04.06 | $4,060.00 | 1000 | - | $02.75 | | $14,120.00 | $14,120.00 |
| 06-28-2024 | 2000 | 11.59 | $23,180.00 | 11-26-2024 | 2000 | $04.06 | $8,120.00 | 2000 | - | $02.75 | | $15,060.00 | $15,060.00 |
| 06-28-2024 | 200 | 9.73 | $1,946.00 | | | | - | - | - | $02.75 | | $1,946.00 | |
| 06-28-2024 | 1800 | 9.73 | $17,514.00 | 11-26-2024 | 1800 | $04.06 | $7,308.00 | 1800 | - | $02.75 | | $10,206.00 | $10,206.00 |
| 07-19-2024 | 500 | 10.03 | $5,015.00 | 11-26-2024 | 500 | $04.06 | $2,030.00 | 500 | - | $02.75 | | $2,985.00 | $2,985.00 |
| 07-31-2024 | 18 | 21.7 | $390.60 | 11-26-2024 | 18 | $04.06 | $73.08 | 18 | - | $02.75 | | $317.52 | $317.52 |
| 07-31-2024 | 82 | 21.85 | $1,791.70 | 11-26-2024 | 82 | $04.06 | $332.92 | 82 | - | $02.75 | | $1,458.78 | $1,458.78 |
| 08-16-2024 | 90 | 28.39 | $2,555.10 | 11-26-2024 | 90 | $04.06 | $365.40 | 90 | - | $02.75 | | $2,189.70 | $2,189.70 |
| 08-28-2024 | 100 | 26.73 | $2,673.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $2,267.00 | $2,267.00 |
| 08-30-2024 | 100 | 28.58 | $2,858.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $2,452.00 | $2,452.00 |
| 09-24-2024 | 10 | 27.59 | $275.90 | 11-26-2024 | 10 | $04.06 | $40.60 | 10 | - | $02.75 | | $235.30 | $235.30 |
| 09-24-2024 | 100 | 29.2 | $2,920.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $2,514.00 | $2,514.00 |
| 09-24-2024 | 101 | 27.57 | $2,784.57 | 11-26-2024 | 101 | $04.06 | $410.06 | 101 | - | $02.75 | | $2,374.51 | $2,374.51 |
| 09-24-2024 | 189 | 27.62 | $5,220.18 | 11-26-2024 | 189 | $04.06 | $767.34 | 189 | - | $02.75 | | $4,452.84 | $4,452.84 |
| 09-24-2024 | 200 | 27.56 | $5,512.00 | 11-26-2024 | 200 | $04.06 | $812.00 | 200 | - | $02.75 | | $4,700.00 | $4,700.00 |
| 09-24-2024 | 200 | 27.11 | $5,422.00 | 11-26-2024 | 200 | $04.06 | $812.00 | 200 | - | $02.75 | | $4,610.00 | $4,610.00 |
| 09-25-2024 | 100 | 30.47 | $3,047.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $2,641.00 | $2,641.00 |
| 09-26-2024 | 1000 | 27.25 | $27,250.00 | 11-26-2024 | 1000 | $04.06 | $4,060.00 | 1000 | - | $02.75 | | $23,190.00 | $23,190.00 |
| 10-01-2024 | 60 | 28.36 | $1,701.60 | 11-26-2024 | 60 | $04.06 | $243.60 | 60 | - | $02.75 | | $1,458.00 | $1,458.00 |
| 10-01-2024 | 100 | 29.51 | $2,951.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $2,545.00 | $2,545.00 |
| 10-01-2024 | 960 | 27.5 | $26,400.00 | 11-26-2024 | 960 | $04.06 | $3,897.60 | 960 | - | $02.75 | | $22,502.40 | $22,502.40 |
| 10-15-2024 | 2 | 28 | $56.00 | 11-26-2024 | 2 | $04.06 | $08.12 | 2 | - | $02.75 | | $47.88 | $47.88 |
| 10-15-2024 | 19 | 27.99 | $531.81 | 11-26-2024 | 19 | $04.06 | $77.14 | 19 | - | $02.75 | | $454.67 | $454.67 |
| 10-15-2024 | 79 | 28.19 | $2,227.01 | 11-26-2024 | 79 | $04.06 | $320.74 | 79 | - | $02.75 | | $1,906.27 | $1,906.27 |
| 10-23-2024 | 100 | 27.75 | $2,775.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $2,369.00 | $2,369.00 |
| 10-25-2024 | 92 | 26.54 | $2,441.68 | 11-26-2024 | 92 | $04.06 | $373.52 | 92 | - | $02.75 | | $2,068.16 | $2,068.16 |
| 10-25-2024 | 108 | 26.55 | $2,867.40 | 11-26-2024 | 108 | $04.06 | $438.48 | 108 | - | $02.75 | | $2,428.92 | $2,428.92 |
| 10-30-2024 | 200 | 25.9 | $5,180.00 | 11-26-2024 | 200 | $04.06 | $812.00 | 200 | - | $02.75 | | $4,368.00 | $4,368.00 |
| 11-05-2024 | 100 | 25.13 | $2,513.00 | 11-26-2024 | 100 | $04.06 | $406.00 | 100 | - | $02.75 | | $2,107.00 | $2,107.00 |

| 11-05-2024 | 100 | 24.5 | $ 2,450.00 | 11-26-2024 | 100 | $ 04.06 | $ 406.00 | 100 | - | $ 02.75 | | $ 2,044.00 | $ 2,044.00 |
| 11-05-2024 | 100 | 23.77 | $ 2,377.00 | 11-26-2024 | 100 | $ 04.06 | $ 406.00 | 100 | - | $ 02.75 | | $ 1,971.00 | $ 1,971.00 |
| 11-15-2024 | 50 | 28.33 | $ 1,416.50 | 11-26-2024 | 50 | $ 04.06 | $ 203.00 | 50 | - | $ 02.75 | | $ 1,213.50 | $ 1,213.50 |
| 11-20-2024 | 100 | 25.79 | $ 2,579.00 | 11-26-2024 | 100 | $ 04.06 | $ 406.00 | 100 | - | $ 02.75 | | $ 2,173.00 | $ 2,173.00 |
| **Total:** | **48,055** | | **$1,003,427.72** | | **47755** | | **$193,885.30** | **47,755** | | | | **$809,542.42** | **$805,594.42** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| **LIFO Loss Total** | $1,124,614.56 |
| **DURALIFO\* Total** | $1,120,666.56 |
| *DURALIFO\*\* Total* | $1,123,112.75 |
| **Gross Shares Purchased** | 69,312 |
| **Net Shares Retained** | 67,090 |
| **Net Funds Expended** | $1,297,602.08 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.