# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br><br>Defendants. | Case No. 1:24-cv-01525-RP<br><br>CLASS ACTION<br><br>Honorable Robert Pitman |

**JOINT DECLARATION IN SUPPORT OF THE MOTION OF STEVE E. PELLO AND DAVID BOHN FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Steve E. Pello and David Bohn, respectfully submit this Joint Declaration in support of our motion for appointment as Co-Lead Plaintiffs in the above-captioned securities class action (the "Action") against Cassava Sciences, Inc. ("Cassava" or the "Company"). We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2.      We are both informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members. However, we have decided to move for co-lead plaintiffs in this case jointly because we believe combining our collective resources and knowledge will best serve the Class.[1]

---

[1] The "Class" consists of all purchasers of Cassava securities between February 7, 2024 to November 24, 2024, inclusive.

3. I, Steve E. Pello, as reflected in my Certification, purchased Cassava securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Brunswick, Georgia. I am partially retired. I have owned an autobody shop, several carwashes, and rental properties. I consider myself to be a sophisticated investor and have been investing in securities for approximately 10-15 years. Further, I have experience hiring and overseeing attorneys for a general business dispute and family matters. I decided to seek appointment as lead plaintiff initially and then contacted, David Bohn, to see if he would be interested in serving as co-lead plaintiff with me given that he has been a friend of mine since early 2024 and I knew he too sustained significant losses as a result of his investment in Cassava.

4. I, David Bohn, as reflected in my Certification, purchased Cassava securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I am a Master Journeyman and Certified Registered Homebuilder. I own and operate a HVAC contracting company. I founded the company in 1985. It operates in the greater Louisville, KY, area. I consider myself to be a sophisticated investor and have been investing in securities for over 30 years. Further, I have experience hiring and overseeing attorneys for routine business litigation matters. I decided to seek appointment as lead plaintiff with my friend, Steve E. Pello, after speaking with him about this Action.

5. We, Steve E. Pello and David Bohn, believe that the allegations against Cassava are meritorious and that the Class will benefit from having highly motivated investors with substantial financial interests at stake like ourselves to control the class action. We believe that our combined efforts, knowledge, and diverse background will better serve the Class. If appointed co-

lead plaintiffs, our primary goal will be to ensure that the Class achieves the largest possible recovery.

6.      We have discussed with each other the allegations against Cassava, the procedural background of the Action, the process of appointing a lead plaintiff, and the qualifications of our attorneys at Levi & Korsinsky, LLP ("Levi & Korsinsky"). We have also discussed a strategy for prosecuting the Action; the role of the lead plaintiff and the lead plaintiff selection and litigation process; the benefits that the class would receive from the leadership of two like-minded investors like us; a shared desire to achieve the best possible result for the class; and our interests in prosecuting the case in a collaborative, likeminded manner. Following these discussions, we decided to retain Levi & Korsinsky to represent us and the Class and, accordingly, file a motion for lead plaintiff on our behalf.

7.      We have already spoken with one another about this matter on several occasions, including a call with our attorney at Levi & Korsinsky, LLP on February 6, 2025, at approximately 2:30 PM EDT. We have discussed various aspects about the lawsuit, such as the allegations and the strength of the claims against defendants; a strategy for prosecuting the Action; the role of the lead plaintiff and the lead plaintiff selection and litigation process; the benefits that the class would receive from the leadership of two investors like us; a shared desire to achieve the best possible result for the class; our interests in prosecuting the case in a collaborative, likeminded manner; attorney's fees, and the actions that we will take to continue to ensure that the claims will be zealously and efficiently litigated.

8.      We believe that the Class will benefit from having two highly motivated investors with substantial financial interests at stake as co-lead plaintiffs. We feel that our combined efforts and knowledge will better represent the Class as a whole, which is likely made up of the same composition. We both decided to work together in order to collaborate and exercise joint decision-

3

making. We agree to work collaboratively to represent all Cassava shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

9. We each understand that, if appointed, we would act in the best interests of the Class during the course of the litigation to provide effective representation and to ensure that Lead Counsel effectively litigates the Action. Both of us understand that if we are appointed as co-lead plaintiffs, we will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy. Both of us will do our best to maximize the recovery for the Class.

10. If appointed as co-lead plaintiffs, we agree to actively manage the prosecution of the Action including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision making to maximize the recovery for the Class. We agree that we will share our perspectives, experiences, and resources and will remain actively involved to ensure the Class is afforded the highest degree of representation.

11. Given our obligations to the Class and our shared common interest in maximizing the recovery for all investors, we fully expect to reach a consensus regarding litigation decisions. However, in the unlikely event that we ever disagree on any issue, the group member with the larger financial interest will ultimately have discretion.

12. We select Levi & Korsinsky to serve as Lead Counsel on behalf of the Class and believe Levi & Korsinsky has the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. We are familiar with the

experience, resources, and successes of our proposed Lead Counsel, Levi & Korsinsky. We are well aware that Levi & Korsinsky is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that Levi & Korsinsky will vigorously prosecute the Action in a cost-effective manner and in the best interests of all members of the putative Class.

13.     It is our goal to resolve the Action in an expeditious manner that is fair to all members of the Class. Through supervision of our chosen counsel, Levi & Korsinsky, we will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct Levi & Korsinsky to prosecute the Action in such a way to achieve a fair result for all members of the Class. We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. We understand that we may call for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that meetings, conference calls, and communications may be conducted without counsel. We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute the Action. We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.

14.     We have also directed counsel to keep us informed of any developments in the Action—including any developments in the lead plaintiff proceedings. To this end, we will continue to direct Lead Counsel and oversee the prosecution of the Action for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves. Further, we agreed that we will make ourselves available to personally travel for any appearances,

5

depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of the Action.

15. We, Steve E. Pello and David Bohn, hereby reaffirm our commitment to satisfying the duties that we will owe to the Class if appointed as Co-Lead Plaintiffs, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings, and motions in the Action. Our main goal is obtaining the largest recovery possible for the Class.

I, Steve E. Pello, declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 6th day of February, 2025.

Steve Pello (Feb 6, 2025 20:57 EST)
Steve E. Pello

I, David Bohn, declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 6th day of February, 2025.

David Bohn (Feb 10, 2025 12:45 EST)
David Bohn

6