**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br><br>     Defendants. | Case No. 1:24-CV-1525<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF BRUCE W. STECKLER IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL** |

I, Bruce Steckler, declare as follows:

1.      I am a partner at the law firm of Steckler Wayne & Love PLLC, liaison counsel for the proposed lead plaintiff Mr. Vestal in the above-captioned action.  I submit this declaration in support of the Mr. Vestal's Motion for Appointment as Lead Plaintiff and approval of his selection of Block & Leviton and Holzer & Holzer, LLC ("Holzer") as Co-Lead Counsel for the Class.  I have personal knowledge of the matters stated herein, and if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published by Levi & Korsinsky, LLP, through Globe Newswire on December 12, 2024;

Exhibit B:      Certification of Jesse Vestal;

Exhibit C:      Jesse Vestal's loss estimate, prepared by counsel;

Exhibit D:      Block & Leviton firm résumé;

Exhibit E:      Holzer firm résumé;

Exhibit F:      Steckler Wayne & Love PLLC firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 10th day of February 2025.

*/s/ Bruce W. Steckler*
Bruce W. Steckler
**STECKLER WAYNE & LOVE PLLC**
12720 Hillcrest Road
Dallas, Texas 75230
(972) 837-4040 phone
bruce@stecklerlaw.com

*Liaison Counsel for Movant Jesse Vestal*

<u>CERTIFICATE OF SERVICE</u>

I, Bruce W. Steckler, hereby certify that on February 10, 2025, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Bruce W. Steckler*
BRUCE W. STECKLER
*Liaison Counsel for Movant Jesse Vestal*