# Exhibit A



SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies In... ☰



# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Cassava Sciences, Inc. Securities and Sets a Lead Plaintiff Deadline of February 10, 2025

December 12, 2024 17:40 ET   | Source: **Levi & Korsinsky, LLP**

**Follow**

## Company Profile

Levi & Korsinsky, LLP

**Industry:** Specialized Consumer Services

**Website:** https://zlk.com

## Press Release Actions

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

**Share**







NEW YORK, Dec. 12, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Cassava Sciences, Inc. ("Cassava" or the "Company") (NASDAQ: SAVA) between February 7, 2024 to November 24, 2024, both dates inclusive. You are hereby notified** that the class action lawsuit *Stephen Crocker v. Cassava Sciences, Inc., et al.* (Case No. 1:24-cv-01525) has been commenced in the United States District Court for the Western District of Texas. To get more information **go to:**

https://zlk.com/pslra-1/cassava-sciences-inc-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**



**SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies In...**



candidate, simufilam. Defendants' statements included, among other things, clear confidence in simufilam's ability to treat Alzheimer's Disease. On November 25, 2024, Cassava released topline results for the first of its two ongoing Phase 3 studies on simufilam, the "ReThink-ALZ" study. The results indicated that simufilam failed to meet each of the pre-specified primary, secondary, and exploratory endpoints; in sum, simufilam failed to outperform the placebo.

Following this news, the price of Cassava's common stock declined dramatically. From a closing market price of $26.48 per share on November 22, 2024, Cassava's stock price fell to $4.30 per share on November 25, 2024, a decline of about 83.76% in the span of just a single day.

**If you suffered a loss in SAVA securities, you have until February 10, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

www.zlk.com