# Exhibit C

# Jesse Vestal
## Cassava Sciences, Inc. - Loss Estimate

| Date | Transaction | Shares | Price Per Share | | Total Expenditure | |
|---|---|---|---|---|---|---|
| 4/15/24 | Buy | 4 | $ | 22.2700 | $ | 89.08 |
| 4/15/24 | Buy | 2 | $ | 22.2500 | $ | 44.50 |
| 4/15/24 | Buy | 20 | $ | 22.2800 | $ | 445.60 |
| 4/15/24 | Buy | 6 | $ | 22.2600 | $ | 133.56 |
| 4/15/24 | Buy | 18 | $ | 22.3000 | $ | 401.40 |
| 4/15/24 | Buy | 100 | $ | 22.3500 | $ | 2,235.00 |
| 4/15/24 | Buy | 50 | $ | 21.8000 | $ | 1,090.00 |
| 4/18/24 | Buy | 600 | $ | 20.9000 | $ | 12,540.00 |
| 4/18/24 | Buy | 50 | $ | 20.9000 | $ | 1,045.00 |
| 7/2/24 | Buy | 500 | $ | 11.4400 | $ | 5,720.00 |
| 7/8/24 | Buy | 500 | $ | 9.8500 | $ | 4,925.00 |
| 7/17/24 | Buy | 300 | $ | 9.5500 | $ | 2,865.00 |
| 8/2/24 | Buy | 20 | $ | 22.8800 | $ | 457.60 |
| 8/2/24 | Buy | 60 | $ | 22.8700 | $ | 1,372.20 |
| 8/2/24 | Buy | 118 | $ | 22.9000 | $ | 2,702.20 |
| 8/2/24 | Buy | 102 | $ | 22.8900 | $ | 2,334.78 |
| 8/2/24 | Buy | 10 | $ | 22.0500 | $ | 220.50 |
| 8/5/24 | Buy | 100 | $ | 25.1900 | $ | 2,519.00 |
| 8/6/24 | Buy | 100 | $ | 29.3406 | $ | 2,934.06 |
| 8/6/24 | Buy | 100 | $ | 28.5101 | $ | 2,851.01 |
| 8/7/24 | Buy | 100 | $ | 26.3700 | $ | 2,637.00 |
| 8/8/24 | Buy | 100 | $ | 24.3000 | $ | 2,430.00 |
| 8/9/24 | Buy | 305 | $ | 24.0716 | $ | 7,341.84 |
| 8/9/24 | Buy | 100 | $ | 22.9000 | $ | 2,290.00 |
| 8/13/24 | Buy | 100 | $ | 21.5000 | $ | 2,150.00 |
| 8/14/24 | Buy | 100 | $ | 23.7500 | $ | 2,375.00 |
| 9/27/24 | Buy | 24 | $ | 26.7500 | $ | 642.00 |
| 9/27/24 | Buy | 6 | $ | 26.7400 | $ | 160.44 |
| 9/27/24 | Buy | 80 | $ | 26.7300 | $ | 2,138.40 |
| 9/27/24 | Buy | 10 | $ | 26.7100 | $ | 267.10 |
| 9/27/24 | Buy | 5 | $ | 27.0000 | $ | 135.00 |
| 10/10/24 | Buy | 175 | $ | 24.1800 | $ | 4,231.50 |
| 11/12/24 | Buy | 100 | $ | 26.0100 | $ | 2,601.00 |
| 11/12/24 | Buy | 900 | $ | 26.1400 | $ | 23,526.00 |
| **Final** | | 4865 | $ | 20.5243 | $ | 99,850.77 |
| **Lookback Price** | | 4865 | $ | 2.7500 | $ | 13,378.75 |
| **Estimated Loss** | | | | | $ | (86,472.02) |