**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br><br>          Defendants. | Case No. 1:24-cv-01525-RP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MICHAEL L. NAVARRE IN SUPPORT OF DANNY HILL'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

I, Michael L. Navarre, hereby declare as follows:

1.      I am an attorney at Beatty Navarre Strama P.C., Proposed Liaison Counsel for this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of Texas and admitted before this Court. I make this Declaration in support of the motion of Danny Hill to appoint him as Lead Plaintiff and approve his selection of Kahn Swick & Foti, LLC as Lead Counsel and Beatty Navarre Strama P.C. as Liaison Counsel.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Mr. Hill's PSLRA certification.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the loss chart evidencing Mr. Hill's losses in this action.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Mr. Hill in Support of his Motion for Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the December 12, 2024 Notice published on *Globe Newswire*.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the firm résumé of Kahn Swick & Foti, LLC.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: February 10, 2025                    */s/ MICHAEL L. NAVARRE*
                                            BEATTY NAVARRE STRAMA P.C.

1