# EXHIBIT A

## CERTIFICATION PURSUANT TO SECURITIES LAWS

_Danny Hill_____ ("Plaintiff") declares, as to the claims asserted under the federal securities law, that:

1. Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, and retains the firm of Kahn Swick and Foti, LLC to pursue such action on a contingent fee basis.

2. Plaintiff did not purchase securities of _Cassava Sciences, Inc._____ at the direction of Plaintiff's counsel or in order to participate in a private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Plaintiff has executed transactions in the securities of _Cassava Sciences, Inc._____ The transactions in the attached Schedule set forth all of the transactions of Plaintiff in _Cassava Sciences, Inc._____ securities during the Class Period specified in the complaint(s).

5. In the last three years, Plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Plaintiff will not accept payment for serving as a representative beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _1/23/2025_____

DocuSigned by:

_____
5BC3D74061384DB...
Signature

_Danny Hill_____
Printed Name

_Danny Hill_____
Plaintiff

Name of Plaintiff: Danny Hill

Schedule of Plaintiff's Transaction(s) in: Cassava Sciences, Inc.

Purchase(s):

| Date | Units | Price |
|------|-------|-------|
|      |       | $     |
|      |       | $     |
|      |       | $     |
|      |       | $     |
|      |       | $     |
|      |       | $     |
|      |       | $     |
|      |       | $     |
|      |       | $     |
|      |       | $     |

Sale(s):

| Date | Units | Price |
|------|-------|-------|
|      |       | $     |
|      |       | $     |
|      |       | $     |
|      |       | $     |
|      |       | $     |
|      |       | $     |
|      |       | $     |
|      |       | $     |
|      |       | $     |
|      |       | $     |

1/23/2025

| SCHEDULE A | | | | |
|---|---|---|---|---|
| ACCOUNT NO. 1 | | | | |
| DATE | TRANSACTION | SECURITY | QUANTITY | PRICE |
| 8/26/2024 | Buy | SAVA | 375 | $ 31.25 |
| 9/24/2024 | Buy | SAVA | 65 | $ 27.65 |
| 9/24/2024 | Sell | SAVA | (65) | $ 27.23 |
| 9/27/2024 | Buy | SAVA | 43 | $ 26.57 |
| OPTIONS | | | | |
| 8/27/2024 | Buy to Open | SAVA 09/20/2024 40.00 C | 2 | $ 0.64 |
| 9/23/2024 | Expired | SAVA 09/20/2024 40.00 C | (2) | |

| SCHEDULE A | | | | |
|---|---|---|---|---|
| ACCOUNT NO. 2 | | | | |
| DATE | TRANSACTION | SECURITY | QUANTITY | PRICE |
| 3/22/2024 | Buy | SAVA | 1,926 | $ 20.14 |
| 3/25/2024 | Sell | SAVA | (1,926) | $ 20.28 |
| 3/25/2024 | Buy | SAVA | 1,542 | $ 19.95 |
| 3/25/2024 | Buy | SAVA | 60 | $ 19.69 |
| 3/25/2024 | Buy | SAVA | 258 | $ 19.93 |
| 3/27/2024 | Sell | SAVA | (25) | $ 20.08 |
| 3/27/2024 | Sell | SAVA | (104) | $ 20.07 |
| 3/27/2024 | Sell | SAVA | (7) | $ 20.05 |
| 3/27/2024 | Sell | SAVA | (100) | $ 20.04 |
| 3/27/2024 | Sell | SAVA | (900) | $ 20.01 |
| 3/27/2024 | Sell | SAVA | (200) | $ 20.00 |
| 3/27/2024 | Sell | SAVA | (524) | $ 19.99 |
| 3/28/2024 | Buy | SAVA | 1,843 | $ 20.29 |
| 3/28/2024 | Sell | SAVA | (101) | $ 20.23 |
| 3/28/2024 | Sell | SAVA | (1,000) | $ 20.21 |
| 3/28/2024 | Sell | SAVA | (200) | $ 20.21 |
| 3/28/2024 | Sell | SAVA | (542) | $ 20.21 |
| 4/2/2024 | Buy | SAVA | 500 | $ 19.69 |
| 4/2/2024 | Buy | SAVA | 500 | $ 19.60 |
| 4/2/2024 | Buy | SAVA | 500 | $ 19.59 |
| 4/2/2024 | Buy | SAVA | 400 | $ 19.53 |
| 4/4/2024 | Sell | SAVA | (150) | $ 20.54 |
| 4/4/2024 | Sell | SAVA | (200) | $ 20.53 |
| 4/4/2024 | Sell | SAVA | (1,050) | $ 20.53 |
| 4/4/2024 | Sell | SAVA | (500) | $ 20.53 |
| 4/4/2024 | Buy | SAVA | 1,900 | $ 20.45 |
| 4/5/2024 | Sell | SAVA | (1,900) | $ 20.80 |
| 4/5/2024 | Buy | SAVA | 1,000 | $ 20.77 |
| 4/8/2024 | Sell | SAVA | (300) | $ 23.38 |
| 4/8/2024 | Sell | SAVA | (257) | $ 23.36 |
| 4/8/2024 | Sell | SAVA | (443) | $ 23.35 |
| 4/8/2024 | Buy | SAVA | 1,801 | $ 23.29 |

