# EXHIBIT B

**CASSAVA SECURITIES LITIGATION**
**LOSS CHART**

| | | | |
|---|---|---|---|
| CP BEGINS | 2/7/2024 | | |
| CP ENDS | 11/24/2024 | | |
| 90-DAY ENDS | 2/22/2025 | Not expired | |
| MEAN TRADING PRICE (as of 2/7/25): | $ 2.75 | | |

| Summary | Stock Losses | Options Losses | Total Losses |
|---|---|---|---|
| Account No. 1 | $ (11,091.16) | $ (128.00) | $ (11,219.16) |
| Account No. 2 | $ (31,402.12) | $ - | $ (31,402.12) |
| Account No. 3 | $ (111,743.00) | $ (2,245.00) | $ (113,988.00) |
| Account No. 4 | $ (17,822.52) | $ (1,446.00) | $ (19,268.52) |
| | | | $ (175,877.80) |

### ACCOUNT NO. 1

| DATE | TRANSACTION | QUANTITY | PRICE | TOTAL (COST) | DATE | TRANSACTION | QUANTITY | PRICE | TOTAL PROCEEDS | TOTAL GAIN or (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/26/2024 | Buy | 375 | $ 31.25 | $ (11,718.75) | 11/25/2024 | Post-CP Sale | (375) | $ 4.30 | $ 1,612.50 | $ (10,106.25) |
| 9/24/2024 | Buy | 65 | $ 27.65 | $ (1,797.25) | | | | | | |
| | | | | | 9/24/2024 | Sell | (65) | $ 27.23 | $ 1,769.95 | $ (27.30) |
| 9/27/2024 | Buy | 43 | $ 26.57 | $ (1,142.51) | 11/25/2024 | Post-CP Sale | (43) | $ 4.30 | $ 184.90 | $ (957.61) |
| | | | | | | | | LOSSES: | | $ (11,091.16) |

