# EXHIBIT C

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-01525-RP |
| Plaintiff, | **CLASS ACTION** |
| v. | **DECLARATION OF DANNY HILL IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL** |
| CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC, | |
| Defendants. | |

I, Danny Hill, hereby declare as follows:

1.      I respectfully submit this Declaration in further support of my motion for appointment as Lead Plaintiff and for approval of my selection of Lead Counsel on behalf of investors in Cassava Sciences, Inc. ("Cassava" or the "Company") securities between February 7, 2024 to November 24, 2024, inclusive, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2.      I understand the responsibilities and duties of serving as Lead Plaintiff pursuant to the PSLRA, including the obligation to act as a fiduciary for the class.

3.      I am a resident of Texas, attended the University of North Texas, and received a bachelor's degree in business. Most of my career has been in property management, and I currently manage a high-rise apartment complex in uptown Dallas, Texas.

4.      I have been investing in capital markets since 2022 and took courses to educate myself prior to my first investment.

5.      I believe that the above-captioned securities class action against Cassava is meritorious and should be led by an investor who is committed to maximizing the recovery on behalf of the Class. I suffered a substantial loss on my investment in Cassava securities. For this reason, I decided to seek appointment as Lead Plaintiff in this action.

6.      An important decision in the Lead Plaintiff role is the selection of Lead Counsel. I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation – Kahn Swick & Foti, LLC ("KSF").

7.      Based on the firm's experience in achieving substantial recoveries in securities class actions, I believe that KSF is well-qualified to represent the Class. As part of my due

1

diligence process, prior to my selection of KSF, I assessed the firm's qualifications and communicated with KSF's Managing Partner, Lewis S. Kahn.

8.      If selected as Lead Plaintiff, I will direct KSF to prosecute this action in an efficient and cost-effective manner while obtaining the best possible result for the Class. I will supervise Lead Counsel and actively oversee the prosecution of this action for the benefit of the Class by, among other things, reviewing substantive filings before they are filed with the Court, attending key hearings, and leading settlement discussions, if any, that will take place in this matter.

9.      I understand that a Lead Plaintiff's share of recovery is the same as any other potential Class member. As my Certification states, I will not accept and have not accepted any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses directly related to the Class representation, as may be ordered or approved by the Court.

Dated:  2/7/2025

DocuSigned by:

5BC3D74061384DB...

DANNY HILL

2