**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br><br>Defendants. | Case No.: 1:24-cv-01525-RP<br><br>CLASS ACTION |

**NOTICE OF MOTION OF STEVEN DESIMONE FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

00828395;V1

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 42 and Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995, movant Steven DeSimone ("DeSimone") hereby moves this Court, The Honorable Robert L. Pitman, United States District Judge, at the Western District of Texas, 501 West 5th Street, Suite 5300, Austin, TX, 78701, for an Order: (a) appointing DeSimone as Lead Plaintiff; and (b) approving DeSimone's selection of Bernstein Liebhard LLP as Lead Counsel and George Brothers Kincaid & Horton, L.L.P. as Liaison Counsel.

This motion is supported by the accompanying Memorandum of Law, the concurrently filed Declaration of Joseph R. Seidman, Jr., the pleadings and other filings in this action, and such other written or oral argument as may be permitted by the Court.

Dated: February 10, 2025

Respectfully submitted,

**GEORGE BROTHERS KINCAID & HORTON, L.L.P.**

*/s/ B. Russell Horton*
B. Russell Horton
625 Norwood Tower
114 West 7th St
Austin, TX 78701
Telephone: (512) 495-1400
Facsimile: (512) 499-0094
Email: rhorton@gbkh.com

*Liaison Counsel for DeSimone and Proposed*
*Liaison Counsel for the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: lhasson@bernlieb.com
        seidman@bernlieb.com

00828395;V1

*Counsel for DeSimone and Proposed Lead
Counsel for the Proposed Class*

00828395;V1