**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:24-cv-01525-RP |
| Plaintiff, | CLASS ACTION |
| v. | |
| CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC, | |
| Defendants. | |

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF
AND APPROVING LEAD COUNSEL**

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

I.    Steven DeSimone is hereby appointed as Lead Plaintiff for the proposed class pursuant to 15 U.S.C. § 78u-4 as amended by the Private Securities Litigation Reform Act of 1995.

III.  Bernstein Liebhard LLP is hereby appointed as Lead Counsel and George Brothers Kincaid & Horton, L.L.P. is hereby appointed as Liaison Counsel for the proposed class.

SO ORDERED, this ___ day of _____, 2025

_____
The Honorable Robert L. Pitman
United States District Judge

00828398;V1