**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS AUSTIN DIVISION**

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff,* <br><br> *v.* <br><br> CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC, <br><br> *Defendants.* | Case No. 24-cv-01525-RP <br><br><br> The Honorable Robert Pitman |

<u>**DECLARATION OF MITCHELL R. KREINDLER**</u>

I, Mitchell R. Kreindler, declare as follows:

      1.    I am the owner of the law firm Kreindler & Associates, proposed local counsel for the class and local counsel for class member Robert Smisek ("Movant"). I am an attorney licensed to practice law in the State of Texas. I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and For Approval of Lead Plaintiff's Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

      2.    Attached as exhibits are the true and correct copies of the following:

    a.   Exhibit A: Certification of Movant.

    b.   Exhibit B: Notice published by the plaintiff in the first-filed action on ACCESSWIRE, a national, business-oriented newswire service, on December 29, 2024.

    c.   Exhibit C: Firm resume of Silver Golub & Teitell LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 10th day of February 2025 in Austin, Texas.

/s/ Mitchell R. Kreindler
Mitchell R. Kreindler