# EXHIBIT B

2/10/25, 6:18 PM	Levi & Korsinsky Announces the Filing of a Securities Class Action on Behalf of Cassava Sciences, Inc.(SAVA) Shareholders

Case 1:24-cv-01525-RP   Document 24-2   Filed 02/10/25   Page 2 of 4

Back to the Newsroom



# Levi & Korsinsky Announces the Filing of a Securities Class Action on Behalf of Cassava Sciences, Inc.(SAVA) Shareholders

Topic:

Class Action

Sunday, 29 December 2024 07:30 PM

**NEW YORK, NY / ACCESSWIRE / December 29, 2024 /** If you suffered a loss on your **Cassava Sciences, Inc.** (NASDAQ:SAVA) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/cassava-sciences-inc-lawsuit-submission-form?prid=119319&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against Cassava Sciences, Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between February 7, 2024 and November 24, 2024.

**CASE DETAILS:** According to the complaint, defendants provided investors with material information concerning Cassava's leading drug candidate, simufilam. Defendants' statements included, among other things, clear confidence in simufilam's ability to treat Alzheimer's Disease. On November 25, 2024, Cassava released topline results for the first of its two ongoing Phase 3 studies on simufilam, the "ReThink-ALZ" study. The results indicated that simufilam failed to meet each of the pre-specified primary, secondary, and exploratory endpoints; in sum, simufilam failed to outperform the placebo.

Following this news, the price of Cassava's common stock declined dramatically. From a closing market price of $26.48 per share on November 22, 2024, Cassava's stock price fell to $4.30 per share on November 25, 2024, a decline of about 83.76% in the span of just a single day.

**WHAT'S NEXT?** If you suffered a loss in Cassava Sciences, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/cassava-sciences-inc-lawsuit-submission-form?prid=119319&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

2/10/25, 6:18 PM   Levi & Korsinsky Announces the Filing of a Securities Class Action on Behalf of Cassava Sciences, Inc. (SAVA) Shareholders

Case 1:24-cv-01525-RP   Document 24-2   Filed 02/10/25   Page 3 of 4

**Solutions**

Public Companies
Private Companies
Agencies
Legal
Resellers & Market Research

**Public Relations Products**

Access PR Platform
Press Release Distribution
Media Database
Media Pitching
Media Monitoring
Media and Industry Targeting

**Investor Relations Products**

Access IR Platform
IR Website
ADA Compliance
Earnings Calls
Earnings Press Releases
Investor Days

**All Access**

All Access
Conference & Event Software

**Professional Services**

Service Plans
Platform Add-ons

**Blogs**

Press Release Topics
Media Outreach & Engagement Optimization
Competitor Comparisons
IR Websites Best Practices
Earnings Call, Checklists & Preparation
Earnings Press Release Tips
Investor Day Recommendations

**Resources**

2/10/25, 6:18 PM  Levi & Korsinsky Announces the Filing of a Securities Class Action on Behalf of Cassava Sciences, Inc. (SAVA) Shareholders

Case 1:24-cv-01525-RP   Document 24-3   Filed 02/10/25   Page 4 of 4

Press Release Templates
Press Release Examples

**FAQs**

Product
Platform
Company

**About Us**

Who We Are
Meet the Team
Investor Relations

**Contact Us**

+1 888-808-2227
Sales
Customer Support
Editorial
Billing Contact

**Subscribe to Our Newsletter**

Email*

Press Release Topics

Please Select

protected by reCAPTCHA
Privacy - Terms

Submit

©2025 ACCESS Newswire Inc. All rights reserved.    Privacy Policy   |   Terms of Service