IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>        *Plaintiff,*<br><br>        v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br><br>        *Defendants.* | Case No. 24-cv-01525-RP<br><br>The Honorable Robert Pitman |

**[PROPOSED] ORDER APPOINTING ROBERT SMISEK AS
LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL**

**WHEREAS,** the Court has considered the motion of class member Robert Smisek ("Movant") for entry of an Order: (1) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Cassava Sciences, Inc. ("Cassava" or the "Company") between February 7, 2024 and November 24, 2024 (the "Class Period"); (2) approving Movant's selection of the law firm of Silver Golub & Teitell LLP ("SGT") as Lead Counsel, and Kreindler & Associates as Local Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper, and with good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

    1.    Movant is appointed to serve as Lead Plaintiff in the above-captioned action pursuant to Section 21D(a)(3)(B) of the Securities Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

2.	Movant's selection of Lead Counsel and Local Counsel is approved. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), SGT is approved as Lead Counsel, and Kreindler & Associates is approved as Local Counsel for the Class in the action.

3.	Lead Counsel shall have authority to speak for the Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

4.	Lead Counsel shall be responsible for coordination of all activities and Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by Plaintiffs except through Lead Counsel.

5.	Lead Counsel shall also be available and responsible for communications to and from this Court.

6.	Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly-authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs.

**IT IS SO ORDERED.**

Dated: _____                    _____