UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br><br>        Defendants. | Case No. 1:24-cv-01525-RP |


DECLARATION OF WILLIE C. BRISCOE IN SUPPORT OF MOTION OF THE PÉREZ-
COTAPOS FAMILY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
SELECTION OF COUNSEL

I, Willie C. Briscoe, hereby declare as follows:

1.      I am an attorney with The Briscoe Law Firm, PLLC ("BLF"), counsel on behalf of Carlos Pérez-Cotapos Ugarte, Maria Isable Ureta Bazán, Carlos Pérez-Cotapos Subercaseaux, and Inversiones Ane Miren Limitada (collectively, the "Pérez-Cotapos Family"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Pérez-Cotapos Family's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of its selection of Pomerantz LLP ("Pomerantz") and Bronstein, Gewirtz & Grossman, LLC ("BG&G") as Co-Lead Counsel and BLF as Liaison Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| Exhibit A: | Chart setting forth the Pérez-Cotapos Family's financial interest in this litigation; |
| Exhibit B: | Press release published via *Globe Newswire* on December 12, 2024, announcing the pendency of the Action; |
| Exhibit C: | Shareholder Certifications executed by the members of the Pérez-Cotapos Family; |
| Exhibit D: | Joint Declaration executed by the members of the Pérez-Cotapos Family; |
| Exhibit E: | Firm resume of Pomerantz; |
| Exhibit F: | Firm resume of BG&G; and |
| Exhibit G: | Firm resume of BLF. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

1

Executed on February 10, 2025.

/s/ Willie C. Briscoe
WILLIE C. BRISCOE

2

## CERTIFICATE OF SERVICE

This is to certify that on February 10, 2025, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

/s/ Willie C. Briscoe
WILLIE C. BRISCOE

3