# EXHIBIT A

**Cassava Sciences, Inc. (SAVA)**
**Class Period: February 7, 2024 to November 24, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 75-Days* Mean Price $2.7554 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | | 120,751 | | ($2,687,228) | | (125,751) | | $1,290,865 | 91,000 | 0 | $0 | ($1,521,363) | ($1,417,813) |
| Inversiones Ane Miren Limitada | SAVAW | | 2,000 | | $0 | | (2,000) | | $1,720 | 0 | 0 | $0 | $1,720 | $1,720 |
| Carlos Pérez-Cotapos Ugarte | SAVA | | 49,534 | | ($1,113,606) | | (51,534) | | $351,273 | 43,800 | 0 | $0 | ($805,698) | ($770,462) |
| Carlos Pérez-Cotapos Ugarte | SAVAW | | 800 | | $0 | | (800) | | $3,680 | 0 | 0 | $0 | $3,680 | $3,680 |
| Carlos Pérez-Cotapos Subercaseaux | SAVA | | 7,000 | | ($183,300) | | (7,000) | | $30,030 | 7,000 | 0 | $0 | ($153,270) | ($153,270) |
| Maria Isable Ureta Bazán | SAVA | | 9,000 | | ($208,301) | | (9,000) | | $99,390 | 6,000 | 0 | $0 | ($108,911) | ($108,911) |
| All | **SAVA & SAVAW** | | | | **($4,192,434)** | | | | **$1,776,958** | | | **$0** | **($2,583,842)** | **($2,445,056)** |
| Inversiones Ane Miren Limitada | SAVA | | | | | Preclass | 5,000 | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 5/14/2024 | 100 | $22.5000 | ($2,250) | 8/8/2024 | (2,979) | $25.0000 | $74,475 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 5/14/2024 | 1,900 | $22.5000 | ($42,750) | 8/8/2024 | (1,000) | $25.0000 | $25,000 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 5/14/2024 | 94 | $22.5500 | ($2,120) | 8/8/2024 | (600) | $25.0000 | $15,000 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 5/14/2024 | 906 | $22.5500 | ($20,430) | 8/8/2024 | (508) | $25.0000 | $12,700 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 5/15/2024 | 1,000 | $23.3564 | ($23,356) | 8/8/2024 | (500) | $25.0000 | $12,500 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 5/16/2024 | 2,000 | $22.6300 | ($45,260) | 8/8/2024 | (400) | $25.0000 | $10,000 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 5/20/2024 | 1,000 | $23.1980 | ($23,198) | 8/8/2024 | (200) | $25.0000 | $5,000 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 5/20/2024 | 1,000 | $22.0884 | ($22,088) | 8/8/2024 | (120) | $25.0000 | $3,000 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 5/20/2024 | 1,000 | $22.8950 | ($22,895) | 8/8/2024 | (100) | $25.0000 | $2,500 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 5/31/2024 | 1,000 | $22.6640 | ($22,664) | 8/8/2024 | (75) | $25.0000 | $1,875 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 7/1/2024 | 5,000 | $10.3800 | ($51,900) | 8/8/2024 | (70) | $25.0000 | $1,750 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 7/9/2024 | 2,000 | $10.7150 | ($21,430) | 8/8/2024 | (51) | $25.0000 | $1,275 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 7/9/2024 | 3,000 | $10.7150 | ($32,145) | 8/8/2024 | (30) | $25.0000 | $750 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 