# EXHIBIT B



*Source:* *Levi & Korsinsky, LLP*

*December 12, 2024 17:40 ET*

## SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Cassava Sciences, Inc. Securities and Sets a Lead Plaintiff Deadline of February 10, 2025

NEW YORK, Dec. 12, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Cassava Sciences, Inc. ("Cassava" or the "Company") (NASDAQ: SAVA) between February 7, 2024 to November 24, 2024, both dates inclusive. You are hereby notified** that the class action lawsuit *Stephen Crocker v. Cassava Sciences, Inc., et al.* (Case No. 1:24-cv-01525) has been commenced in the United States District Court for the Western District of Texas. To get more information **go to:**

https://zlk.com/pslra-1/cassava-sciences-inc-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

The complaint alleges that defendants provided investors with material information concerning Cassava's leading drug candidate, simufilam. Defendants' statements included, among other things, clear confidence in simufilam's ability to treat Alzheimer's Disease. On November 25, 2024, Cassava released topline results for the first of its two ongoing Phase 3 studies on simufilam, the "ReThink-ALZ" study. The results indicated that simufilam failed to meet each of the pre-specified primary, secondary, and exploratory endpoints; in sum, simufilam failed to outperform the placebo.

Following this news, the price of Cassava's common stock declined dramatically. From a closing market price of $26.48 per share on November 22, 2024, Cassava's stock price fell to $4.30 per share on November 25, 2024, a decline of about 83.76% in the span of just a single day.

**If you suffered a loss in SAVA securities, you have until February 10, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com