# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, _____Carlos Pérez-Cotapos Ugarte_____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed a Complaint against Cassava Sciences, Inc. ("Cassava" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.    I did not purchase or acquire Cassava securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Cassava securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    The attached sheet lists all of my transactions in Cassava securities during the Class Period as specified in the Complaint.

6.    During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** <u>diciembre 13, 2024</u>
                              **(Date)**

Firmado por:

*Carlos Pérez-Cotapos Ugarte*

8EB3930CD49343E...
                    **(Signature)**

Carlos Pérez-Cotapos Ugarte

**(Type or Print Name)**

**Cassava Sciences, Inc. (SAVA)**                                                    **Carlos Pérez-Cotapos Ugarte**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | SAVA | 6/27/2024 | 1,000 | $18.4670 |
| Purchase/Acquisition | SAVA | 6/27/2024 | 1,000 | $18.5502 |
| Purchase/Acquisition | SAVA | 6/27/2024 | 1,000 | $18.5906 |
| Purchase/Acquisition | SAVA | 6/27/2024 | 1,000 | $18.6950 |
| Purchase/Acquisition | SAVA | 6/27/2024 | 1,000 | $18.8500 |
| Purchase/Acquisition | SAVA | 6/28/2024 | 500 | $9.1633 |
| Purchase/Acquisition | SAVA | 6/28/2024 | 500 | $9.8300 |
| Purchase/Acquisition | SAVA | 6/28/2024 | 500 | $10.0646 |
| Purchase/Acquisition | SAVA | 6/28/2024 | 500 | $18.8000 |
| Purchase/Acquisition | SAVA | 6/28/2024 | 1,500 | $10.5000 |
| Purchase/Acquisition | SAVA | 6/28/2024 | 3,000 | $13.5000 |
| Purchase/Acquisition | SAVA | 7/1/2024 | 1,500 | $12.2000 |
| Purchase/Acquisition | SAVA | 7/2/2024 | 500 | $11.6900 |
| Purchase/Acquisition | SAVA | 7/2/2024 | 500 | $11.9400 |
| Purchase/Acquisition | SAVA | 7/2/2024 | 1,000 | $11.4972 |
| Purchase/Acquisition | SAVA | 7/2/2024 | 1,500 | $11.6882 |
| Purchase/Acquisition | SAVA | 7/3/2024 | 250 | $10.8680 |
| Purchase/Acquisition | SAVA | 7/10/2024 | 200 | $12.1400 |
| Purchase/Acquisition | SAVA | 7/15/2024 | 200 | $12.1024 |
| Purchase/Acquisition | SAVA | 7/17/2024 | 200 | $10.0920 |
| Purchase/Acquisition | SAVA | 7/30/2024 | 800 | $18.5300 |
| Purchase/Acquisition | SAVA | 7/30/2024 | 1,000 | $19.4120 |
| Purchase/Acquisition | SAVA | 7/31/2024 | 200 | $20.6827 |
| Purchase/Acquisition | SAVA | 7/31/2024 | 250 | $19.6800 |
| Purchase/Acquisition | SAVA | 8/1/2024 | 1,000 | $22.8431 |
| Purchase/Acquisition | SAVA | 8/1/2024 | 1,050 | $23.7300 |
| Purchase/Acquisition | SAVA | 8/1/2024 | 1,500 | $22.9701 |
| Purchase/Acquisition | SAVA | 8/2/2024 | 300 | $27.6128 |
| Purchase/Acquisition | SAVA | 8/2/2024 | 1,000 | $23.0000 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 1,000 | $27.7900 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 2,700 | $26.0000 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 500 | $28.2800 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 500 | $29.0660 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 500 | $32.8000 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 500 | $32.9650 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 1,000 | $28.7300 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 1,000 | $29.5650 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 1,000 | $30.7960 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 1,000 | $30.9826 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 1,000 | $31.1000 |
| Purchase/Acquisition | SAVA | 8/7/2024 | 300 | $26.6000 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 25 | $28.5997 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 40 | $27.2950 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 88 | $28.7500 |
| Purchase/Acquisition | SAVA | 8/9/2024 | 31 | $25.3100 |
| Purchase/Acquisition | SAVA | 8/14/2024 | 500 | $23.6400 |
| Purchase/Acquisition | SAVA | 8/14/2024 | 1,000 | $23.6628 |
| Purchase/Acquisition | SAVA | 8/14/2024 | 1,000 | $25.3039 |
| Purchase/Acquisition | SAVA | 8/15/2024 | 225 | $27.8300 |
| Purchase/Acquisition | SAVA | 8/15/2024 | 500 | $24.2760 |
| Purchase/Acquisition | SAVA | 8/16/2024 | 775 | $28.2000 |
| Purchase/Acquisition | SAVA | 8/16/2024 | 1,000 | $29.0000 |
| Purchase/Acquisition | SAVA | 8/19/2024 | 500 | $30.6951 |
| Purchase/Acquisition | SAVA | 8/19/2024 | 500 | $30.6882 |
| Purchase/Acquisition | SAVA | 9/30/2024 | 100 | $31.1500 |
| Purchase/Acquisition | SAVA | 10/16/2024 | 1,000 | $28.5940 |
| Purchase/Acquisition | SAVA | 10/16/2024 | 1,000 | $28.6883 |
| Purchase/Acquisition | SAVA | 10/16/2024 | 2,000 | $28.5671 |
| Purchase/Acquisition | SAVA | 10/17/2024 | 3,500 | $29.7312 |
| Purchase/Acquisition | SAVA | 10/21/2024 | 300 | $28.7000 |

