**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:24-cv-01525-RP |
| Plaintiff, | CLASS ACTION |
| v. | |
| CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC, | |
| Defendants. | |

**DECLARATION OF JOSEPH R. SEIDMAN, JR.**
**IN SUPPORT OF STEVEN DESIMONE'S MOTION FOR**
**APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

00828396;V1

I, JOSEPH R. SEIDMAN, JR., hereby declare under penalties of perjury that:

1.      I am Senior Counsel with Bernstein Liebhard LLP.  I make this Declaration in Support of Steven DeSimone's Motion for Appointment as Lead Plaintiff and Approval of Counsel. The matters set forth herein are within my personal knowledge.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:    The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B:    Steven DeSimone's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C:    Loss Chart; and

Exhibit D:    Firm Résumé of Bernstein Liebhard LLP.


Dated: February 10, 2025              /s/ Joseph R. Seidman, Jr.
                                      JOSEPH R. SEIDMAN, JR.


00828396;V1