# EXHIBIT C

**Cassava Sciences, Inc. (NASDAQ : SAVA)**

FIFO/LIFO/DURA Losses

Class Period: 02/07/2024 - 11/24/2024

Hold Price:          $2.7554

| MOVANT | | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| STEVEN DESIMONE | 11/05/24 | 1,000 | 25.5400 | 25,540.00 | | | | 0.00 | 1,000 | 2,755.40 | (22,784.60) |
| | 11/05/24 | 1,000 | 24.7485 | 24,748.50 | | | | 0.00 | 1,000 | 2,755.40 | (21,993.10) |
| | 11/05/24 | 1,000 | 24.1861 | 24,186.10 | | | | 0.00 | 1,000 | 2,755.40 | (21,430.70) |
| | 11/05/24 | 1,000 | 23.8591 | 23,859.10 | | | | 0.00 | 1,000 | 2,755.40 | (21,103.70) |
| **STEVEN DESIMONE Totals** | | **4,000** | | **$98,333.70** | | **-** | | **$0.00** | **4,000** | **$11,021.60** | **($87,312.10)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $2.7554 per share.