IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br><br>Defendants. | Case No.: 1:24-cv-01525-RP<br><br>CLASS ACTION |

**CERTIFICATE OF SERVICE**

I, B. Russell Horton, hereby certify that on February 10, 2025, a true and correct copy of Stephen DeSimone's motion for lead plaintiff appointment and approval of counsel, a supporting memorandum of law, a supporting Declaration of Joseph R. Seidman, Jr., with exhibits, and a proposed order, were served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: February 10, 2025

*/s/ B. Russell Horton*
B. RUSSELL HORTON

00828397;V1