**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br><br>  Defendants. | Case No. 1:24-cv-01525-RP<br><br>**CLASS ACTION**<br><br>**NOTICE OF NON-OPPOSITION BY DANNY HILL** |

On February 10, 2025, Danny Hill filed a motion pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and FED. R. CIV. P. 42(a) to: (i) appoint him as Lead Plaintiff and (ii) approve his selection of Lead and Liaison Counsel for the putative Class. *See Crocker v. Cassava Sciences, Inc.*, No. 1:24-cv-01525-RP (N.D. Tex.), ECF Nos. 20-21. Similar motions were filed by other putative Class members in the above-captioned action. Having reviewed the competing lead plaintiff motions, Mr. Hill does not appear to have the "largest financial interest."

Mr. Hill remains willing and able to serve as a representative party in this matter and his Notice of Non-Opposition is submitted without prejudice to his right to participate in this litigation or share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

Respectfully submitted,

Dated: February 14, 2025

By:   */s/ Michael L. Navarre*
Michael L. Navarre
**BEATTY NAVARRE STRAMA P.C.**
901 S. MoPac Expressway
Burton Oaks Plaza
Building 1, Suite 200
Austin, Texas 78746
Telephone: (512) 879-5054
Facsimile: (512) 879-5040
mnavarre@bnsfirm.com

*Proposed Liaison Counsel*

Ramzi Abadou (SBN 222567)
**KAHN SWICK & FOTI, LLP**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

1

-and-

Lewis S. Kahn
Alexandra Pratt
James T. Fetter
**KAHN SWICK & FOTI, LLC**
1100 Poydras Street, Suite 960
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
alexandra.pratt@ksfcounsel.com
james.fetter@ksfcounsel.com

*Counsel for Movant Danny Hill*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Adam M. Apton**<br>Levi & Korsinsky, LLP<br>33 Whitehall Street, 17th Floor<br>New York, NY 10004<br>(212) 363-7500<br>aapton@zlk.com<br><br>**Thane Tyler Sponsel, III**<br>Sponsel Miller Greenberg PLLC<br>50 Briar Hollow Lane, Suite 370 West<br>Houston, TX 77027<br>(713) 892-5400<br>(713) 892-5401 (fax)<br>sponsel@smglawgroup.com<br><br>*Counsel for Plaintiff, Stephen Crocker* | **Gregg Jeffrey Costa**<br>Gibson Dunn & Crutcher, LLP<br>811 Main Street, Suite 3000<br>Houston, TX 77002<br>(346) 718-6600<br>gcosta@gibsondunn.com<br><br>**John Thomas Cox, III**<br>Gibson Dunn & Crutcher, LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>214-698-3256<br>214-571-2923 (fax)<br>Tcox@gibsondunn.com<br><br>*Counsel for Defendants Cassava Sciences, Inc., Jon Barry, and James W. Kupiec* |
| **Stuart L. Cochran**<br>Condon Tobin Sladek Thornton Nerenberg<br>8080 Park Lane, Suite 700<br>Dallas, TX 75231<br>(212) 265-3804<br>Scochran@condontobin.com<br><br>*Counsel for Movant, Hoorieh Alaghemand* | **Thane Tyler Sponsel, III**<br>Sponsel Miller Greenberg PLLC<br>50 Briar Hollow Lane, Suite 370 West<br>Houston, TX 77027<br>(713) 892-5400<br>(713) 892-5401 (fax)<br>sponsel@smglawgroup.com<br><br>*Counsel for Movants, Steve E. Pello and David Bohn* |

3

| | |
|---|---|
| **Bruce W. Steckler**<br>Steckler Wayne Cherry & Love PLLC<br>12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75230<br>(972) 387-4040<br>Bruce@stecklerlaw.com<br><br>*Counsel for Movant, Jesse Vestal* | **B. Russell Horton**<br>George, Brothers, Kincaid & Horton, L.L.P.<br>114 West 7th Street, Suite 1100<br>Austin, TX 78701<br>(512) 495-1400<br>Rhorton@gbkh.com<br><br>*Counsel for Movant, Steven Desimone* |
| **Mitchell R. Kreindler**<br>Kreindler & Associates<br>6500 River Place Blvd., Bldg. 7-250<br>Austin, TX 78730<br>(713) 647-8888<br>mkreindler@blowthewhistle.com<br><br>*Counsel for Movant, Robert Smisek* | **Willie C. Briscoe**<br>The Briscoe Law Firm<br>12700 Park Central Drive, Suite 520<br>Dallas, TX 75251<br>(972) 521-6868<br>wbriscoe@thebriscoelawfirm.com<br><br>*Counsel for Movant, Carlos Perez-Cotapos Ugarte* |

                                                  */s/ Michael L. Navarre*
                                                    Michael L. Navarre