UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

STEPHEN CROCKER,

-vs-

Case No.: 1:24-CV-01525-RP

CASSAVA SCIENCES, INC., et al.,

# MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Jeremy A. Lieberman , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent ^ Carlos Pérez-Cotapos Ugarte, Maria Isable Ureta Bazán, Carlos Pérez-Cotapos Subercaseaux, and Inversiones Ane Miren Limitada in this case, and would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of) POMERANTZ LLP,

    with offices at

    Mailing address: 600 Third Avenue, Floor 20

    City, State, Zip Code: New York, New York 10016

    Telephone: 212-661-1100

    Facsimile: 917-463-1044

    Email: jalieberman@pomlaw.com

2. Since ____2003____, Applicant has been and presently is a member of and in good standing with the Bar of the State of ____New York____. Applicant's bar license number is ____4161352____.

3. Applicant has been admitted to practice before the following courts:

   Court:                                    Admission date:
   ____See Exhibit 1____                     _____

   _____                      _____

   _____                      _____

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
   ____Not applicable.____

   _____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:
   ____Not applicable.____

   _____

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
   ____Not applicable.____

7.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.  Select one:

    ☐  Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

    ☒  Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

    | | |
    |---|---|
    | Co-counsel: | Willie C. Briscoe |
    | Mailing address: | THE BRISCOE LAW FIRM, PLLC, 12700 Park Central Drive, Suite 520, |
    | City, State, Zip Code: | Dallas, Texas 75251 |
    | Telephone: | 972-521-6868 |

9.  Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_Jeremy A. Lieberman_ to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

Jeremy A. Lieberman
[printed name of Applicant]

*/s/ Jeremy A. Lieberman*
[signature of Applicant]

- 4 -

## Exhibit 1 - Jeremy A. Lieberman Court Admissions

| Court | Admission Date |
|---|---|
| Supreme Court, State of New York, Second Department | Wednesday, September 17, 2003 |
| United States District Court, Southern District of New York | Tuesday, January 10, 2006 |
| United States District Court, Eastern District of New York | Tuesday, January 10, 2006 |
| United States Court of Appeals for the Second Circuit | Monday, November 09, 2009 (admitted); Wednesday, October 29, 2014 (renewed); Wednesday, September 11, 2019 (renewed); Thursday, September 19, 2024 (renewed) |
| United States Court of Appeals for the Ninth Circuit | Thursday, March 3, 2011 |
| United States District Court, Northern District of Illinois | Friday, August 31, 2012 |

<u>**Exhibit 1 - Jeremy A. Lieberman Court Admissions**</u>

| Court | Admission Date |
|---|---|
| United States District Court, Southern District of Texas | Tuesday, November 26, 2013 (admitted); Tuesday, October 31, 2023 (renewed) |
| United States Court of Appeals for the Third Circuit | Friday, January 31, 2014 |
| United States Court of Appeals for the Tenth Circuit | Wednesday, March 5, 2014 |
| United States District Court, District of Colorado | Friday, June 13, 2014 (admitted); Tuesday, September 29, 2020 (renewed) |
| United States District Court, Eastern District of Michigan | Thursday, June 19, 2014 |
| United States Court of Appeals for the Sixth Circuit | Friday, January 30, 2015 |

## Exhibit 1 - Jeremy A. Lieberman Court Admissions

| Court | Admission Date |
|---|---|
| United States Court of Appeals for the Fourth Circuit | Thursday, June 11, 2015 |
| United States Court of Appeals for the Eleventh Circuit | Wednesday, April 6, 2016 |
| Supreme Court of the United States | Monday, November 27, 2017 |
| United States District Court, Northern District of New York | Tuesday, March 26, 2019 |
| United States Court of Appeals for the First Circuit | Thursday, June 13, 2019 |
| United States District Court, Western District of New York | Thursday, September 26, 2019 |

## Exhibit 1 - Jeremy A. Lieberman Court Admissions

| Court | Admission Date |
|---|---|
| United States Court of Appeals for the Fifth Circuit | Tuesday, October 6, 2020 |
| United States District Court, Eastern District of Wisconsin | Tuesday, November 30, 2021 |
| United States District Court, Northern District of Texas | Tuesday, August 20, 2024 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

STEPHEN CROCKER,

-vs-                                                              Case No. 1:24-CV-01525-RP

CASSAVA SCIENCES, INC., et al.,

### ORDER

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _____Jeremy A. Lieberman_____ ("Applicant"), counsel for ^ Carlos Pérez-Cotapos Ugarte, Maria Isable Ureta Bazán, Carlos Pérez-Cotapos Subercaseaux, and Inversiones Ane Miren Limitada and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant Carlos Pérez-Cotapos Ugarte, Maria Isable Ureta Bazán, Carlos Pérez-Cotapos Subercaseaux, may appear on behalf of ___^ and Inversiones Ane Miren Limitada___ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br><br>Defendants. | Case No. 1:24-cv-01525-RP<br><br>CERTIFICATE OF SERVICE |

I hereby certify that I caused to be served a true and correct copy of this motion by ECF upon the attorneys of record set forth on the following service list and the original by ECF upon the Clerk of Court on this the __18__ day of February, 2025.

Respectfully submitted,

 /s/*Willie C. Briscoe*                    
WILLIE C. BRISCOE
State Bar Number 24001788
THE BRISCOE LAW FIRM, PLLC
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Phone: 972-521-6868
Fax: 281-254-7789
Email: wbriscoe@thebriscoelawfirm.com

*Counsel for the Pérez-Cotapos Family and Proposed Liaison Counsel for the Class*

{00650276;1 }

# Mailing Information for a Case 1:24-cv-01525-RP Crocker v. Cassava Sciences, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam M. Apton**
  aapton@zlk.com

- **Willie C. Briscoe**
  wbriscoe@thebriscoelawfirm.com,tsims@thebriscoelawfirm.com

- **Stuart L. Cochran**
  scochran@condontobin.com,lmedeles@condontobin.com

- **Gregg Jeffrey Costa**
  gcosta@gibsondunn.com,pacer-tx@gibsondunn.com

- **John Thomas Cox , III**
  tcox@gibsondunn.com,twesley@gibsondunn.com,LGadberry@gibsondunn.com,wcassidy@gibsondunn.com

- **B. Russell Horton**
  rhorton@gbkh.com,kseabolt@gbkh.com,tmanassian@gbkh.com

- **Mitchell R. Kreindler**
  mkreindler@blowthewhistle.com,sgurak@blowthewhistle.com

- **Michael L. Navarre**
  mnavarre@bnsfirm.com,aweappa@bnsfirm.com

- **Thane Tyler Sponsel , III**
  sponsel@smglawgroup.com,chloe@smglawgroup.com,sam@smglawgroup.com

- **Bruce W. Steckler**
  bruce@stecklerlaw.com,robyn@stecklerlaw.com,jamie@swclaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Carlos Perez-Cotapos Ugarte
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
```