# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br><br>  Defendants. | Case No. 1:24-CV-1525<br><br>CLASS ACTION<br><br>**NOTICE OF NON-OPPOSITION BY JESSE VESTAL** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Jesse Vestal ("Mr. Vestal") respectfully submits this notice with respect to the pending motions for appointment of Lead Plaintiff and approval of selection of counsel in the above-captioned action.

On February 10, 2025, Mr. Vestal timely filed a motion for appointment as lead plaintiff and approval of selection of counsel. *See* ECF No. 16. Mr. Vestal has reviewed the competing Lead Plaintiff motions pending before the Court and has determined that, while he is well-qualified to serve as Lead Plaintiff, he does not have the largest financial interest in this case as required by the PSLRA. This non-opposition shall have no impact on Mr. Vestal's membership in the proposed class, his right to share in any recovery obtained for the benefit of the class, nor his ability to serve as Lead Plaintiff should the need arise.

DATED: February 24th, 2025

Respectfully submitted,

*/s/ Bruce W. Steckler*
Bruce W. Steckler
**STECKLER WAYNE & LOVE PLLC**
12720 Hillcrest Road
Dallas, Texas 75230
(972) 837-4040 phone
bruce@stecklerlaw.com
*Liaison Counsel for Movant Jesse Vestal*

*/s/ Jeffrey C. Block*
Jeffrey C. Block
Jacob A. Walker
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, Massachusetts 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com
*Counsel for Movant Jesse Vestal and Proposed Co-Lead Counsel for the Class*

        */s/ Corey D. Holzer*
        Corey D. Holzer
        **HOLZER & HOLZER LLC**
        211 Perimeter Center Parkway, Suite 1010
        Atlanta, Georgia 30346
        (770) 392-0090 phone
        cholzer@holzerlaw.com
        *Counsel for Movant Jesse Vestal and Proposed*
        *Co-Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I, Bruce W. Steckler, hereby certify that on February 24, 2025, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

        */s/ Bruce W. Steckler*
        BRUCE W. STECKLER
        *Liaison Counsel for Movant Jesse Vestal*