UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br><br>Defendants. | Case No. 1:24-cv-01525-RP |

NOTICE TO COURT REGARDING REPLY ARGUMENTS IN FURTHER SUPPORT OF
MOTION OF THE PÉREZ-COTAPOS FAMILY FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

Movant the Pérez-Cotapos Family[1] respectfully submits this notice to the Court regarding its reply arguments in further support of its motion for appointment as Lead Plaintiff and approval of its selection of Pomerantz and BG&G as Co-Lead Counsel and BLF as Liaison Counsel (Dkt. No. 25).

On February 10, 2025, seven competing movants filed motions for appointment as Lead Plaintiff and approval of selection of counsel in this Action pursuant to the PSLRA (*see* 15 U.S.C. § 78u-4(a)(3)): (i) Alaghemand (Dkt. No. 12); (ii) the Pello-Bohn Group (Dkt. No. 15); (iii) Vestal (Dkt. No. 16); (iv) Hill (Dkt. No. 20); (v) DeSimone (Dkt. No. 22); (vi) Smisek (Dkt. No. 24); and (vii) the Pérez-Cotapos Family (Dkt. No. 25) (collectively, the "Lead Plaintiff Motions").

Responses to the Lead Plaintiff Motions were due by February 24, 2025 (the "Response Deadline"). *See* Local Court Rule CV-7(d)(2). Prior to the Response Deadline, four of the Lead Plaintiff Movants (the Pello-Bohn Group, Vestal, Hill, and Smisek) filed notices stating their non-opposition to the competing motions (*see* Dkt. Nos. 27, 30-32), while DeSimone did not file an opposition brief and has not otherwise made any submissions to the Court since his initial motion papers. Accordingly, the Pérez-Cotapos Family and Alaghemand are the only remaining Lead Plaintiff Movants before the Court.

On February 18, 2025—six days before the February 24 Response Deadline—Alaghemand filed her opposition to the competing Lead Plaintiff Motions (the "Alaghemand Opposition"). *See* Dkt. No. 28. Replies to the Alaghemand Opposition were due by February 25, 2025. *See* Local Court Rule CV-7(e)(2).

---

[1] All capitalized terms herein are defined in the Pérez-Cotapos Family's motion and moving or opposition briefs, unless otherwise indicated. *See* Dkt. Nos. 25, 33.

On the February 24, 2025, Response Deadline, the Pérez-Cotapos Family timely filed its own opposition to the competing Lead Plaintiff Motions (*see* Dkt. No. 33), addressing therein points raised for the first time in the earlier filed Alaghemand Opposition—*i.e.*, points that the Pérez-Cotapos Family otherwise would have addressed in its reply in further support of its Lead Plaintiff Motion—as well as presenting arguments in opposition to Aleghemand's Lead Plaintiff Motion.

Accordingly, the Pérez-Cotapos Family stands on the reply arguments presented in its opposition brief and respectfully reserves its right to seek leave to file a sur-reply to any new arguments or facts that Alaghemand may raise in her reply to the Pérez-Cotapos Family's opposition brief, due March 3, 2025.

Dated: March 3, 2025

Respectfully submitted,

*/s/Willie C. Briscoe*
WILLIE C. BRISCOE
State Bar Number 24001788
**THE BRISCOE LAW FIRM, PLLC**
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: (972) 521-6868
Facsimile: (281) 254-7789
wbriscoe@thebriscoelawfirm.com

*Counsel for the Pérez-Cotapos Family and*
*Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application pending)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Counsel for the Pérez-Cotapos Family and
Proposed Co-Lead Counsel for the Class*

3

**CERTIFICATE OF SERVICE**

This is to certify that on March 3, 2025, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

*/s/ Willie C. Briscoe*
WILLIE C. BRISCOE

4