UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br><br>Defendants. | Case No. 1:24-cv-01525-RP |

### OPPOSED MOTION OF THE PÉREZ-COTAPOS FAMILY FOR LEAVE TO FILE SUR-REPLY

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that lead plaintiff movants Carlos Pérez-Cotapos Ugarte, Maria Isable Ureta Bazán, Carlos Pérez-Cotapos Subercaseaux, and Inversiones Ane Miren Limitada ("IAML") (collectively, the "Pérez-Cotapos Family"), by and through their counsel, hereby move this Court pursuant to Local Rules CV-7(b) & (e)(1) for leave to file a short sur-reply (the "Proposed Sur-Reply") to address arguments raised for the first time in competing lead plaintiff movant Hoorieh Alaghemand's ("Alaghemand") Reply in Further Support of Her Motion for Lead Plaintiff (the "Alaghemand Reply") (Dkt. No. 34).   A copy of the Pérez-Cotapos Family's Proposed Sur-Reply is attached hereto as Exhibit A.

The Pérez-Cotapos Family should be granted leave to file a sur-reply to address arguments raised for the first time in the Alaghemand Reply.  A district court's decision to allow the filing of a sur-reply is discretionary.  *See Georgia Firefighters' Pension Fund v. Anadarko Petroleum*

1

*Corp.*, 99 F.4th 770, 774 (5th Cir. 2024) (citing *Butler v. S. Porter*, 999 F.3d 287, 297 (5th Cir. 2021)).  However, "when a party raises new arguments . . . for the first time in a reply, the district court ***must*** either give the other party an opportunity to respond or decline to rely on the new arguments[.]"  *Id.* (emphasis added) (citing *Residents of Gordon Plaza, Inc. v. Cantrell*, 25 F.4th 288, 296 (5th Cir. 2022)).

In the Alaghemand Reply, Alaghemand argues for the first time that (1) "there is no legal requirement that a high-frequency trader *must* meet the specific requirements outlined in the Pérez-Cotapos Family's opposition" (Dkt. No. 34 at 2 (emphasis in original)); (2) that it is purportedly "clear" that "[IAML] made numerous same-day transactions from which it earned a profit from technical price movements" (*id.*); and (3) that because "the Pérez-Cotapos Family's opposition spent four of its twelve pages . . . to argue that [IAML] is not atypical[,]" IAML's purported unique defense "threatens to pull the focus of the litigation away from issues common to the class" (*id.* at 3).  As these arguments were raised for the first time in the Alaghemand Reply, the Pérez-Cotapos Family has not had an opportunity to address them in its briefing to date.  Accordingly, the Pérez-Cotapos Family respectfully submits that fairness requires it be granted leave to file a sur-reply to address these new arguments raised for the first time in the Alaghemand Reply.  *See Anadarko*, 99 F.4th at 774 (citing *Cantrell*, 25 F.4th at 296).

For the foregoing reasons, the Pérez-Cotapos Family respectfully requests that the Court grant it leave to file the Proposed Sur-Reply attached to this motion as Exhibit A, with the Proposed Sur-Reply deemed filed as of the date of this submission.

Dated: March 10, 2025                          Respectfully submitted,

                                               */s/ Willie C. Briscoe*
                                               WILLIE C. BRISCOE
                                               State Bar Number 24001788
                                               **THE BRISCOE LAW FIRM, PLLC**

12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: (972) 521-6868
Facsimile: (281) 254-7789
wbriscoe@thebriscoelawfirm.com

*Counsel for the Pérez-Cotapos Family and
Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(admitted *pro hac vice*)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Counsel for the Pérez-Cotapos Family and
Proposed Co-Lead Counsel for the Class*

**COMPLIANCE WITH LOCAL RULE CV-7(g)**

Pursuant to Local Rule CV-7(g), counsel for the Pérez-Cotapos Family state that they contacted counsel for Alaghemand—the only other movant still seeking appointment as lead plaintiff and approval of lead counsel in this action—on March 7, 2025, as well as conferred with counsel for Alaghemand on March 10, 2025, regarding the instant motion. Alaghemand opposes this motion because she does not agree that any new arguments were raised in her reply.

**CERTIFICATE OF SERVICE**

This is to certify that on March 10, 2025, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

*/s/ Willie C. Briscoe*
WILLIE C. BRISCOE

5