UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br><br>Defendants. | Case No. 1:24-cv-01525-RP |

## [PROPOSED] ORDER GRANTING LEAVE TO FILE SUR-REPLY

**WHEREAS**, the Court has considered the motion of lead plaintiff movants Carlos Pérez-Cotapos Ugarte, Maria Isable Ureta Bazán, Carlos Pérez-Cotapos Subercaseaux, and Inversiones Ane Miren Limitada (collectively, the "Pérez-Cotapos Family") for leave to file a sur-reply (the "Motion") in connection with their pending motion for appointment as Lead Plaintiff and Approval of Selection of Counsel (Dkt. No. 25),

**IT IS HEREBY ORDERED THAT**:

1.	The Pérez-Cotapos Family's Motion is GRANTED.

2.	It is therefore ORDERED that Exhibit A to the Motion is hereby considered to be a timely and correctly filed sur-reply.

Dated: _____, 2025
	Austin, Texas

_____
HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS

1