IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br><br>Defendants. | § CIVIL ACTION NO. 1:24-cv-01525-RP<br>§<br>§ **NOTICE OF WITHDRAWAL OF**<br>§ **MOTION OF HOORIEH ALAGHEMAND**<br>§ **FOR APPOINTMENT AS LEAD**<br>§ **PLAINTIFF AND APPROVAL OF LEAD**<br>§ **PLAINTIFF'S SELECTION OF COUNSEL**<br>§<br>§ CLASS ACTION<br>§<br>§<br>§<br>§ |

On February 10, 2025, movant Hoorieh Alaghemand ("Movant"), pursuant to the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, filed a motion for entry of an order appointing Movant as Lead Plaintiff and approving Movant's selection of Counsel ("Lead Plaintiff Motion"). (Dkt. No. 12).

Having reviewed the competing motion filed in the action, Movant does not appear to have the largest financial interest. Accordingly, Movant hereby withdraws her Lead Plaintiff Motion. This notice of withdrawal shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

Dated: May 5, 2025

Respectfully submitted,

**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**

 /s/ Stuart L. Cochran
Stuart L. Cochran
Texas Bar No.: 24027936

        8080 Park Lane, Suite 700
        Dallas, Texas 75231
        Telephone: (214) 265-3800
        scochran@condontobin.com

        *Liaison Counsel for Movant*

        **THE ROSEN LAW FIRM, P.A.**
        Phillip Kim, Esq. (*pro hac vice* to be filed)
        275 Madison Avenue, 40th Floor
        New York, NY 10016
        Phone: (212) 686-1060
        Fax: (212) 202-3827
        Email: philkim@rosenlegal.com

        *Counsel for Movant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

        */s/ Stuart L. Cochran*
        Stuart L. Cochran