**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC,<br><br>Defendants. | Case No. 1:24-CV-1525-DAE |

**MOTION REGARDING PROPOSED SCHEDULE FOR AMENDED COMPLAINT AND DEFENDANTS' ANTICIPATED MOTION(S) TO DISMISS**

{00664882;2 }

Lead Plaintiffs Carlos Pérez-Cotapos Ugarte, Maria Isable Ureta Bazán, Carlos Pérez-Cotapos Subercaseaux, and Inversiones Ane Miren Limitada (collectively, the "Pérez-Cotapos Family" or "Lead Plaintiffs") submit this motion regarding the deadlines for filing an Amended Complaint and Defendants' anticipated motion(s) to dismiss:

1. Lead Plaintiffs were appointed on May 8, 2025. ECF No. 42.

2. The Court's Order entered on January 7, 2025 requires the parties to meet and confer within fourteen days of the Court's appointment of Lead Plaintiff and submit a proposed briefing schedule for approval by the Court, i.e., by May 22, 2025. ECF No. 11.

3. As detailed in the accompanying declaration of Murielle J. Steven Walsh, counsel for Lead Plaintiffs attempted to meet and confer with counsel for Defendants regarding a joint proposed schedule and received no response.

4. Accordingly, Lead Plaintiffs submit their unilateral proposed schedule for the filing of an Amended Complaint and Defendants' anticipated motion(s) to dismiss.

Dated: May 22, 2025

Respectfully submitted,

/s/ Willie C. Briscoe
Willie C. Briscoe (Tx. Bar Number 24001788)
**THE BRISCOE LAW FIRM, PLLC**
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: (972) 521-6868
Facsimile: (281) 254-7789
wbriscoe@thebriscoelawfirm.com

*Counsel for the Pérez-Cotapos Family and*
*Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice* application forthcoming)
(State of New York Juris No. 4161352)
Murielle J. Steven Walsh (*pro hac vice* application forthcoming)

(State of New York Juris No. 2837631)
Emily C. Finestone (*pro hac vice* application forthcoming)
(State of New York Juris No. 5394820)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
mjsteven@pomlaw.com
efinestone@pomlaw.com

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein (*pro hac vice* application forthcoming)
(State of New York Juris No. 2155067)
Michael J. Boyle (*pro hac vice* application forthcoming)
(State of California Juris No. 258560)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com
mboyle@bgandg.com

*Counsel for the Pérez-Cotapos Family and Co-Lead Counsel for the Class*

{00664882;2 }

3

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing via the Court's CM/ECF system on May 22, 2025.

*/s/ Willie C. Briscoe*
Willie C. Briscoe