**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC, <br><br> Defendants. | Case No. 1:24-CV-1525-DAE |

**DECLARATION OF MURIELLE J. STEVEN WALSH IN SUPPORT OF LEAD PLAINTIFFS' MOTION REGARDING PROPOSED SCHEDULE FOR AMENDED COMPLAINT AND DEFENDANTS' ANTICIPATED MOTION(S) TO DISMISS**

{00664884;2 }

I, Murielle J. Steven Walsh, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am a partner at Pomerantz LLP, Co-Lead Counsel for Lead Plaintiffs. I am admitted to the bar of the State of New York and have submitted an application to appear *pro hac vice* in this action. I submit this declaration in support of Lead Plaintiffs' Motion Regarding Proposed Schedule for Amended Complaint and Defendants' Anticipated Motion(s) to Dismiss.

2.      I have personal knowledge of the facts set forth in this declaration and if called upon as a witness, could and would testify competently as to the matters herein.

3.      Counsel for Lead Plaintiffs emailed counsel for Defendants on May 9, 14, 16, and 20, 2025 in an effort to meet and confer about a joint proposed schedule for the filing of an amended complaint and Defendants' anticipated motion(s) to dismiss. Counsel for Defendants did not respond and, as of the time of filing this motion, still have not responded. A true and accurate copy of that email correspondence is attached hereto as **Exhibit A**.

Dated: May 22, 2025

*/s/ Murielle J. Steven Walsh*
Murielle J. Steven Walsh (*pro hac vice application pending*)

{00664884;2 }                              2