# Exhibit A

**From:** Emily Finestone
**Sent:** Tuesday, May 20, 2025 10:18 AM
**To:** gcosta@gibsondunn.com; tcox@gibsondunn.com
**Cc:** Murielle Steven Walsh <mjsteven@pomlaw.com>; peretz@bgandg.com; eitank@bgandg.com; mboyle@bgandg.com
**Subject:** RE: Crocker v. Cassava Sciences, Inc., No. 1:24-CV-01525-DAE | Proposed Schedule

Counsel:

I'm writing again about our obligation to meet and confer and submit a proposed schedule by this Thursday, May 22. Attached is a draft joint submission with Lead Plaintiffs' proposed schedule. Please let us know by close of business today if you have any concerns.

If we do not hear back from you, we will file Lead Plaintiffs' proposed schedule unilaterally on the Court-ordered deadline and will explain to the Court why we are unable to submit a joint proposal.

**From:** Emily Finestone
**Sent:** Friday, May 16, 2025 9:49 AM
**To:** gcosta@gibsondunn.com; tcox@gibsondunn.com
**Cc:** Murielle Steven Walsh <mjsteven@pomlaw.com>; peretz@bgandg.com; eitank@bgandg.com; mboyle@bgandg.com
**Subject:** RE: Crocker v. Cassava Sciences, Inc., No. 1:24-CV-01525-DAE | Proposed Schedule

Correction: Thursday, **May** 22.

**From:** Emily Finestone
**Sent:** Friday, May 16, 2025 9:48 AM
**To:** 'gcosta@gibsondunn.com' <gcosta@gibsondunn.com>; 'tcox@gibsondunn.com' <tcox@gibsondunn.com>
**Cc:** Murielle Steven Walsh <mjsteven@pomlaw.com>; peretz@bgandg.com; eitank@bgandg.com; 'mboyle@bgandg.com' <mboyle@bgandg.com>
**Subject:** RE: Crocker v. Cassava Sciences, Inc., No. 1:24-CV-01525-DAE | Proposed Schedule

Counsel:

I'm writing to follow up again on our proposed schedule below. Our deadline to meet and confer and provide a proposed schedule to the Court is Thursday, August 22. We propose setting up a call on Monday to discuss your concerns. Please let us know your availability.

Thanks,
Emily

**From:** Emily Finestone
**Sent:** Wednesday, May 14, 2025 10:58 AM
**To:** gcosta@gibsondunn.com; tcox@gibsondunn.com
**Cc:** Murielle Steven Walsh <mjsteven@pomlaw.com>; peretz@bgandg.com; eitank@bgandg.com; mboyle@bgandg.com
**Subject:** RE: Crocker v. Cassava Sciences, Inc., No. 1:24-CV-01525-DAE | Proposed Schedule

Good morning,

Just wanted to follow up about our proposed schedule. Please let us know if you have any concerns.

Thanks,
Emily

**From:** Emily Finestone
**Sent:** Friday, May 9, 2025 11:47 AM
**To:** gcosta@gibsondunn.com; tcox@gibsondunn.com
**Cc:** Murielle Steven Walsh <mjsteven@pomlaw.com>; peretz@bgandg.com; eitank@bgandg.com; mboyle@bgandg.com
**Subject:** Crocker v. Cassava Sciences, Inc., No. 1:24-CV-01525-DAE | Proposed Schedule

Counsel:

We represent Lead Plaintiffs in *Crocker v. Cassava Sciences, Inc.*, No. 1:24-CV-01525-DAE, and are writing to discuss the parties' proposed schedule. We propose the following deadlines:

- Deadline to file an amended complaint: 60 days after entry of proposed scheduling order
- Deadline to answer or otherwise respond to amended complaint: 45 days after amended complaint filed
- Opposition to any motion to dismiss due: 45 days after motion to dismiss filed
- Reply in support of any motion to dismiss due: 30 days after opposition to motion to dismiss filed

Please let us know if this proposed schedule is agreeable to you.

Thanks,

Emily C. Finestone
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016

Phone: 212-661-1100 ext. 7982
Fax: 917-463-1044
efinestone@pomlaw.com