**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| STEPHEN CROCKER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CASSAVA SCIENCES, INC., RICHARD JON BARRY, and JAMES W. KUPIEC, <br><br> Defendants. | Case No. 1:24-CV-1525-DAE |

**ORDER GRANTING MOTION REGARDING PROPOSED SCHEDULE FOR AMENDED COMPLAINT AND DEFENDANTS' ANTICIPATED MOTION(S) TO DISMISS**

{00664883;1 }

The Court, having considered the Motion Regarding Proposed Schedule for Amended Complaint and Defendants' Anticipated Motion(s) to Dismiss, hereby GRANTS the Motion and ORDERS the following:

1.    Lead Plaintiffs' deadline for filing an Amended Complaint is sixty (60) days after the entry of this Order.

2.    Defendants' deadline to answer or otherwise respond to the Amended Complaint is forty-five (45) days after the Amended Complaint is filed.

3.    Lead Plaintiffs' opposition to any motion(s) to dismiss is due forty-five (45) days after the motion to dismiss is filed.

4.    Defendants' reply in further support of any motion(s) to dismiss is due thirty (30) days after the opposition to the motion to dismiss is filed.

SIGNED this _____ day of _____ 2025.


_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE