IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

STEPHEN CROCKER,

-vs-   Case No. 1:24-CV-01525-DAE

CASSAVA SCIENCES, INC., et al.

## ORDER

BE IT REMEMBERED on this the 4th day of June, 2025, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Carlos Pérez-Cotapos Ugarte, Maria Isable Ureta Bazán, Carlos Pérez-Cotapos Subercaseaux, Emily C. Finestone ("Applicant"), counsel for ^ Inversiones Ane Miren Limitada and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant Carlos Pérez-Cotapos Ugarte, Maria Isable Ureta Bazán, Carlos Pérez-Cotapos Subercaseaux, may appear on behalf of ^ Inversiones Ane Miren Limitada in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 4th day of June 20 25.

_____
David Alan Ezra
Senior United States District Judge