**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| CARLOS PÉREZ-COTAPOS UGARTE, MARIA ISABEL URETA BAZÁN, CARLOS PÉREZ-COTAPOS SUBERCASEAUX, INVERSIONES ANE MIREN LIMITADA, SHERYL GROVE, and HOORIEH ALAGHEMAND, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>      v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, RICHARD JON BARRY, LINDSAY BURNS, JAMES W. KUPIEC, and ERIC SCHOEN,<br><br>           Defendants. | Case No. 1:24-CV-1525-DAE |

**DECLARATION OF MURIELLE J. STEVEN WALSH IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO DEFENDANTS CASSAVA SCIENCES, INC., REMI BARBIER,**
**LINDSAY BURNS, AND ERIC J. SCHOEN'S MOTION TO CONSOLIDATE**

I, Murielle J. Steven Walsh, declare under penalty of perjury, pursuant to 28 U.S.C § 1746, that the following is true and correct:

1.      I am a partner at Pomerantz LLP, co-counsel for Lead Plaintiffs Carlos Pérez-Cotapos Ugarte, Maria Isabel Ureta Bazán, Carlos Pérez-Cotapos Subercaseaux, and Inversiones Ane Miren Limitada (collectively, "Lead Plaintiffs") and additional Plaintiffs Sheryl Grove and Hoorieh Alaghemand (together with Lead Plaintiffs, "Plaintiffs"), and I am admitted *pro hac vice* in this action.

2.      I submit this Declaration in support of Plaintiffs' Opposition to Defendants Cassava Sciences, Inc. ("Cassava"), Remi Barbier, Lindsay Burns, and Eric J. Shoen's Motion to Consolidate.

3.      I have personal knowledge of the facts set forth in this declaration and if called upon as a witness, could and would testify competently as to the matters herein.

4.      Attached hereto as **Exhibit A** is a true and accurate excerpt of Cassava's Q2 2025 quarterly report filed with the SEC on Form 10-Q on August 14, 2025.

Executed on September 25, 2025.

/s/ Murielle J. Steven Walsh
Murielle J. Steven Walsh (*pro hac vice*)

1