IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CARLOS PÉREZ-COTAPOS UGARTE, §
MARIA ISABEL URETA BAZÁN, §
CARLOS PÉREZ-COTAPOS §
SUBERCASEAUX, INVERSIONES ANE §
MIREN LIMITADA, SHERYL GROVE, and §
HOORIEH ALAGHEMAND, Individually and §
On Behalf of All Others Similarly Situated, §
§
     Plaintiffs, §
v. §
§
CASSAVA SCIENCES, INC., RICHARD §
JON BARRY, JAMES W. KUPIEC, REMI §
BARBIER, LINDSAY BURNS, and ERIC §
SCHOEN, §
     Defendants. §
               §

Case No. 1:24-CV-01525-DAE

**AGREED MOTION REGARDING ACCEPTANCE OF SERVICE AND TIME TO
RESPOND TO AMENDED COMPLAINT**

Defendants Cassava Sciences, Inc., Richard Jon Barry, James W. Kupiec, Remi Barbier, Lindsay Burns, and Eric Schoen ("Defendants") and Plaintiffs Carlos Perez-Cotapos Ugarte, Maria Isable Ureta Bazan, Carlos Perez-Cotapos Subercaseaux, Inversiones Ane Miren Limitada, Sheryl Grove, and Hoorieh Alaghemand ("Plaintiffs" and together with Defendants the "Parties") submit this Agreed Motion regarding the acceptance of service and Defendants' time to respond to the Amended Complaint, and stipulate as follows:

1.      The original complaint was filed in this action on December 12, 2024.

2.      Counsel for Defendants Cassava Sciences, Inc., Richard Jon Barry, and James W. Kupiec agreed to accept service on their behalf. *See* ECF No. 10.

3.      On June 26, the Court ordered that: (1) Plaintiffs deadline to file an Amended Complaint was August 25, 2025; (2) Defendants' deadline to answer or otherwise respond to Plaintiffs' Amended Complaint is 45 days after the Amended Complaint was filed; (3) Plaintiffs' opposition to any motion to dismiss is 45 days after such motion is filed; and (4) Defendants' reply is due 30 days after such opposition. *See* ECF 48.

4.      On August 25, 2025, Plaintiffs filed an Amended Complaint, which, among other things, added Defendants Eric Schoen, Remi Barbier, and Lindsay Burns.

5.      Thus, the deadline for Defendants Cassava Sciences, Inc., Richard Jon Barry, and James W. Kupiec to answer or otherwise respond to that Amended Complaint is October 9, 2025.

6.      The undersigned counsel for Defendants Eric Schoen, Remi Barbier, and Lindsay Burns is authorized to and hereby does accept service of the summons and Amended Complaint on behalf of Defendants Eric Schoen, Remi Barbier, and Lindsay Burns, preserving all defenses and objections to the Amended Complaint including, but not limited to, the Court's jurisdiction, but waiving only any objections to insufficient process or insufficient service of process.

7.      The Parties, including the added Defendants, have conferred and agreed upon the

following proposed extension to the briefing schedule, which will be applicable to all Defendants:

- Defendants will file any motion(s) to dismiss by November 6, 2025

- Plaintiffs will file any opposition briefing by December 22, 2025

- Defendants will file any reply briefing by January 21, 2026

This Agreed Motion will serve the interests of justice, and the parties agree that the proposed Order filed herewith may be entered without further notice.

Dated: October 9, 2025

Respectfully submitted,

/s/ *Gregg Costa*
Gregg Costa (Tx. Bar No. 24028160)
Trey Cox (Tx. Bar No. 24003722)
**GIBSON, DUNN & CRUTCHER LLP**
811 Main Street, Suite 3000
Houston, TX 77002
Telephone: 346.718.6600
gcosta@gibsondunn.com
tcox@gibsondunn.com

*Counsel for Defendants Cassava Sciences, Inc.,*
*Richard Jon Barry, James W. Kupiec, and Eric*
*Schoen*

/s/ *Douglas W. Greene*
Douglas W. Greene
Zachary R. Taylor
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.847.7090
dgreene@bakerlaw.com

C. Shawn Cleveland
**BAKER & HOSTETLER LLP**
2850 N. Harwood Street, Suite 1100
Dallas, TX 75201
Telephone: 214.210.1200
scleveland@bakerlaw.com

*Counsel for Defendants Remi Barbier and*
*Lindsay Burns*

/s/ *Murielle J. Steven Walsh*
Murielle J. Steven Walsh
Jeremy A. Lieberman
Emily C. Finestone
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
mjsteven@pomlaw.com
efinestone@pomlaw.com

Peretz Bronstein

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

Michael J. Boyle
**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
4200 Regent Street, Suite 200
Columbus, OH 43219
Telephone: (614) 578-5582
Email: mboyle@bgandg.com

*Counsel for Plaintiffs and
Co-Lead Counsel for the Class*

Willie C. Briscoe
**THE BRISCOE LAW FIRM, PLLC**
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: (972) 521-6868
Facsimile: (281) 254-7789
Email: wbriscoe@thebriscoelawfirm.com

*Counsel for Plaintiffs and
Liaison Counsel for the Class*

Phillip Kim
**THE ROSEN LAW FIRM, P.A.**
(State of New York Juris No. 4145397)
275 Madison Avenue, 40th Floor
New York, NY 10116
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com

*Additional Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the court's CM/ECF system on October 9, 2025.


<u>/s/ *Gregg Costa*                    </u>
Gregg Costa