IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CARLOS PÉREZ-COTAPOS UGARTE, MARIA ISABEL URETA BAZÁN, CARLOS PÉREZ-COTAPOS SUBERCASEAUX, INVERSIONES ANE MIREN LIMITADA, SHERYL GROVE, and HOORIEH ALAGHEMAND, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, JAMES W. KUPIEC, REMI BARBIER, LINDSAY BURNS, and ERIC SCHOEN,<br><br>    Defendants. | Case No. 1:24-CV-01525-DAE |

**ORDER GRANTING AGREED MOTION REGARDING ACCEPTANCE OF SERVICE AND TIME TO RESPOND TO AMENDED COMPLAINT**

The Court, having considered the Agreed Motion Regarding Acceptance of Service and Defendant's Time to Respond to Plaintiffs' Amended Complaint, hereby GRANTS the Motion and ORDERS the following:

1. Defendants Eric Schoen, Remi Barbier, and Lindsay Burns are deemed to have accepted service of the Amended Complaint (ECF No. 49).

2. Defendants Cassava Sciences, Inc., Richard Jon Barry, James W. Kupiec, Remi Barbier, Lindsay Burns, and Eric Schoen ("Defendants") will file any motion(s) to dismiss Plaintiffs' Amended Complaint by November 6, 2025.

3. Plaintiffs will file any opposition briefing by December 22, 2025.

4. Defendants will file any reply briefing by January 21, 2026.

**IT IS SO ORDERED.**

SIGNED this ___10th___ day of ___October___ 2025.

_____
David Alan Ezra
Senior United States District Judge