IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CARLOS PÉREZ-COTAPOS UGARTE, MARIA ISABEL URETA BAZÁN, CARLOS PÉREZ-COTAPOS SUBERCASEAUX, INVERSIONES ANE MIREN LIMITADA, SHERYL GROVE, and HOORIEH ALAGHEMAND, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, RICHARD JON BARRY, LINDSAY BURNS, JAMES W. KUPIEC, and ERIC SCHOEN,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § No. 1:24-cv-1525-DAE |

ORDER OF REFERRAL

Before the Court is Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen's Opposed Motion to Consolidate (Dkt. # 53). In accordance with the authority vested in the United States Magistrate Judge pursuant to 28 U.S.C. 636(b)(1)(A) & Rule 1(c) of Appendix C to the Local Rules, the following pending motion is hereby **REFERRED** to United States Magistrate

Judge Susan Hightower: Dkt. # 53 – Defendants' Motion to Consolidate Cases, filed September 18, 2025.[1]

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, November 26, 2025.

_____
David Alan Ezra
Senior United States District Judge

---

[1] Magistrate Judge Hightower was referred the Motion to Consolidate in In re Cassava Sciences, Inc. Securities Litigation, No. 1:21-cv-00751-DAE, Dkt. # 338 (W.D. Tex.), the lead case with which Defendants presently seek to consolidate. Although Magistrate Judge Lane is the magistrate assigned to this case for all referrals and consents, the Court again refers this motion to Magistrate Judge Hightower to maximize efficiency and ensure consistent rulings.