**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| CARLOS PÉREZ-COTAPOS UGARTE, MARIA ISABEL URETA BAZÁN, CARLOS PÉREZ-COTAPOS SUBERCASEAUX, INVERSIONES ANE MIREN LIMITADA, SHERYL GROVE, and HOORIEH ALAGHEMAND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER, RICHARD JON BARRY, LINDSAY BURNS, JAMES W. KUPIEC, and ERIC SCHOEN, <br><br> Defendants. | Case No. 1:24-CV-1525-DAE |

**ORDER GRANTING PLAINTIFFS' OPPOSED MOTION TO STRIKE CERTAIN EXHIBITS ATTACHED TO DEFENDANTS' MOTIONS TO DISMISS**

The Court, having considered Plaintiffs' Opposed Motion to Strike Certain Exhibits Attached to Defendants' Motions to Dismiss, and good cause appearing, hereby GRANTS the Motion and ORDERS the following: The CUNY Letter (ECF No. 69-2), Dismissal Order (ECF No. 68-5), and Forms 4 (ECF No. 69-3) are struck from the record. The Court will disregard the improper arguments related to the Audit Report (ECF No. 68-3), the CUNY Letter, the Dismissal Order, and the Forms 4 in deciding Defendants' Motions to Dismiss.

IT IS SO ORDERED:

DATED: Austin, Texas, _____

_____
David Alan Ezra
Senior United States District Judge