IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CARLOS PÉREZ-COTAPOS UGARTE, MARIA ISABEL URETA BAZÁN, CARLOS PÉREZ-COTAPOS SUBERCASEAUX, INVERSIONES ANE MIREN LIMITADA, SHERYL GROVE, and HOORIEH ALAGHEMAND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASSAVA SCIENCES, INC., RICHARD JON BARRY, JAMES W. KUPIEC, REMI BARBIER, LINDSAY BURNS, and ERIC SCHOEN,<br><br>Defendants. | Case No. 1:24-CV-01525-DAE |

**UNOPPOSED JOINT MOTION REQUESTING ADDITIONAL TIME TO RESPOND TO PLAINTIFFS' MOTION TO STRIKE**

Defendants Cassava Sciences, Inc., Richard Jon Barry, James W. Kupiec, Remi Barbier, Lindsay Burns, and Eric Schoen ("Defendants") submit this Unopposed Joint Motion regarding Defendants' time to respond to Plaintiffs' Motion to Strike (ECF 75), as follows:

1. On October 10, 2025, this Court set the following briefing schedule for Defendants' response to Plaintiffs' Amended Complaint (ECF 61):

- Defendants will file any motions to dismiss by November 6, 2025
- Plaintiffs will file any opposition briefing by December 22, 2025
- Defendants will file any reply briefing by January 21, 2026.

2. On November 6, 2025, Defendants filed Motions to Dismiss the Amended Complaint, attaching certain documents as exhibits to those Motions (ECF 68 & 69).

3. On December 22, 2025, Plaintiffs filed responses to Defendants' Motions to Dismiss (ECF 73 & 74). In addition to such responses, Plaintiffs filed a Motion to Strike Certain Exhibits Attached to Defendants' Motions to Dismiss (ECF 75).

4. Under this Court's Local Rule CV-7, Defendants have until January 5, 2026, to respond to Plaintiffs' Motion to Strike. *See* Local Rule CV-7(D)(2).

5. Because Plaintiffs' Motion to Strike relates directly to their responses to Defendants' Motions to Dismiss, Defendants respectfully request that the deadline to respond to Plaintiffs' Motion to Strike me extended to align with Defendants' deadline to reply to Plaintiffs' responses under the above-described briefing schedule ordered by this Court—January 21, 2026.

6. Defendants and Plaintiffs have conferred regarding this proposed extension, and Plaintiffs do not oppose it.

7. Defendants therefore respectfully request that the Proposed Order filed herewith be entered by this Court.

Dated: January 2, 2026                              Respectfully submitted,

/s/ *Gregg Costa*
Gregg Costa (Tx. Bar No. 24028160)
Trey Cox (Tx. Bar No. 24003722)
**GIBSON, DUNN & CRUTCHER LLP**
811 Main Street, Suite 3000
Houston, TX 77002
Telephone: 346.718.6600
gcosta@gibsondunn.com
tcox@gibsondunn.com

*Counsel for Defendants Cassava Sciences, Inc., Richard Jon Barry, James W. Kupiec, and Eric Schoen*

*/s/ Douglas W. Greene*
Douglas W. Greene
Zachary R. Taylor
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.847.7090
dgreene@bakerlaw.com

C. Shawn Cleveland
**BAKER & HOSTETLER LLP**
2850 N. Harwood Street, Suite 1100
Dallas, TX 75201
Telephone: 214.210.1200
scleveland@bakerlaw.com

*Counsel for Defendants Remi Barbier and Lindsay Burns*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record are being served with a copy of the foregoing document via the court's CM/ECF system on January 2, 2026.

                                                /s/ *Gregg Costa*
                                                Gregg Costa