# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **IN RE CASSAVA SCIENCES, INC. SECURITIES LITIGATION** | **Master File No. 1:21-cv-00751-DAE**<br><br>**COSOLIDATED CLASS ACTION** |
| **CARLOS PÉREZ-COTAPOS UGARTE**, *et al.*,<br>*Plaintiffs*<br><br>**v.**<br><br>**CASSAVA SCIENCES, INC.**, *et al.*,<br>*Defendants* | **Case No. 1:24-cv-01525-DAE**<br><br>**CLASS ACTION** |

## <u>ORDER</u>

Now before the Court are:

1. Agreed Motion to Reschedule June 17, 2026 hearing, filed May 12, 2026 (Dkt. 372 in 1:21-cv-00751-DAE; Dkt. 86 in 1:24-cv-01525-DAE);

2. Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen's Opposed Motion to Consolidate, filed September 18, 2025 (Dkt. 338 in 1:21-cv-00751-DAE; Dkt. 53 in 1:24-cv-01525-DAE);

3. Defendants' Motion to Strike Plaintiffs' Opposition to Defendants' Motion to Consolidate, filed October 20, 2025 (Dkt. 346 in 1:21-cv-00751-DAE) (sealed);

4. Plaintiffs' Motions for Leave to File Notice of Supplemental Authority in Further Support of Their Opposition to Defendants' Motion to Strike and Opposition to Defendants' Motion to Consolidate, filed December 30, 2025 and February 18, 2026 (Dkts. 360 and 368 in 1:21-cv-00751-DAE) (sealed);

and the associated response and reply briefs.[1]

The Court **GRANTS** the Agreed Motion to Reschedule June 17, 2026 hearing (Dkt. 372 in

1:21-cv-00751-DAE; Dkt. 86 in 1:24-cv-01525-DAE) and **ORDERS** the parties, or counsel of

record appearing on their behalf, to appear for a hearing on the motions at **11 a.m. Wednesday,**

---

[1] The District Court referred the motions to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas.

**June 24, 2026** in Courtroom 6 on the Sixth Floor of the United States Courthouse, 501 West Fifth

Street, Austin, Texas 78701.

  **SIGNED** on May 14, 2026.

             _____

             SUSAN HIGHTOWER
             UNITED STATES MAGISTRATE JUDGE