**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**Crocker**

_____

-vs-                                                        Case No.:    **1:24-cv-01525**

**Cassava Sciences, Inc.**


_____


**MOTION FOR ADMISSION *PRO HAC VICE***


TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____**Luc W. M. Mitchell**_____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western District of

Texas *pro hac vice* to represent _____**Inversiones Ane Miren Limitada**_____ in this case, and would

respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

_____**Pomerantz LLP**_____,

with offices at

Mailing address:    **600 Third Avenue, Floor 20**

City, State, Zip Code:    **New York City, NY 10016**

Telephone:    **(212) 661-1100**

Facsimile:    **(917) 463-1044**

Email:    **lmitchell@pomlaw.com**

2. Since **February 4, 2019**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **New York**. Applicant's bar license number is **5671037**.

3. Applicant has been admitted to practice before the following courts:

Court:                                          Admission date:

**See Exhibit A**                               _____

_____                        _____

_____                        _____

_____                        _____

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

**N/A**

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

**N/A**

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**N/A**

7.   Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.   Select one:

☐   Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☑   Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

| | |
|---|---|
| Co-counsel: | **Willie C. Briscoe, The Briscoe Law Firm, PLLC** |
| Mailing address: | **12700 Park Central Drive, Suite 520** |
| City, State, Zip Code: | **Dallas, TX 75251** |
| Telephone: | **(972) 521-6868** |

9.   Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10.   Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

- 3 -

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,


_____
[printed name of Applicant]


_____
[signature of Applicant]


CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the _____ day of _____, _____.


_____
[printed name of Applicant]


_____
[signature of Applicant]


- 4 -

**Exhibit A**

Court Admissions

| Court | Admission date |
|---|---|
| New York | February 4, 2019 |
| California | July 17, 2024 |
| Second Circuit | November 13, 2019 |
| Seventh Circuit | June 14, 2019 |
| Ninth Circuit | December 27, 2022 |
| Eastern District of New York | November 14, 2019 |
| Northern District of New York | November 15, 2022 |
| Southern District of New York | September 3, 2019 |
| Central District of California | July 30, 2024 |
| Eastern District of California | July 25, 2024 |
| Northern District of California | July 25, 2024 |
| Southern District of California | July 25, 2024 |
| Central District of Illinois | May 28, 2020 |
| Northern District of Illinois | January 26, 2024 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**Crocker**

**-vs-**                                                          Case No.  **1:24-cv-01525**

**Cassava Sciences, Inc.**

## O R D E R

BE IT REMEMBERED on  this  the _____ day of _____, 20____,  there

was   presented   to   the   Court   the   Motion   for   Admission   *Pro   Hac   Vice*   filed   by

_____**Luc W. M. Mitchell**_____ ("Applicant"), counsel for ____**Inversiones Ane Miren**____   and

the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant

may appear on behalf of  **Inversiones Ane Miren Limitada**  in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall,

in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00,

made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and

Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall

register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective

until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE