# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Stephen Crocker | § | |
| | § | |
| vs. | § | NO:  AU:24-CV-01525-DAE |
| | § | |
| Cassava Sciences, Inc., et al | § | |

## O R D E R

**BE IT REMEMBERED** on  this  the  18th day of June, 2026, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Luc W. M. Mitchell, counsel for Inversiones Ane Miren Limitada and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Luc W. M. Mitchell may appear on behalf of Inversiones Ane Miren Limitada in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:   Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 18th day of June, 2026.

DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE