**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| CARLOS PÉREZ-COTAPOS UGARTE, MARIA ISABEL URETA BAZÁN, CARLOS PÉREZ-COTAPOS SUBERCASEAUX, INVERSIONES ANE MIREN LIMITADA, SHERYL GROVE, and HOORIEH ALAGHEMAND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER, RICHARD JON BARRY, LINDSAY BURNS, JAMES W. KUPIEC, and ERIC SCHOEN, <br><br> Defendants. | Case No. 1:24-CV-1525-DAE |

**MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that I, Emily C. Finestone, hereby move to withdraw as counsel for Lead Plaintiffs Carlos Pérez-Cotapos Ugarte, Maria Isabel Ureta Bazán, Carlos Pérez-Cotapos Subercaseaux, and Inversiones Ane Miren Limitada (collectively, "Lead Plaintiffs") and additional Plaintiffs Sheryl Grove and Hoorieh Alaghemand (together with Lead Plaintiffs, "Plaintiffs") and respectfully request to be removed from the Court's service list with respect to the above-captioned action (the "Action").

Effective July 3, 2026, I will no longer be associated with the law firm Pomerantz LLP ("Pomerantz"), Court-appointed Co-Lead Counsel for Plaintiffs and the putative class. Pomerantz and Bronstein, Gewirtz & Grossman, LLC will continue to serve as counsel for Plaintiffs and as

1

Co-Lead Counsel in this action, and all future correspondence and papers should continue to be directed to them. This motion will not cause any delay in this Action.

Dated: July 1, 2026                                      Respectfully submitted,

                                                         */s/ Emily C. Finestone*
                                                         Emily C. Finestone (*pro hac vice*)
                                                         (State of New York Juris No. 5394820)
                                                         **POMERANTZ LLP**
                                                         Jeremy A. Lieberman (*pro hac vice*)
                                                         (State of New York Juris No. 4161352)
                                                         Luc W.M. Michell (*pro hac vice*)
                                                         (State of New York Juris No. 5671037)
                                                         600 Third Avenue, 20th Floor
                                                         New York, New York 10016
                                                         Telephone: (212) 661-1100
                                                         Facsimile: (917) 463-1044
                                                         Email: jalieberman@pomlaw.com
                                                         efinestone@pomlaw.com
                                                         lmitchell@pomlaw.com

                                                         **BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
                                                         Peretz Bronstein (*pro hac vice*)
                                                         (State of New York Juris No. 2155067)
                                                         60 East 42nd Street, Suite 4600
                                                         New York, New York 10165
                                                         Telephone: (212) 697-6484
                                                         Facsimile: (212) 697-7296
                                                         Email: peretz@bgandg.com

                                                         Michael J. Boyle (*pro hac vice*)
                                                         (State of Ohio Juris No. 0091162)
                                                         4200 Regent Street, Suite 200
                                                         Columbus, OH 43219
                                                         Telephone: (614) 578-5582
                                                         Email:  mboyle@bgandg.com

                                                         *Counsel for Plaintiffs and*
                                                         *Co-Lead Counsel for the Class*

                                                         **THE BRISCOE LAW FIRM, PLLC**
                                                         Willie C. Briscoe (Tx. Bar Number 24001788)
                                                         12700 Park Central Drive, Suite 520

Dallas, Texas 75251
Telephone: (972) 521-6868
Facsimile: (281) 254-7789
Email: wbriscoe@thebriscoelawfirm.com

*Counsel for Plaintiffs and*
*Liaison Counsel for the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim (*pro hac vice* application
forthcoming)
(State of New York Juris No. 4145397)
275 Madison Avenue, 40th Floor
New York, NY 10116
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com

*Additional Counsel for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I, Emily C. Finestone, hereby certify that on July 1, 2026, a copy of the foregoing document was filed with the Court's CM/ECF system, which caused an electronic copy of this document to be served on all counsel of record through the Court's CM/ECF system.

*/s/ Emily C. Finestone*

Emily C. Finestone (*pro hac vice*)
