**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| CARLOS PÉREZ-COTAPOS UGARTE, MARIA ISABEL URETA BAZÁN, CARLOS PÉREZ-COTAPOS SUBERCASEAUX, INVERSIONES ANE MIREN LIMITADA, SHERYL GROVE, and HOORIEH ALAGHEMAND, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-CV-01525-DAE |
| Plaintiffs, | |
| v. | |
| CASSAVA SCIENCES, INC., REMI BARBIER, RICHARD JON BARRY, LINDSAY BURNS, JAMES W. KUPIEC, and ERIC SCHOEN, | |
| Defendants. | |
| IN RE CASSAVA SCIENCES INC. SECURITIES LITIGATION | Case No. 1:21-CV-00751-DAE |

**[PROPOSED] ORDER GRANTING *UGARTE* PLAINTIFFS' OPPOSED MOTION TO VIEW SEALED DOCUMENTS**

The Court, having considered the Opposed Motion to View Sealed Documents by Carlos Pérez-Cotapos Ugarte, Maria Isabel Ureta Bazán, Carlos Pérez-Cotapos Subercaseaux, Inversiones Ane Miren Limitada, Sheryl Grove, and Hoorieh Alaghemand (collectively, the "*Ugarte* plaintiffs"), hereby ORDERS:

The Motion to View Sealed Documents is hereby GRANTED.  It is hereby ORDERED that Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen, shall immediately furnish the *Ugarte* plaintiffs with a copy of all sealed and/or redacted filings related

1

to the Defendants' motion to consolidate, including, but not limited to, all sealed and/or redacted filings identified on Exhibit A to the *Ugarte* plaintiffs' Motion to View Sealed Documents, along with all documents filed therewith, including, but not limited to, declarations, exhibits, and proposed orders.  It is further ORDERED that, should any further documents relating to the motion to consolidate be filed under seal and/or in redacted form, the Defendants shall concurrently serve unredacted versions of those filings on the *Ugarte* plaintiffs.

IT IS SO ORDERED

DATED:    _____, 2025    _____
                Austin, Texas                David Alan Ezra
                                            Senior United States District Judge

2