**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| CARLOS PÉREZ-COTAPOS UGARTE, MARIA ISABEL URETA BAZÁN, CARLOS PÉREZ-COTAPOS SUBERCASEAUX, INVERSIONES ANE MIREN LIMITADA, SHERYL GROVE, and HOORIEH ALAGHEMAND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER, RICHARD JON BARRY, LINDSAY BURNS, JAMES W. KUPIEC, and ERIC SCHOEN, <br><br> Defendants. | Case No. 1:24-CV-01525-DAE |
| IN RE CASSAVA SCIENCES INC. SECURITIES LITIGATION | Case No. 1:21-CV-00751-DAE |

**AFFIDAVIT OF LUC W. M. MITCHELL IN SUPPORT OF *UGARTE* PLAINTIFFS' OPPOSED MOTION TO VIEW SEALED DOCUMENTS**

I, Luc W. M. Mitchell, declare under penalty of perjury:

1.     I am a member of the law firm of Pomerantz LLP, the State Bars of New York and California, and am counsel for plaintiffs in *Ugarte v. Cassava Sciences, Inc.*, No. 1:24-CV-01525-DAE (W.D. Tex.).

2.     Attached as Exhibit A is a true and correct copy of a chart listing filings related to the motion to consolidate in the above-captioned actions, and indicating whether the filings were filed under seal, redacted, or publicly.

1

3.      Attached as Exhibit B is a true and correct copy of emails between counsel for the *Ugarte* plaintiffs and counsel for the Defendants.

4.      Attached as Exhibit C is a true and correct copy of the transcript of the oral argument held in the above-captioned actions on June 24, 2026.

I declare under penalty of perjury that the foregoing is true and correct.


June 20, 2026                                            Luc W. M. Mitchell
New York, New York

2