# Exhibit A

**Filings Related To Defendants' Motion To Consolidate**

| Consolidated Action | | | | |
|---|---|---|---|---|
| Date | ECF | Filing | Sealed | Redacted |
| 18-Sep-25 | 338 | Motion to consolidate | | |
| | | | | |
| 2-Oct-25 | 340 | Motion to file under seal | Y | |
| 2-Oct-25 | 340-1 | Opposition to motion to consolidate | Y | |
| | | | | |
| 9-Oct-25 | 343 | Motion to file under seal | Y | |
| 9-Oct-25 | 343-1 | Motion to strike opposition | Y | |
| | | | | |
| 9-Oct-25 | 344 | Motion to file under seal | Y | |
| 9-Oct-25 | 344-1 | Reply in support of motion to consolidate | Y | |
| | | | | |
| 23-Oct-25 | 348 | Motion to file under seal | Y | |
| 23-Oct-25 | 353 | Opposition to motion to strike | Y | |
| | | | | |
| 30-Oct-25 | 351 | Motion to file under seal | Y | |
| 7-Nov-25 | 355 | Reply in support of motion to strike | Y | |
| | | | | |
| 30-Dec-25 | 360 | Motion to file notice of supplemental authority | | Y |
| 30-Dec-25 | 360-1 | Notice of supplemental authority | | Y |
| 30-Dec-25 | 362 | Motion to file under seal | Y | |
| | | | | |
| 13-Jan-26 | 363 | Motion to file under seal | Y | |
| 13-Jan-26 | 363-1 | Opposition to motion to file notice of supplemental authority | Y | |
| | | | | |
| 16-Jan-26 | 364 | Motion to file under seal | Y | |
| 16-Jan-26 | 364-1 | Reply in support of motion to file notice of supplemental authority | Y | |
| | | | | |
| 8-May-26 | 373 | Motion to file under seal | Y | |
| 14-May-26 | 375 | Motion for leave to lodge mediator's ruling for in camera review | Y | |
| | | | | |
| 22-May-26 | 376 | Motion to file under seal | Y | |
| 15-Jun-26 | 378 | Opposition to motion for leave to lodge mediator's ruling | Y | |
| | | | | |
| 28-May-26 | 377 | Motion to file under seal | Y | |
| 15-Jun-26 | 379 | Reply in support of motion for leave to lodge mediator's ruling | Y | |

| Ugarte | | | | |
|---|---|---|---|---|
| Date | ECF | Filing | Sealed | Redacted |
| 18-Sep-25 | 53 | Motion to consolidate | | |
| | | | | |
| 25-Sep-25 | 54 | Opposition to motion to consolidate | | |
| | | | | |
| 2-Oct-25 | 55 | Reply in support of motion to consolidate | | |
| | | | | |
| 9-Jan-26 | 78 | Notice of supplemental authority | | |
| | | | | |
| 21-Jan-26 | 80 | Response to notice of supplemental authority | | |