**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARLOS PÉREZ-COTAPOS UGARTE, et al., Plaintiff,** | § | |
| **v.** | § | **A-24-CV-1525-DAE** |
| **CASSAVA SCIENCES, INC., et al., Defendants.** | § | |

**ORDER**

Before the court are *Ugarte* Plaintiffs' Memorandum of Law in Support of Opposed Motion to View Sealed Documents (Dkt. 95), Defendants' Response to *Ugarte* Plaintiffs' Motion to View Sealed Documents (Dkt. 103), and *Ugarte* Plaintiffs' Reply in Further Support of Opposed Motion to View Sealed Documents (Dkt. 107).[1] Having considered the parties' briefing and applicable law, the docket of both this cause, 1:24-CV-1525, and cause 1:21-CV-751 and finding that a hearing on the matter is not necessary, the court **ORDERS** as follows.

Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen, shall immediately furnish the *Ugarte* Plaintiffs with a copy of all sealed and/or redacted filings related to Defendants' motion to consolidate, including, but not limited to, all sealed and/or redacted filings identified on Exhibit A to the Ugarte Plaintiffs' Motion to View Sealed Documents (Dkt. 95-3), along with all documents filed therewith, including, but not limited to, declarations, exhibits, and proposed orders. Should any further documents relating to the motion to consolidate be filed under seal and/or in redacted form, Defendants shall concurrently serve unredacted versions of those filings on the Ugarte Plaintiffs.

[1] This motion was referred to the undersigned for disposition by United States Senior District Judge David A. Ezra pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Text Order dated August 12, 2026.

In simple terms, Defendants fail to offer persuasive and compelling arguments in support of their belief that the sealed documents at issue in cause 1:24-CV-751 should be sealed from review by the *Ugarte* plaintiffs. Defendants have over sealed and over pled their concerns related to confidentiality, mediation, and settlement. The dockets for both cases reflect this ongoing mess. Defendants have used their ability to seal as a broad sword rather than merely a targeted shield. In addition, Defense efforts to consolidate the two cases were recently rebuffed. Dkt. 92. A comprehensive resolution of the issues raised in this case is dependent upon Plaintiffs' knowledge of all of the relevant facts, not just what Defendants want to share. To be clear, the sealed documents that Plaintiffs seek to review are relevant to the matters at issue in A-24-CV-1525.

*Ugarte* Plaintiffs' Memorandum of Law in Support of Opposed Motion to View Sealed Documents (Dkt. 95), is **GRANTED.**

SIGNED September 17, 2026.

MARK LANE
UNITED STATES MAGISTRATE JUDGE