| 4/9/2024 | Sell | SAVA | (1,801) | $ | 24.81 |
|---|---|---|---|---|---|
| 4/9/2024 | Buy | SAVA | 1,802 | $ | 24.98 |
| 4/11/2024 | Sell | SAVA | (16) | $ | 25.77 |
| 4/11/2024 | Sell | SAVA | (284) | $ | 25.75 |
| 4/11/2024 | Sell | SAVA | (1,002) | $ | 25.72 |
| 4/11/2024 | Sell | SAVA | (100) | $ | 25.71 |
| 4/11/2024 | Sell | SAVA | (1) | $ | 25.70 |
| 4/11/2024 | Sell | SAVA | (100) | $ | 25.69 |
| 4/11/2024 | Sell | SAVA | (299) | $ | 25.68 |
| 4/11/2024 | Buy | SAVA | 1,800 | $ | 25.65 |
| 5/2/2024 | Buy | SAVA | 130 | $ | 22.03 |

| SCHEDULE A | | | | | |
|---|---|---|---|---|---|
| ACCOUNT NO. 3 | | | | | |
| DATE | TRANSACTION | SECURITY | QUANTITY | | PRICE |
| 4/15/2024 | Buy | SAVA | 244 | $ | 20.58 |
| 4/15/2024 | Buy | SAVA | 249 | $ | 20.04 |
| 4/23/2024 | Buy | SAVA | 500 | $ | 20.64 |
| 4/23/2024 | Buy | SAVA | 500 | $ | 20.60 |
| 4/23/2024 | Buy | SAVA | 2 | $ | 20.47 |
| 4/26/2024 | Buy | SAVA | 1,613 | $ | 22.00 |
| 6/10/2024 | Buy | SAVA | 2,492 | $ | 19.06 |
| 6/28/2024 | Buy | SAVA | 5,000 | $ | 12.11 |
| 7/1/2024 | Sell | SAVA | (5,000) | $ | 12.21 |
| 7/1/2024 | Buy | SAVA | 5,000 | $ | 12.15 |
| 7/17/2024 | Sell | SAVA | (10,000) | $ | 9.44 |
| 7/17/2024 | Buy | SAVA | 9,856 | $ | 9.76 |
| 7/17/2024 | Sell | SAVA | (5,000) | $ | 9.53 |
| 7/17/2024 | Buy | SAVA | 5,012 | $ | 9.51 |
| 8/8/2024 | Buy | SAVA | 460 | $ | 30.24 |
| 8/8/2024 | Sell | SAVA | (400) | $ | 25.81 |
| 8/8/2024 | Buy | SAVA | 394 | $ | 25.25 |
| 8/8/2024 | Sell | SAVA | (400) | $ | 26.12 |
| 8/8/2024 | Buy | SAVA | 405 | $ | 25.52 |
| 8/23/2024 | Buy | SAVA | 3 | $ | 30.70 |
| 9/27/2024 | Buy | SAVA | 209 | $ | 27.65 |
| 10/21/2024 | Sell | SAVA | (10,000) | $ | 28.60 |
| 10/22/2024 | Buy | SAVA | 2,500 | $ | 28.89 |
| 10/22/2024 | Buy | SAVA | 2,500 | $ | 28.84 |
| 10/22/2024 | Buy | SAVA | 2,500 | $ | 28.67 |
| 10/22/2024 | Buy | SAVA | 1,000 | $ | 28.16 |
| 11/22/2024 | Buy | SAVA | 1 | $ | 26.93 |
| OPTIONS | | | | | |
| 4/15/2024 | Buy to Open | SAVA 05/10/2024 21.00 C | 5 | $ | 1.60 |
| 5/13/2024 | Journaled Shares | SAVA 05/10/2024 21.00 C | (5) | | |