### ACCOUNT NO. 2

| DATE | TRANSACTION | QUANTITY | PRICE | TOTAL (COST) | DATE | TRANSACTION | QUANTITY | PRICE | TOTAL PROCEEDS | TOTAL GAIN or (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/22/2024 | Buy | 1,926 | $ 20.14 | $ (38,789.64) | | | | | | |
| | | | | | 3/25/2024 | Sell | (1,926) | $ 20.28 | $ 39,059.28 | $ 269.64 |
| 3/25/2024 | Buy | 1,542 | $ 19.95 | $ (30,762.90) | | | | | | |
| 3/25/2024 | Buy | 60 | $ 19.69 | $ (1,181.40) | | | | | | |
| 3/25/2024 | Buy | 258 | $ 19.93 | $ (5,141.94) | | | | | | |
| | | | | | 3/27/2024 | Sell | (25) | $ 20.08 | $ 502.00 | |
| | | | | | 3/27/2024 | Sell | (104) | $ 20.07 | $ 2,087.28 | |
| | | | | | 3/27/2024 | Sell | (7) | $ 20.05 | $ 140.35 | |
| | | | | | 3/27/2024 | Sell | (100) | $ 20.04 | $ 2,004.00 | |
| | | | | | 3/27/2024 | Sell | (900) | $ 20.01 | $ 18,009.00 | |
| | | | | | 3/27/2024 | Sell | (200) | $ 20.00 | $ 4,000.00 | |
| | | | | | 3/27/2024 | Sell | (524) | $ 19.99 | $ 10,474.76 | $ 131.15 |
| 3/28/2024 | Buy | 1,843 | $ 20.29 | $ (37,394.47) | | | | | | |
| | | | | | 3/28/2024 | Sell | (101) | $ 20.23 | $ 2,043.23 | |
| | | | | | 3/28/2024 | Sell | (1,000) | $ 20.21 | $ 20,210.00 | |
| | | | | | 3/28/2024 | Sell | (200) | $ 20.21 | $ 4,042.00 | |
| | | | | | 3/28/2024 | Sell | (542) | $ 20.21 | $ 10,953.82 | $ (145.42) |
| 4/2/2024 | Buy | 500 | $ 19.69 | $ (9,845.00) | | | | | | |
| 4/2/2024 | Buy | 500 | $ 19.60 | $ (9,800.00) | | | | | | |
| 4/2/2024 | Buy | 500 | $ 19.59 | $ (9,795.00) | | | | | | |
| 4/2/2024 | Buy | 400 | $ 19.53 | $ (7,812.00) | | | | | | |
| | | | | | 4/4/2024 | Sell | (150) | $ 20.54 | $ 3,081.00 | |
| | | | | | 4/4/2024 | Sell | (200) | $ 20.53 | $ 4,106.00 | |
| | | | | | 4/4/2024 | Sell | (1,050) | $ 20.53 | $ 21,556.50 | |
| | | | | | 4/4/2024 | Sell | (500) | $ 20.53 | $ 10,265.00 | $ 1,756.50 |
| 4/4/2024 | Buy | 1,900 | $ 20.45 | $ (38,855.00) | | | | | | |
| | | | | | 4/5/2024 | Sell | (1,900) | $ 20.80 | $ 39,520.00 | $ 665.00 |
| 4/5/2024 | Buy | 1,000 | $ 20.77 | $ (20,770.00) | | | | | | |
| | | | | | 4/8/2024 | Sell | (300) | $ 23.38 | $ 7,014.00 | |
| | | | | | 4/8/2024 | Sell | (257) | $ 23.36 | $ 6,003.52 | |
| | | | | | 4/8/2024 | Sell | (443) | $ 23.35 | $ 10,344.05 | $ 2,591.57 |
| 4/8/2024 | Buy | 1,801 | $ 23.29 | $ (41,945.29) | | | | | | |
| | | | | | 4/9/2024 | Sell | (1,801) | $ 24.81 | $ 44,682.81 | $ 2,737.52 |
| 4/9/2024 | Buy | 1,802 | $ 24.98 | $ (45,013.96) | | | | | | |
| | | | | | 4/11/2024 | Sell | (16) | $ 25.77 | $ 412.32 | |
| | | | | | 4/11/2024 | Sell | (284) | $ 25.75 | $ 7,313.00 | |
| | | | | | 4/11/2024 | Sell | (1,002) | $ 25.72 | $ 25,771.44 | |
| | | | | | 4/11/2024 | Sell | (100) | $ 25.71 | $ 2,571.00 | |
| | | | | | 4/11/2024 | Sell | (1) | $ 25.70 | $ 25.70 | |
| | | | | | 4/11/2024 | Sell | (100) | $ 25.69 | $ 2,569.00 | |
| | | | | | 4/11/2024 | Sell | (299) | $ 25.68 | $ 7,678.32 | $ 1,326.82 |

| DATE | TRANSACTION | QUANTITY | PRICE | TOTAL (COST) | DATE | TRANSACTION | QUANTITY | PRICE | TOTAL PROCEEDS | TOTAL GAIN or (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/11/2024 | Buy | 1,800 | $ 25.65 | $ (46,170.00) | | | | | | |
| 5/2/2024 | Buy | 130 | $ 22.03 | $ (2,863.90) | 11/25/2024 | Post-CP Sale | (1,930) | $ 4.30 | $ 8,299.00 | $ (40,734.90) |
| | | | | | | | | LOSSES: | $ | (31,402.12) |