7/9/2024 | 5,000 | $12.3569 | ($61,785) | 8/8/2024 | (25) | $25.0000 | $625 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 7/12/2024 | 2,105 | $11.5400 | ($24,292) | 8/8/2024 | (19) | $25.0000 | $475 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 7/12/2024 | 2,895 | $11.5400 | ($33,408) | 8/8/2024 | (15) | $25.0000 | $375 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 7/22/2024 | 5,000 | $12.8399 | ($64,200) | 8/8/2024 | (12) | $25.0000 | $300 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 7/22/2024 | 5,000 | $12.5596 | ($62,798) | 8/8/2024 | (11) | $25.0000 | $275 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 7/22/2024 | 5,000 | $10.6354 | ($53,177) | 8/8/2024 | (10) | $25.0000 | $250 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 7/30/2024 | 2,500 | $18.5300 | ($46,325) | 8/8/2024 | (5) | $25.0000 | $125 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 7/31/2024 | 3 | $20.0250 | ($60) | 8/8/2024 | (5) | $25.0000 | $125 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 7/31/2024 | 2,497 | $20.0450 | ($50,052) | 8/8/2024 | (4) | $25.0000 | $100 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/2/2024 | 2,000 | $23.0000 | ($46,000) | 8/8/2024 | (3) | $25.0000 | $75 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/2/2024 | 3,000 | $23.0000 | ($69,000) | 8/8/2024 | (3) | $25.0000 | $75 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/5/2024 | 3 | $27.6199 | ($83) | 8/8/2024 | (2) | $25.0000 | $50 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/5/2024 | 24 | $27.6100 | ($663) | 8/8/2024 | (2) | $25.0000 | $50 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/5/2024 | 97 | $27.6400 | ($2,681) | 8/8/2024 | (1) | $25.0000 | $25 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/5/2024 | 100 | $27.6100 | ($2,761) | 8/8/2024 | (1) | $25.0000 | $25 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/5/2024 | 100 | $27.6000 | ($2,760) | 8/12/2024 | (3,190) | $21.7400 | $69,351 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/5/2024 | 100 | $27.6100 | ($2,761) | 8/12/2024 | (1,810) | $21.7400 | $39,349 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/5/2024 | 100 | $27.6100 | ($2,761) | 8/13/2024 | (2,828) | $22.0000 | $62,216 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/5/2024 | 100 | $27.5800 | ($2,758) | 8/13/2024 | (1,018) | $22.0000 | $22,396 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/5/2024 | 100 | $27.6000 | ($2,760) | 8/13/2024 | (582) | $22.0000 | $12,804 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/5/2024 | 100 | $27.6000 | ($2,760) | 8/13/2024 | (200) | $22.0000 | $4,400 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/5/2024 | 176 | $27.6100 | ($4,859) | 8/13/2024 | (172) | $22.0000 | $3,784 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/5/2024 | 200 | $27.6100 | ($5,522) | 8/13/2024 | (100) | $22.0000 | $2,200 | | | | | |