**Cassava Sciences, Inc. (SAVA)**                                                                    **Carlos Pérez-Cotapos Ugarte**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Sale | SAVA | 7/11/2024 | (150) | $10.9900 |
| Sale | SAVA | 8/12/2024 | (2,484) | $22.5500 |
| Sale | SAVA | 8/13/2024 | (2,000) | $22.0000 |
| Sale | SAVA | 8/13/2024 | (3,000) | $23.0000 |
| Sale | SAVA | 10/11/2024 | (100) | $25.6350 |
| Received | SAVAW | 1/5/2024 | 800 | |
| Sale | SAVAW | 3/12/2024 | (800) | $4.6000 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, __Maria Isable Ureta Bazan_____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed a Complaint against Cassava Sciences, Inc. ("Cassava" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.    I did not purchase or acquire Cassava securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Cassava securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    The attached sheet lists all of my transactions in Cassava securities during the Class Period as specified in the Complaint.

6.    During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed**  diciembre 13, 2024
_____
         **(Date)**

Firmado por:

*Maria Isable Ureta Bazan*

92A6D03435244F8...
_____
         **(Signature)**

Maria Isable Ureta Bazan
_____
         **(Type or Print Name)**

**Cassava Sciences, Inc. (SAVA)**                                                                  **Maria Isable Ureta Bazán**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | SAVA | 7/29/2024 | 950 | $14.8700 |
| Purchase/Acquisition | SAVA | 7/30/2024 | 750 | $18.0803 |
| Purchase/Acquisition | SAVA | 7/31/2024 | 300 | $20.2850 |
| Purchase/Acquisition | SAVA | 8/1/2024 | 500 | $23.7300 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 500 | $26.0000 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 1,000 | $26.4550 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 1,000 | $26.8399 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 1,000 | $26.8542 |
| Purchase/Acquisition | SAVA | 8/12/2024 | 500 | $21.5600 |
| Purchase/Acquisition | SAVA | 8/12/2024 | 500 | $22.3725 |
| Purchase/Acquisition | SAVA | 8/12/2024 | 1,500 | $21.4000 |
| Purchase/Acquisition | SAVA | 8/20/2024 | 250 | $30.8099 |
| Purchase/Acquisition | SAVA | 8/21/2024 | 150 | $31.0000 |
| Purchase/Acquisition | SAVA | 8/22/2024 | 100 | $30.9638 |
| Sale | SAVA | 8/8/2024 | (3,000) | $25.0000 |

**CERTIFICATION PURSUANT
TO FEDERAL SECURITIES LAWS**

1.   I, _____ Carlos Pérez-Cotapos Subercaseaux _____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.   I have reviewed a Complaint against Cassava Sciences, Inc. ("Cassava" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.   I did not purchase or acquire Cassava securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.   I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Cassava securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.   The attached sheet lists all of my transactions in Cassava securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.   I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed**  diciembre 13, 2024
_____
                 **(Date)**

Firmado por:

Carlos Pérez-Cotapos Subercaseaux

68669ECC6AA442B...
_____
**(Signature)**

Carlos Pérez-Cotapos Subercaseaux
_____
**(Type or Print Name)**

**Cassava Sciences, Inc. (SAVA)**                                          **Carlos Pérez-Cotapos Subercaseaux**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | SAVA | 10/30/2024 | 3,000 | $26.2050 |
| Purchase/Acquisition | SAVA | 11/5/2024 | 203 | $24.8400 |
| Purchase/Acquisition | SAVA | 11/5/2024 | 1,797 | $24.8400 |
| Purchase/Acquisition | SAVA | 11/11/2024 | 1,000 | $27.5620 |
| Purchase/Acquisition | SAVA | 11/12/2024 | 500 | $27.0900 |
| Purchase/Acquisition | SAVA | 11/18/2024 | 147 | $26.7800 |
| Purchase/Acquisition | SAVA | 11/18/2024 | 103 | $26.7800 |
| Purchase/Acquisition | SAVA | 11/19/2024 | 250 | $28.8100 |

# CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, Carlos Pérez-Cotapos Subercaseaux, on behalf of Inversiones Ane Miren Limitada ("IAML"), as sole owner of IAML, with authority to bind IAML and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Cassava Sciences, Inc. ("Cassava") and authorize the filing of a comparable complaint on behalf of IAML.

3. IAML did not purchase or acquire Cassava securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. IAML is willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Cassava securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. The attached sheet lists all of IAML's transactions in Cassava securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, IAML has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7. IAML agrees not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** ___febrero 10, 2025_____
                          **(Date)**

Firmado por:

*Carlos Pérez-Cotapos Subercaseaux*

68669ECC6AA442B...

_____
                          **(Signature)**

**Carlos Pérez-Cotapos Subercaseaux**
**Owner**
**Inversiones Ane Miren Limitada**

**Cassava Sciences, Inc. (SAVA)**                                                    **Inversiones Ane Miren Limitada**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | SAVA | 5/14/2024 | 100 | $22.5000 |
| Purchase/Acquisition | SAVA | 5/14/2024 | 1,900 | $22.5000 |
| Purchase/Acquisition | SAVA | 5/14/2024 | 94 | $22.5500 |
| Purchase/Acquisition | SAVA | 5/14/2024 | 906 | $22.5500 |
| Purchase/Acquisition | SAVA | 5/15/2024 | 1,000 | $23.3564 |
| Purchase/Acquisition | SAVA | 5/16/2024 | 2,000 | $22.6300 |
| Purchase/Acquisition | SAVA | 5/20/2024 | 1,000 | $23.1980 |
| Purchase/Acquisition | SAVA | 5/20/2024 | 1,000 | $22.0884 |
| Purchase/Acquisition | SAVA | 5/20/2024 | 1,000 | $22.8950 |
| Purchase/Acquisition | SAVA | 5/31/2024 | 1,000 | $22.6640 |
| Purchase/Acquisition | SAVA | 7/1/2024 | 5,000 | $10.3800 |
| Purchase/Acquisition | SAVA | 7/9/2024 | 2,000 | $10.7150 |
| Purchase/Acquisition | SAVA | 7/9/2024 | 3,000 | $10.7150 |
| Purchase/Acquisition | SAVA | 7/9/2024 | 5,000 | $12.3569 |
| Purchase/Acquisition | SAVA | 7/12/2024 | 2,105 | $11.5400 |
| Purchase/Acquisition | SAVA | 7/12/2024 | 2,895 | $11.5400 |
| Purchase/Acquisition | SAVA | 7/22/2024 | 5,000 | $12.8399 |
| Purchase/Acquisition | SAVA | 7/22/2024 | 5,000 | $12.5596 |
| Purchase/Acquisition | SAVA | 7/22/2024 | 5,000 | $10.6354 |
| Purchase/Acquisition | SAVA | 7/30/2024 | 2,500 | $18.5300 |
| Purchase/Acquisition | SAVA | 7/31/2024 | 3 | $20.0250 |
| Purchase/Acquisition | SAVA | 7/31/2024 | 2,497 | $20.0450 |
| Purchase/Acquisition | SAVA | 8/2/2024 | 2,000 | $23.0000 |
| Purchase/Acquisition | SAVA | 8/2/2024 | 3,000 | $23.0000 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 3 | $27.6199 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 24 | $27.6100 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 97 | $27.6400 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 100 | $27.6100 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 100 | $27.6000 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 100 | $27.6100 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 100 | $27.6100 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 100 | $27.5800 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 100 | $27.6000 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 100 | $27.6000 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 176 | $27.6100 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 200 | $27.6100 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 200 | $27.6196 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 200 | $27.6000 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 3,400 | $27.6000 |
| Purchase/Acquisition | SAVA | 8/5/2024 | 5,000 | $26.3980 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 100 | $28.7000 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 100 | $28.7000 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 300 | $28.7000 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 1,134 | $32.9800 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 1,359 | $28.3800 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 3,641 | $28.3700 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 3,866 | $32.8800 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 4,500 | $28.7000 |
| Purchase/Acquisition | SAVA | 8/6/2024 | 5,000 | $30.8680 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 2 | $24.1050 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 2 | $24.1050 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 2 | $24.1050 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 2 | $24.1050 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 99 | $24.0700 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 100 | $24.1050 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 100 | $24.1050 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 100 | $24.1050 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 100 | $24.1050 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 100 | $24.0700 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 196 | $24.1050 |