| | | | | | |
|---|---|---|---|---|---|
| 8/27/2024 | Buy to Open | SAVA 09/20/2024 40.00 C | 12 | $ | 0.54 |
| 09/23/2024 as o | Expired | SAVA 09/20/2024 40.00 C | (12) | | |
| 10/8/2024 | Buy to Open | SAVA 01/17/2025 60.00 C | 1 | $ | 8.00 |
| 11/25/2024 | Sell to Close | SAVA 01/17/2025 60.00 C | (1) | $ | 0.03 |

| SCHEDULE A | | | | |
|---|---|---|---|---|
| ACCOUNT NO. 4 | | | | |
| DATE | TRANSACTION | SECURITY | QUANTITY | PRICE |
| 2/9/2024 | Buy | SAVA | 408 | $ 25.66 |
| 2/21/2024 | Sell | SAVA | (100) | $ 21.95 |
| 3/25/2024 | Buy | SAVA | 50 | $ 19.74 |
| 4/9/2024 | Sell | SAVA | (358) | $ 24.96 |
| 4/9/2024 | Buy | SAVA | 357 | $ 24.95 |
| 4/11/2024 | Sell | SAVA | (357) | $ 25.69 |
| 4/11/2024 | Buy | SAVA | 350 | $ 25.99 |
| 4/16/2024 | Buy | SAVA | 26 | $ 20.52 |
| 4/16/2024 | Sell | SAVA | (1) | $ 20.67 |
| 4/26/2024 | Buy | SAVA | 255 | $ 21.98 |
| 5/3/2024 | Buy | SAVA | 120 | $ 22.17 |
| 5/6/2024 | Buy | SAVA | 228 | $ 21.98 |
| 5/15/2024 | Sell | SAVA | (978) | $ 23.02 |
| 5/15/2024 | Buy | SAVA | 966 | $ 23.39 |
| 5/15/2024 | Sell | SAVA | (966) | $ 23.42 |
| 5/15/2024 | Buy | SAVA | 990 | $ 23.01 |
| 6/24/2024 | Buy | SAVA | 151 | $ 19.75 |
| 6/25/2024 | Buy | SAVA | 231 | $ 19.48 |
| 7/1/2024 | Buy | SAVA | 184 | $ 10.74 |
| 7/1/2024 | Sell | SAVA | (184) | $ 12.06 |
| 7/3/2024 | Buy | SAVA | 182 | $ 11.50 |
| 7/9/2024 | Sell | SAVA | (182) | $ 11.73 |
| 7/11/2024 | Buy | SAVA | 206 | $ 11.00 |
| 7/12/2024 | Sell | SAVA | (206) | $ 11.49 |
| 7/16/2024 | Buy | SAVA | 175 | $ 13.53 |
| 7/16/2024 | Sell | SAVA | (175) | $ 13.52 |
| 7/17/2024 | Sell | SAVA | (1,372) | $ 9.20 |
| 7/17/2024 | Buy | SAVA | 1,517 | $ 9.89 |
| 7/17/2024 | Sell | SAVA | (1,500) | $ 9.40 |
| 7/17/2024 | Buy | SAVA | 1,515 | $ 9.30 |
| 8/5/2024 | Sell | SAVA | (1,500) | $ 38.26 |
| 8/5/2024 | Buy | SAVA | 1,520 | $ 37.75 |
| 8/5/2024 | Sell | SAVA | (1,500) | $ 35.51 |
| 8/5/2024 | Buy | SAVA | 1,524 | $ 34.39 |
| 8/5/2024 | Buy | SAVA | 24 | $ 35.62 |
| 8/6/2024 | Sell | SAVA | (1,500) | $ 30.81 |
| 8/6/2024 | Buy | SAVA | 1,279 | $ 32.99 |
| 8/6/2024 | Sell | SAVA | (1,300) | $ 28.28 |