### ACCOUNT NO. 3

| DATE | TRANSACTION | QUANTITY | PRICE | TOTAL (COST) | DATE | TRANSACTION | QUANTITY | PRICE | TOTAL PROCEEDS | TOTAL GAIN or (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/15/2024 | Buy | 244 | $ 20.58 | $ (5,021.52) | | | | | | |
| 4/15/2024 | Buy | 249 | $ 20.04 | $ (4,989.96) | | | | | | |
| 4/23/2024 | Buy | 107 | $ 20.64 | $ (2,208.48) | | | | | | |
| | | | | | | Post-CP Sale | (600) | $ 4.30 | $ 2,580.00 | $ (9,639.96) |
| 4/23/2024 | Buy | 393 | $ 20.64 | $ (8,111.52) | | | | | | |
| 4/23/2024 | Buy | 500 | $ 20.60 | $ (10,300.00) | | | | | | |
| 4/23/2024 | Buy | 2 | $ 20.47 | $ (40.94) | | | | | | |
| 4/26/2024 | Buy | 1,613 | $ 22.00 | $ (35,486.00) | | | | | | |
| 6/10/2024 | Buy | 2,492 | $ 19.06 | $ (47,497.52) | 7/17/2024 | Sell | (5,000) | $ 9.44 | $ 47,200.00 | $ (54,235.98) |
| 6/28/2024 | Buy | 5,000 | $ 12.11 | $ (60,550.00) | 7/1/2024 | Sell | (5,000) | $ 12.21 | $ 61,050.00 | $ 500.00 |
| 7/1/2024 | Buy | 5,000 | $ 12.15 | $ (60,750.00) | 7/17/2024 | Sell | (5,000) | $ 9.44 | $ 47,200.00 | $ (13,550.00) |
| 7/17/2024 | Buy | 539 | $ 9.76 | $ (5,260.64) | | Post-CP Sale | (539) | $ 4.30 | $ 2,317.70 | $ (2,942.94) |
| 7/17/2024 | Buy | 4,317 | $ 9.76 | $ (42,133.92) | 10/21/2024 | Sell | (4,317) | $ 28.60 | $ 123,466.20 | $ 81,332.28 |
| 7/17/2024 | Buy | 5,000 | $ 9.76 | $ (48,800.00) | 7/17/2024 | Sell | (5,000) | $ 9.53 | $ 47,650.00 | $ (1,150.00) |
| 7/17/2024 | Buy | 5,012 | $ 9.51 | $ (47,664.12) | | | | | | |
| 8/8/2024 | Buy | 60 | $ 30.24 | $ (1,814.40) | 8/8/2024 | Sell | (6) | $ 26.12 | $ 156.72 | |
| | | | | | 10/21/2024 | Sell | (5,066) | $ 28.60 | $ 144,887.60 | $ 95,565.80 |
| 8/8/2024 | Buy | 400 | $ 30.24 | $ (12,096.00) | 8/8/2024 | Sell | (400) | $ 25.81 | $ 10,324.00 | $ (1,772.00) |
| 8/8/2024 | Buy | 394 | $ 25.25 | $ (9,948.50) | 8/8/2024 | Sell | (394) | $ 26.12 | $ 10,291.28 | $ 342.78 |
| 8/8/2024 | Buy | 405 | $ 25.52 | $ (10,335.60) | | | | | | |
| 8/23/2024 | Buy | 3 | $ 30.70 | $ (92.10) | | | | | | |
| 9/27/2024 | Buy | 209 | $ 27.65 | $ (5,778.85) | 10/21/2024 | Sell | (617) | $ 28.60 | $ 17,646.20 | $ 1,439.65 |
| 10/22/2024 | Buy | 2,500 | $ 28.89 | $ (72,225.00) | | | | | | |
| 10/22/2024 | Buy | 2,500 | $ 28.84 | $ (72,100.00) | | | | | | |
| 10/22/2024 | Buy | 2,500 | $ 28.67 | $ (71,675.00) | | | | | | |
| 10/22/2024 | Buy | 1,000 | $ 28.16 | $ (28,160.00) | | | | | | |
| 11/22/2024 | Buy | 1 | $ 26.93 | $ (26.93) | | Post-CP Sale | (8,501) | $ 4.30 | $ 36,554.30 | $ (207,632.63) |
| | | | | | | | | LOSSES: | $ | (111,743.00) |

### ACCOUNT NO. 4

| DATE | TRANSACTION | QUANTITY | PRICE | TOTAL (COST) | DATE | TRANSACTION | QUANTITY | PRICE | TOTAL PROCEEDS | TOTAL GAIN or (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/9/2024 | Buy | 408 | $ 25.66 | $ (10,469.28) | 2/21/2024 | Sell | (100) | $ 21.95 | $ 2,195.00 | |
| | | | | | 4/9/2024 | Sell | (308) | $ 24.96 | $ 7,687.68 | $ (586.60) |
| 3/25/2024 | Buy | 50 | $ 19.74 | $ (987.00) | 4/9/2024 | Sell | (50) | $ 24.96 | $ 1,248.00 | $ 261.00 |
| 4/9/2024 | Buy | 357 | $ 24.95 | $ (8,907.15) | 4/11/2024 | Sell | (357) | $ 25.69 | $ 9,171.33 | $ 264.18 |
| 4/11/2024 | Buy | 350 | $ 25.99 | $ (9,096.50) | | | | | | |