*Avg Closing Prices from November 25, 2024 to February 7, 2025

**Cassava Sciences, Inc. (SAVA)**
**Class Period: February 7, 2024 to November 24, 2024**
(Includes 90-Day Sales @ Statutory Pricing)

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 75-Days* Mean Price $2.7554 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inversiones Ane Miren Limitada | SAVA | 8/5/2024 | 200 | $27.6196 | ($5,524) | 8/13/2024 | (98) | $22.0000 | $2,156 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/5/2024 | 200 | $27.6000 | ($5,520) | 8/13/2024 | (2) | $22.0000 | $44 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/5/2024 | 3,400 | $27.6000 | ($93,840) | 9/27/2024 | (14,365) | $28.5000 | $409,403 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/5/2024 | 5,000 | $26.3980 | ($131,990) | 9/27/2024 | (1,712) | $28.5000 | $48,792 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/6/2024 | 100 | $28.7000 | ($2,870) | 9/27/2024 | (899) | $28.5000 | $25,622 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/6/2024 | 100 | $28.7000 | ($2,870) | 9/27/2024 | (875) | $28.5000 | $24,938 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/6/2024 | 300 | $28.7000 | ($8,610) | 9/27/2024 | (114) | $28.5000 | $3,249 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/6/2024 | 1,134 | $32.9800 | ($37,399) | 9/27/2024 | (25) | $28.5000 | $713 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/6/2024 | 1,359 | $28.3800 | ($38,568) | 9/27/2024 | (10) | $28.5000 | $285 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/6/2024 | 3,641 | $28.3700 | ($103,295) | 11/26/2024 | (83,172) | $4.2900 | $356,808 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/6/2024 | 3,866 | $32.8800 | ($127,114) | 11/26/2024 | (7,828) | $4.2900 | $33,582 | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/6/2024 | 4,500 | $28.7000 | ($129,150) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/6/2024 | 5,000 | $30.8680 | ($154,340) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/8/2024 | 2 | $24.1050 | ($48) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/8/2024 | 2 | $24.1050 | ($48) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/8/2024 | 2 | $24.1050 | ($48) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/8/2024 | 2 | $24.1050 | ($48) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/8/2024 | 99 | $24.0700 | ($2,383) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/8/2024 | 100 | $24.1050 | ($2,411) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/8/2024 | 100 | $24.1050 | ($2,411) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/8/2024 | 100 | $24.1050 | ($2,411) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/8/2024 | 100 | $24.1050 | ($2,411) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/8/2024 | 100 | $24.0700 | ($2,407) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/8/2024 | 196 | $24.1050 | ($4,725) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/8/2024 | 198 | $24.1050 | ($4,773) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/8/2024 | 200 | $24.0700 | ($4,814) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/8/2024 | 350 | $24.1050 | ($8,437) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/8/2024 | 5,200 | $24.1250 | ($125,450) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/16/2024 | 1,103 | $28.6197 | ($31,568) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/16/2024 | 1,397 | $28.4900 | ($39,801) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/16/2024 | 2,500 | $28.0000 | ($70,000) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 8/19/2024 | 2,000 | $30.5450 | ($61,090) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 9/11/2024 | 3,000 | $26.5430 | ($79,629) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 9/27/2024 | 2 | $27.4100 | ($55) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 9/27/2024 | 10 | $27.4300 | ($274) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 9/27/2024 | 19 | $27.4500 | ($522) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 9/27/2024 | 100 | $27.4400 | ($2,744) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 9/27/2024 | 100 | $27.4200 | ($2,742) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 9/27/2024 | 400 | $27.2600 | ($10,904) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 9/27/2024 | 500 | $27.4300 | ($13,715) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 9/27/2024 | 901 | $27.4500 | ($24,732) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 9/27/2024 | 15,968 | $27.4900 | ($438,960) | | | | | | | | | |
| Inversiones Ane Miren Limitada | SAVA | 9/30/2024 | 1,000 | $29.8662 | ($29,866) | | | | | | | | | |
| **Inversiones Ane Miren Limitada** | **SAVA** | | **120,751** | | **($2,687,228)** | | **(125,751)** | | **$1,290,865** | **91,000** | **0** | **$0** | **($1,521,363)** | **($1,417,813)** |
| **Inversiones Ane Miren Limitada** | **SAVAW** | **1/5/2024** | **2,000** | **received** | | **4/15/2024** | **(2,000)** | **$0.8600** | **$1,720** | **0** | **0** | **$0** | **$1,720** | **$1,720** |

*Avg Closing Prices from November 25, 2024 to February 7, 2025

**Cassava Sciences, Inc. (SAVA)**
**Class Period: February 7, 2024 to November 24, 2024**
(Includes 90-Day Sales @ Statutory Pricing)