**Cassava Sciences, Inc. (SAVA)**                                                      **Inversiones Ane Miren Limitada**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | SAVA | 8/8/2024 | 198 | $24.1050 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 200 | $24.0700 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 350 | $24.1050 |
| Purchase/Acquisition | SAVA | 8/8/2024 | 5,200 | $24.1250 |
| Purchase/Acquisition | SAVA | 8/16/2024 | 1,103 | $28.6197 |
| Purchase/Acquisition | SAVA | 8/16/2024 | 1,397 | $28.4900 |
| Purchase/Acquisition | SAVA | 8/16/2024 | 2,500 | $28.0000 |
| Purchase/Acquisition | SAVA | 8/19/2024 | 2,000 | $30.5450 |
| Purchase/Acquisition | SAVA | 9/11/2024 | 3,000 | $26.5430 |
| Purchase/Acquisition | SAVA | 9/27/2024 | 2 | $27.4100 |
| Purchase/Acquisition | SAVA | 9/27/2024 | 10 | $27.4300 |
| Purchase/Acquisition | SAVA | 9/27/2024 | 19 | $27.4500 |
| Purchase/Acquisition | SAVA | 9/27/2024 | 100 | $27.4400 |
| Purchase/Acquisition | SAVA | 9/27/2024 | 100 | $27.4200 |
| Purchase/Acquisition | SAVA | 9/27/2024 | 400 | $27.2600 |
| Purchase/Acquisition | SAVA | 9/27/2024 | 500 | $27.4300 |
| Purchase/Acquisition | SAVA | 9/27/2024 | 901 | $27.4500 |
| Purchase/Acquisition | SAVA | 9/27/2024 | 15,968 | $27.4900 |
| Purchase/Acquisition | SAVA | 9/30/2024 | 1,000 | $29.8662 |
| Sale | SAVA | 8/8/2024 | (2,979) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (1,000) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (600) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (508) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (500) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (400) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (200) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (120) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (100) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (75) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (70) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (51) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (30) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (25) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (19) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (15) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (12) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (11) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (10) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (5) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (5) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (4) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (3) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (3) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (2) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (2) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (1) | $25.0000 |
| Sale | SAVA | 8/8/2024 | (1) | $25.0000 |
| Sale | SAVA | 8/12/2024 | (3,190) | $21.7400 |
| Sale | SAVA | 8/12/2024 | (1,810) | $21.7400 |
| Sale | SAVA | 8/13/2024 | (2,828) | $22.0000 |
| Sale | SAVA | 8/13/2024 | (1,018) | $22.0000 |
| Sale | SAVA | 8/13/2024 | (582) | $22.0000 |
| Sale | SAVA | 8/13/2024 | (200) | $22.0000 |
| Sale | SAVA | 8/13/2024 | (172) | $22.0000 |
| Sale | SAVA | 8/13/2024 | (100) | $22.0000 |
| Sale | SAVA | 8/13/2024 | (98) | $22.0000 |
| Sale | SAVA | 8/13/2024 | (2) | $22.0000 |
| Sale | SAVA | 9/27/2024 | (14,365) | $28.5000 |
| Sale | SAVA | 9/27/2024 | (1,712) | $28.5000 |
| Sale | SAVA | 9/27/2024 | (899) | $28.5000 |

**Cassava Sciences, Inc. (SAVA)**                                                                **Inversiones Ane Miren Limitada**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Sale | SAVA | 9/27/2024 | (875) | $28.5000 |
| Sale | SAVA | 9/27/2024 | (114) | $28.5000 |
| Sale | SAVA | 9/27/2024 | (25) | $28.5000 |
| Sale | SAVA | 9/27/2024 | (10) | $28.5000 |
| Received | SAVAW | 1/5/2024 | 2,000 | |
| Sale | SAVAW | 4/15/2024 | (2,000) | $0.8600 |