| Date | Action | Symbol | Quantity | | Price |
|---|---|---|---|---|---|
| 8/6/2024 | Buy | SAVA | 1,367 | $ | 29.87 |
| 8/7/2024 | Sell | SAVA | (1,400) | $ | 28.29 |
| 8/7/2024 | Buy | SAVA | 1,400 | $ | 29.36 |
| 8/7/2024 | Sell | SAVA | (1,000) | $ | 27.80 |
| 8/7/2024 | Buy | SAVA | 1,000 | $ | 27.24 |
| 8/7/2024 | Sell | SAVA | (1,000) | $ | 26.73 |
| 8/7/2024 | Buy | SAVA | 1,000 | $ | 26.73 |
| 8/7/2024 | Sell | SAVA | (1,000) | $ | 26.36 |
| 8/7/2024 | Buy | SAVA | 1,000 | $ | 26.33 |
| 8/7/2024 | Sell | SAVA | (1,000) | $ | 26.05 |
| 8/7/2024 | Buy | SAVA | 896 | $ | 27.86 |
| 8/22/2024 | Buy | SAVA | 4 | $ | 29.82 |
| 8/28/2024 | Sell | SAVA | (20) | $ | 27.54 |
| 8/28/2024 | Buy | SAVA | 7 | $ | 28.09 |
| 8/28/2024 | Sell | SAVA | (1,300) | $ | 26.88 |
| 8/28/2024 | Buy | SAVA | 1,308 | $ | 26.73 |
| 9/23/2024 | Sell | SAVA | (1,300) | $ | 28.15 |
| 9/23/2024 | Buy | SAVA | 357 | $ | 28.04 |
| 9/23/2024 | Buy | SAVA | 359 | $ | 27.77 |
| 9/23/2024 | Buy | SAVA | 544 | $ | 27.60 |
| 9/23/2024 | Buy | SAVA | 57 | $ | 27.66 |
| 10/10/2024 | Sell | SAVA | (358) | $ | 25.09 |
| 11/5/2024 | Buy | SAVA | 39 | $ | 25.13 |
| 11/5/2024 | Buy | SAVA | 20 | $ | 24.91 |
| 11/5/2024 | Buy | SAVA | 32 | $ | 25.22 |
| 11/7/2024 | Sell | SAVA | (91) | $ | 25.95 |
| 11/20/2024 | Buy | SAVA | 72 | $ | 26.04 |
| 11/21/2024 | Sell | SAVA | (72) | $ | 31.89 |
| 11/22/2024 | Buy | SAVA | 40 | $ | 27.17 |
| 11/22/2024 | Buy | SAVA | 40 | $ | 27.03 |
| 11/22/2024 | Buy | SAVA | 5 | $ | 26.67 |
| 11/22/2024 | Sell | SAVA | (85) | $ | 26.25 |
| **OPTIONS** | | | | | |
| 3/12/2024 | Buy to Open | SAVA 03/15/2024 19.50 P | 5 | $ | 0.73 |
| 3/12/2024 | Sell to Close | SAVA 03/15/2024 19.50 P | -5 | $ | 0.57 |
| 3/14/2024 | Buy to Open | SAVA 03/15/2024 20.00 P | 3 | $ | 0.40 |
| 3/18/2024 | Expired | SAVA 03/15/2024 20.00 P | -3 | | |
| 8/28/2024 | Buy to Open | SAVA 09/20/2024 40.00 C | 1 | $ | 0.39 |
| 8/28/2024 | Buy to Open | SAVA 09/20/2024 40.00 C | 9 | $ | 0.33 |
| 9/23/2024 | Expired | SAVA 09/20/2024 40.00 C | -10 | | |
| 10/23/2024 | Buy to Open | SAVA 12/20/2024 60.00 C | 1 | $ | 9.10 |