| Date | Type | Qty | Price | Amount | Date | Type | Qty | Price | Amount | Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/16/2024 | Buy | 26 | $ 20.52 | $ (533.52) | | | | | | |
| | | | | | 4/16/2024 | Sell | (1) | $ 20.67 | $ 20.67 | |
| | | | | | 5/15/2024 | Sell | (375) | $ 23.02 | $ 8,632.50 | $ (976.85) |
| 4/26/2024 | Buy | 255 | $ 21.98 | $ (5,604.90) | | | | | | |
| 5/3/2024 | Buy | 120 | $ 22.17 | $ (2,660.40) | | | | | | |
| 5/6/2024 | Buy | 228 | $ 21.98 | $ (5,011.44) | | | | | | |
| | | | | | 5/15/2024 | Sell | (603) | $ 23.02 | $ 13,881.06 | $ 604.32 |
| 5/15/2024 | Buy | 966 | $ 23.39 | $ (22,594.74) | | | | | | |
| | | | | | 5/15/2024 | Sell | (966) | $ 23.42 | $ 22,623.72 | $ 28.98 |
| 5/15/2024 | Buy | 990 | $ 23.01 | $ (22,779.90) | | | | | | |
| 6/24/2024 | Buy | 151 | $ 19.75 | $ (2,982.25) | | | | | | |
| 6/25/2024 | Buy | 231 | $ 19.48 | $ (4,499.88) | | | | | | |
| | | | | | 7/17/2024 | Sell | (1,372) | $ 9.20 | $ 12,622.40 | $ (17,639.63) |
| 7/1/2024 | Buy | 184 | $ 10.74 | $ (1,976.16) | | | | | | |
| | | | | | 7/1/2024 | Sell | (184) | $ 12.06 | $ 2,219.04 | $ 242.88 |
| 7/3/2024 | Buy | 182 | $ 11.50 | $ (2,093.00) | | | | | | |
| | | | | | 7/9/2024 | Sell | (182) | $ 11.73 | $ 2,134.86 | $ 41.86 |
| 7/11/2024 | Buy | 206 | $ 11.00 | $ (2,266.00) | | | | | | |
| | | | | | 7/12/2024 | Sell | (206) | $ 11.49 | $ 2,366.94 | $ 100.94 |
| 7/16/2024 | Buy | 175 | $ 13.53 | $ (2,367.75) | | | | | | |
| | | | | | 7/16/2024 | Sell | (175) | $ 13.52 | $ 2,366.00 | $ (1.75) |
| 7/17/2024 | Buy | 17 | $ 9.89 | $ (168.13) | | | | | | |
| | | | | | 11/25/2024 | Post-CP Sale | (17) | $ 4.30 | $ 73.10 | $ (95.03) |
| 7/17/2024 | Buy | 1,500 | $ 9.89 | $ (14,835.00) | | | | | | |
| | | | | | 7/17/2024 | Sell | (1,500) | $ 9.40 | $ 14,100.00 | |
| 7/17/2024 | Buy | 15 | $ 9.30 | $ (139.50) | | | | | | |
| | | | | | 11/25/2024 | Post-CP Sale | (15) | $ 4.30 | $ 64.50 | $ (75.00) |
| 7/17/2024 | Buy | 1,500 | $ 9.30 | $ (13,950.00) | | | | | | |
| | | | | | 8/5/2024 | Sell | (1,500) | $ 38.26 | $ 57,390.00 | $ 43,440.00 |
| 8/5/2024 | Buy | 1 | $ 37.75 | $ (37.75) | | | | | | |
| | | | | | 11/25/2024 | Post-CP Sale | (1) | $ 4.30 | $ 4.30 | $ (33.45) |
| 8/5/2024 | Buy | 1,518 | $ 37.75 | $ (57,304.50) | | | | | | |
| | | | | | 8/5/2024 | Sell | (1,500) | $ 35.51 | $ 53,265.00 | |
| | | | | | 8/7/2024 | Sell | (6) | $ 28.29 | $ 169.74 | |
| | | | | | 8/28/2024 | Sell | (13) | $ 26.88 | $ 349.44 | $ (3,553.77) |
| 8/5/2024 | Buy | 48 | $ 34.39 | $ (1,650.72) | | | | | | |
| | | | | | 8/6/2024 | Sell | (21) | $ 28.28 | $ 593.88 | |
| | | | | | 8/7/2024 | Sell | (27) | $ 28.29 | $ 763.83 | $ (293.01) |
| 8/5/2024 | Buy | 1,476 | $ 34.39 | $ (50,759.64) | | | | | | |
| 8/5/2024 | Buy | 24 | $ 35.62 | $ (854.88) | | | | | | |
| | | | | | 8/6/2024 | Sell | (1,500) | $ 30.81 | $ 46,215.00 | $ (5,399.52) |
| 8/6/2024 | Buy | 1,279 | $ 32.99 | $ (42,194.21) | | | | | | |
| | | | | | 8/6/2024 | Sell | (1,279) | $ 28.28 | $ 36,170.12 | $ (6,024.09) |
| 8/6/2024 | Buy | 1,367 | $ 29.87 | $ (40,832.29) | | | | | | |
| | | | | | 8/7/2024 | Sell | (1,367) | $ 28.29 | $ 38,672.43 | $ (2,159.86) |
| 8/7/2024 | Buy | 1,400 | $ 29.36 | $ (41,104.00) | | | | | | |
| | | | | | 8/7/2024 | Sell | (1,000) | $ 27.80 | $ 27,800.00 | |
| | | | | | 8/28/2024 | Sell | (400) | $ 26.88 | $ 10,752.00 | $ (2,552.00) |
| 8/7/2024 | Buy | 1,000 | $ 27.24 | $ (27,240.00) | | | | | | |
| | | | | | 8/7/2024 | Sell | (1,000) | $ 26.73 | $ 26,730.00 | $ (510.00) |
| 8/7/2024 | Buy | 1,000 | $ 26.73 | $ (26,730.00) | | | | | | |
| | | | | | 8/7/2024 | Sell | (1,000) | $ 26.36 | $ 26,360.00 | $ (370.00) |
| 8/7/2024 | Buy | 1,000 | $ 26.33 | $ (26,330.00) | | | | | | |
| | | | | | 8/7/2024 | Sell | (1,000) | $ 26.05 | $ 26,050.00 | $ (280.00) |
| 8/7/2024 | Buy | 880 | $ 27.86 | $ (24,516.80) | | | | | | |
| | | | | | 8/28/2024 | Sell | (880) | $ 26.88 | $ 23,654.40 | $ (862.40) |
| 8/7/2024 | Buy | 16 | $ 27.86 | $ (445.76) | | | | | | |
| 8/22/2024 | Buy | 4 | $ 29.82 | $ (119.28) | | | | | | |
| | | | | | 8/28/2024 | Sell | (20) | $ 27.54 | $ 550.80 | $ (14.24) |