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 75-Days* Mean Price $2.7554 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carlos Pérez-Cotapos Ugarte | SAVA | | | | | Preclass | 2,000 | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 6/27/2024 | 1,000 | $18.4670 | ($18,467) | 7/11/2024 | (150) | $10.9900 | $1,649 | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 6/27/2024 | 1,000 | $18.5502 | ($18,550) | 8/12/2024 | (2,484) | $22.5500 | $56,014 | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 6/27/2024 | 1,000 | $18.5906 | ($18,591) | 8/13/2024 | (2,000) | $22.0000 | $44,000 | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 6/27/2024 | 1,000 | $18.6950 | ($18,695) | 8/13/2024 | (3,000) | $23.0000 | $69,000 | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 6/27/2024 | 1,000 | $18.8500 | ($18,850) | 10/11/2024 | (100) | $25.6350 | $2,564 | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 6/28/2024 | 500 | $9.1633 | ($4,582) | 11/26/2024 | (43,800) | $4.0650 | $178,047 | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 6/28/2024 | 500 | $9.8300 | ($4,915) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 6/28/2024 | 500 | $10.0646 | ($5,032) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 6/28/2024 | 500 | $18.8000 | ($9,400) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 6/28/2024 | 1,500 | $10.5000 | ($15,750) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 6/28/2024 | 3,000 | $13.5000 | ($40,500) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 7/1/2024 | 1,500 | $12.2000 | ($18,300) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 7/2/2024 | 500 | $11.6900 | ($5,845) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 7/2/2024 | 500 | $11.9400 | ($5,970) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 7/2/2024 | 1,000 | $11.4972 | ($11,497) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 7/2/2024 | 1,500 | $11.6882 | ($17,532) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 7/3/2024 | 250 | $10.8680 | ($2,717) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 7/10/2024 | 200 | $12.1400 | ($2,428) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 7/15/2024 | 200 | $12.1024 | ($2,420) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 7/17/2024 | 200 | $10.0920 | ($2,018) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 7/30/2024 | 800 | $18.5300 | ($14,824) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 7/30/2024 | 1,000 | $19.4120 | ($19,412) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 7/31/2024 | 200 | $20.6827 | ($4,137) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 7/31/2024 | 250 | $19.6800 | ($4,920) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/1/2024 | 1,000 | $22.8431 | ($22,843) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/1/2024 | 1,050 | $23.7300 | ($24,917) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/1/2024 | 1,500 | $22.9701 | ($34,455) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/2/2024 | 300 | $27.6128 | ($8,284) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/2/2024 | 1,000 | $23.0000 | ($23,000) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/5/2024 | 1,000 | $27.7900 | ($27,790) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/5/2024 | 2,700 | $26.0000 | ($70,200) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/6/2024 | 500 | $28.2800 | ($14,140) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/6/2024 | 500 | $29.0660 | ($14,533) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/6/2024 | 500 | $32.8000 | ($16,400) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/6/2024 | 500 | $32.9650 | ($16,483) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/6/2024 | 1,000 | $28.7300 | ($28,730) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/6/2024 | 1,000 | $29.5650 | ($29,565) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/6/2024 | 1,000 | $30.7960 | ($30,796) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/6/2024 | 1,000 | $30.9826 | ($30,983) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/6/2024 | 1,000 | $31.1000 | ($31,100) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/7/2024 | 300 | $26.6000 | ($7,980) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/8/2024 | 25 | $28.5997 | ($715) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/8/2024 | 40 | $27.2950 | ($1,092) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/8/2024 | 88 | $28.7500 | ($2,530) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/9/2024 | 31 | $25.3100 | ($785) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/14/2024 | 500 | $23.6400 | ($11,820) | | | | | | | | | |