| Date | Transaction | Quantity | Price | Total (Cost) or Proceeds | Date | Transaction | Quantity | Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/28/2024 | Buy | 7 | $ 28.09 | $ (196.63) | | | | | | |
| | | | | | 8/28/2024 | Sell | (7) | $ 26.88 | $ 188.16 | $ (8.47) |
| 8/28/2024 | Buy | 8 | $ 26.73 | $ (213.84) | | | | | | |
| | | | | | 11/25/2024 | Post-CP Sale | (8) | $ 4.30 | $ 34.40 | $ (179.44) |
| 8/28/2024 | Buy | 1,300 | $ 26.73 | $ (34,749.00) | | | | | | |
| | | | | | 9/23/2024 | Sell | (1,300) | $ 28.15 | $ 36,595.00 | $ 1,846.00 |
| 9/23/2024 | Buy | 357 | $ 28.04 | $ (10,010.28) | | | | | | |
| 9/23/2024 | Buy | 359 | $ 27.77 | $ (9,969.43) | | | | | | |
| 9/23/2024 | Buy | 243 | $ 27.60 | $ (6,706.80) | | | | | | |
| | | | | | 11/25/2024 | Post-CP Sale | (959) | $ 4.30 | $ 4,123.70 | $ (22,562.81) |
| 9/23/2024 | Buy | 301 | $ 27.60 | $ (8,307.60) | | | | | | |
| 9/23/2024 | Buy | 57 | $ 27.66 | $ (1,576.62) | | | | | | |
| | | | | | 10/10/2024 | Sell | (358) | $ 25.09 | $ 8,982.22 | $ (902.00) |
| 11/5/2024 | Buy | 39 | $ 25.13 | $ (980.07) | | | | | | |
| 11/5/2024 | Buy | 20 | $ 24.91 | $ (498.20) | | | | | | |
| 11/5/2024 | Buy | 32 | $ 25.22 | $ (807.04) | | | | | | |
| | | | | | 11/7/2024 | Sell | (91) | $ 25.95 | $ 2,361.45 | $ 76.14 |
| 11/20/2024 | Buy | 72 | $ 26.04 | $ (1,874.88) | | | | | | |
| | | | | | 11/21/2024 | Sell | (72) | $ 31.89 | $ 2,296.08 | $ 421.20 |
| 11/22/2024 | Buy | 40 | $ 27.17 | $ (1,086.80) | | | | | | |
| 11/22/2024 | Buy | 40 | $ 27.03 | $ (1,081.20) | | | | | | |
| 11/22/2024 | Buy | 5 | $ 26.67 | $ (133.35) | | | | | | |
| | | | | | 11/22/2024 | Sell | (85) | $ 26.25 | $ 2,231.25 | $ (70.10) |
| | | | | | | | | LOSSES: | | $ (17,822.52) |