*Avg Closing Prices from November 25, 2024 to February 7, 2025

**Cassava Sciences, Inc. (SAVA)**
**Class Period: February 7, 2024 to November 24, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 75-Days* Mean Price $2.7554 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/14/2024 | 1,000 | $23.6628 | ($23,663) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/14/2024 | 1,000 | $25.3039 | ($25,304) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/15/2024 | 225 | $27.8300 | ($6,262) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/15/2024 | 500 | $24.2760 | ($12,138) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/16/2024 | 775 | $28.2000 | ($21,855) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/16/2024 | 1,000 | $29.0000 | ($29,000) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/19/2024 | 500 | $30.6951 | ($15,348) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 8/19/2024 | 500 | $30.6882 | ($15,344) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 9/30/2024 | 100 | $31.1500 | ($3,115) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 10/16/2024 | 1,000 | $28.5940 | ($28,594) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 10/16/2024 | 1,000 | $28.6883 | ($28,688) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 10/16/2024 | 2,000 | $28.5671 | ($57,134) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 10/17/2024 | 3,500 | $29.7312 | ($104,059) | | | | | | | | | |
| Carlos Pérez-Cotapos Ugarte | SAVA | 10/21/2024 | 300 | $28.7000 | ($8,610) | | | | | | | | | |
| **Carlos Pérez-Cotapos Ugarte** | **SAVA** | | **49,534** | | **($1,113,606)** | | **(51,534)** | | **$351,273** | **43,800** | **0** | **$0** | **($805,698)** | **($770,462)** |
| **Carlos Pérez-Cotapos Ugarte** | **SAVAW** | **1/5/2024** | **800** | **received** | | **3/12/2024** | **(800)** | **$4.6000** | **$3,680** | **0** | **0** | **$0** | **$3,680** | **$3,680** |
| Carlos Pérez-Cotapos Subercaseaux | SAVA | 10/30/2024 | 3,000 | $26.2050 | ($78,615) | 11/26/2024 | (7,000) | $4.2900 | $30,030 | | | | | |
| Carlos Pérez-Cotapos Subercaseaux | SAVA | 11/5/2024 | 203 | $24.8400 | ($5,043) | | | | | | | | | |
| Carlos Pérez-Cotapos Subercaseaux | SAVA | 11/5/2024 | 1,797 | $24.8400 | ($44,637) | | | | | | | | | |
| Carlos Pérez-Cotapos Subercaseaux | SAVA | 11/11/2024 | 1,000 | $27.5620 | ($27,562) | | | | | | | | | |
| Carlos Pérez-Cotapos Subercaseaux | SAVA | 11/12/2024 | 500 | $27.0900 | ($13,545) | | | | | | | | | |
| Carlos Pérez-Cotapos Subercaseaux | SAVA | 11/18/2024 | 147 | $26.7800 | ($3,937) | | | | | | | | | |
| Carlos Pérez-Cotapos Subercaseaux | SAVA | 11/18/2024 | 103 | $26.7800 | ($2,758) | | | | | | | | | |
| Carlos Pérez-Cotapos Subercaseaux | SAVA | 11/19/2024 | 250 | $28.8100 | ($7,203) | | | | | | | | | |
| **Carlos Pérez-Cotapos Subercaseaux** | **SAVA** | | **7,000** | | **($183,300)** | | **(7,000)** | | **$30,030** | **7,000** | **0** | **$0** | **($153,270)** | **($153,270)** |
| Maria Isable Ureta Bazán | SAVA | 7/29/2024 | 950 | $14.8700 | ($14,127) | 8/8/2024 | (3,000) | $25.0000 | $75,000 | | | | | |
| Maria Isable Ureta Bazán | SAVA | 7/30/2024 | 750 | $18.0803 | ($13,560) | 11/26/2024 | (6,000) | $4.0650 | $24,390 | | | | | |
| Maria Isable Ureta Bazán | SAVA | 7/31/2024 | 300 | $20.2850 | ($6,086) | | | | | | | | | |
| Maria Isable Ureta Bazán | SAVA | 8/1/2024 | 500 | $23.7300 | ($11,865) | | | | | | | | | |
| Maria Isable Ureta Bazán | SAVA | 8/5/2024 | 500 | $26.0000 | ($13,000) | | | | | | | | | |
| Maria Isable Ureta Bazán | SAVA | 8/8/2024 | 1,000 | $26.4550 | ($26,455) | | | | | | | | | |
| Maria Isable Ureta Bazán | SAVA | 8/8/2024 | 1,000 | $26.8399 | ($26,840) | | | | | | | | | |
| Maria Isable Ureta Bazán | SAVA | 8/8/2024 | 1,000 | $26.8542 | ($26,854) | | | | | | | | | |
| Maria Isable Ureta Bazán | SAVA | 8/12/2024 | 500 | $21.5600 | ($10,780) | | | | | | | | | |
| Maria Isable Ureta Bazán | SAVA | 8/12/2024 | 500 | $22.3725 | ($11,186) | | | | | | | | | |
| Maria Isable Ureta Bazán | SAVA | 8/12/2024 | 1,500 | $21.4000 | ($32,100) | | | | | | | | | |
| Maria Isable Ureta Bazán | SAVA | 8/20/2024 | 250 | $30.8099 | ($7,702) | | | | | | | | | |
| Maria Isable Ureta Bazán | SAVA | 8/21/2024 | 150 | $31.0000 | ($4,650) | | | | | | | | | |
| Maria Isable Ureta Bazán | SAVA | 8/22/2024 | 100 | $30.9638 | ($3,096) | | | | | | | | | |
| **Maria Isable Ureta Bazán** | **SAVA** | | **9,000** | | **($208,301)** | | **(9,000)** | | **$99,390** | **6,000** | **0** | **$0** | **($108,911)** | **($108,911)** |

*Avg Closing Prices from November 25, 2024 to February 7, 2025