**OPTIONS ACTIVITY**

**ACCOUNT NO. 1**

| DATE | TRANSACTION | SECURITY | QUANTITY | PRICE | Total (Cost) or Proceeds |
|---|---|---|---|---|---|
| 8/27/2024 | Buy to Open | SAVA 09/20/2024 40.00 C | 2 | $ 0.64 | $ (128.00) |
| 9/23/2024 | Expired | SAVA 09/20/2024 40.00 C | (2) | | $ - |
| | | | - | | $ (128.00) |

**ACCOUNT NO. 3**

| DATE | TRANSACTION | SECURITY | QUANTITY | PRICE | Total (Cost) or Proceeds |
|---|---|---|---|---|---|
| 4/15/2024 | Buy to Open | SAVA 05/10/2024 21.00 C | 5 | $ 1.60 | $ (800.00) |
| 5/13/2024 | Expired | SAVA 05/10/2024 21.00 C | (5) | | $ - |
| 8/27/2024 | Buy to Open | SAVA 09/20/2024 40.00 C | 12 | $ 0.54 | $ (648.00) |
| 9/23/2024 | Expired | SAVA 09/20/2024 40.00 C | (12) | | $ - |
| 10/8/2024 | Buy to Open | SAVA 01/17/2025 60.00 C | 1 | $ 8.00 | $ (800.00) |
| 11/25/2024 | Sell to Close | SAVA 01/17/2025 60.00 C | (1) | $ 0.03 | $ 3.00 |
| | | | - | | $ (2,245.00) |

**ACCOUNT NO. 4**

| DATE | TRANSACTION | SECURITY | QUANTITY | PRICE | Total (Cost) or Proceeds |
|---|---|---|---|---|---|
| 3/12/2024 | Buy to Open | SAVA 03/15/2024 19.50 P | 5 | $ 0.73 | $ (365.00) |
| 3/12/2024 | Sell to Close | SAVA 03/15/2024 19.50 P | (5) | $ 0.57 | $ 285.00 |
| 3/14/2024 | Buy to Open | SAVA 03/15/2024 20.00 P | 3 | $ 0.40 | $ (120.00) |
| 3/18/2024 | Expired | SAVA 03/15/2024 20.00 P | (3) | | $ - |
| 8/28/2024 | Buy to Open | SAVA 09/20/2024 40.00 C | 1 | $ 0.39 | $ (39.00) |
| 8/28/2024 | Buy to Open | SAVA 09/20/2024 40.00 C | 9 | $ 0.33 | $ (297.00) |
| 9/23/2024 | Expired | SAVA 09/20/2024 40.00 C | (10) | | $ - |
| 10/23/2024 | Buy to Open | SAVA 12/20/2024 60.00 C | 1 | $ 9.10 | $ (910.00) |
| | | | 1 | | $ (1,446.00) |

**Post-CP Sale** = For shares acquired during the Class Period, but sold during the 90-day period immediately thereafter, losses have been limited by using the greater of either the actual sales price or the "the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which the plaintiff sells ... the security." *See* 15 U.S.C. § 78u-4(e)(2). On November 25, 2024, the mean trading price was $4.30, which was greater than the actual sales price of $3.96.